LAWRENCE L. SZABO, #83974
3608 Grand Ave., Ste. 1
Oakland, CA 94610
Tel.: 510-834-4893
Fax: 510-834-9220
Email: *szabolaw@gmail.com*

Attorneys for Plaintiff
DAN YOON

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN YOON,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>K.S. AVIATION, INC., and DOES 1-10, inclusive.<br><br>　　　Defendant.<br><br>―――――――――――――――――<br><br>K.S. AVIATION, INC., JOHN YK YOON,<br><br>　　　Cross-Complainants,<br><br>　　　v.<br><br>DAN YOON, and DOES 11-25.<br><br>　　　Cross-Defendant. | Adv. Proc. No.:<br><br>**NOTICE OF REMOVAL** |

**NOTICE OF REMOVAL**

Plaintiff Dan Yoon ("Yoon") requests, pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure, that the case titled *Dan Yoon v. K.S. Aviation, Inc., a California Corporation*, et al., Case No. 17CV-00630 (the "Civil Action"), pending in this district, in the Superior Court of the State of California, County of Merced (the "Superior Court"), be removed to the United States Bankruptcy Court for the Eastern District of California (the "Eastern District Bankruptcy Court"), and respectfully represents as follows:

1. Yoon and his wife are joint debtors in the chapter 11 case *In re: Daniel B. Yoon and Jeenee S. Yoon* (together, the "Debtors"), Bankruptcy Case No. 19-42763-CN (the "Chapter 11 Case"), pending before the United States Bankruptcy Court for the Northern District of California (the "Northern District Bankruptcy Court"). Pursuant to 28 U.S.C. § 1334(b) and Eastern District General Order No. 182,[1] this Court acquired federal subject-matter jurisdiction over the Civil Action when the Debtors filed chapter 11 petitions on December 6, 2019.[2] *See, e.g.*, *In re Oakhurst Lodge, Inc.*, 582 B.R. 784, 790 (Bankr. E.D. Cal. 2018) ("At the outset of a chapter 11 case, the bankruptcy court's subject matter jurisdiction extends not only to the case but also to civil proceedings arising under title 11 or arising in or related to the case.") (citations omitted).

2. The Civil Action was filed by Yoon on or about March 2, 2017 to collect over $3,422,567.57 due and owing under certain promissory notes assigned to Yoon, including by his wife, and joint debtor, and his family's restaurants. On or about April 11, 2017, K.S. Aviation, Inc. filed a cross-complaint for indemnification. On or about February 25, 2020, K.S. Aviation, Inc. filed a proof of claim in the Chapter 11 Case in the amount of $2,120,787, on account of, among other claims, alleged conversion of property, which the Debtors intend to vigorously dispute.

3. The Civil Action is "related to" the Debtors' chapter 11 case under 28 U.S.C. § 157(c). *See Sasson v. Sokoloff (In re Sasson)*, 424 F.3d 864, 868-69 (9th Cir. 2005) ("A bankruptcy

---

[1] *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges and Authorizing Bankruptcy Appeals to be Decided by the Ninth Circuit Bankruptcy Appellate Panel* (E.D. Cal., May 14, 1985).

[2] By separate motion, Yoon will seek a transfer of venue of the Civil Action to the Northern District Bankruptcy Court.

-1-
NOTICE OF REMOVAL

Case: 20-04021    Doc# 1    Filed: 03/04/20    Entered: 05/01/20 15:59:10    Page 2 of 3

court's 'related to' jurisdiction is very broad, including nearly every matter directly or indirectly related to the bankruptcy" and "derives directly from the [Constitution's] Bankruptcy Clause, which grants Congress the power '[t]o establish ... uniform Laws on the subject of Bankruptcies throughout the United States.' 5 U.S. Const. art. 1, § 8."); *see also In re Fietz*, 852 F.2d 455, 457 (9th Cir. 1988) (test for determining whether civil proceeding is related to bankruptcy is whether outcome of proceeding could conceivably have any effect on estate being administered in bankruptcy). Yoon further consents to entry of final orders or judgments by this Court and by the Northern District Bankruptcy Court.

   4.  A copy of this Notice of Removal will be filed in both the Eastern District Bankruptcy Court and the Superior Court. Yoon has annexed hereto all process and pleadings in the Civil Action.

DATED: MARCH 4, 2020

/s/ Your signature
LAWRENCE L. SZABO Attorney
for Plaintiff DAN YOON