# **EXHIBIT C**

Bruce J. Hendricks SBN: 57278
CALLISTER, HENDRICKS & SPENCER
A Professional Law Corporation
544 West 20th Street
Merced, CA 95340
Telephone: (209) 722-8126
Facsimile: (209) 722-0672

Attorneys for Defendant KS AVIATION, INC.

FILED
Merced Superior Court
4/11/2017 3:16:27 PM
Linda Romero Soles
Clerk of the Superior Court
By: Elvira Cardenas, Deputy

SUPERIOR COURT OF CALIFORNIA

COUNTY OF MERCED

(Unlimited Jurisdiction)

| | |
|---|---|
| DAN YOON, | No. 17CV-00630 |
| Plaintiff, | |
| vs. | UNVERIFIED ANSWER OF KS AVIATION, INC. FILED BY DAN YOON |
| KS AVIATION, INC., a California Corporation, and DOES 1 to 10, | |
| Defendants. | |

COMES NOW Defendant KS AVIATION, INC., a California Corporation, <u>for itself only</u>, and in answer to the unverified Complaint on file herein, admits, denies, and alleges as follows:

Defendant denies generally and specifically, each and every, all and singular, the allegations contained in said Complaint, and each and all of the causes of actions contained therein. Defendant further denies that Plaintiff has been damaged by this answering Defendant in any sum or sums whatsoever, or at all, and denies that Plaintiff is entitled to any relief whatsoever under the Complaint.

## FIRST AFFIRMATIVE DEFENSE
### Failure to State Cause of Action

This answering Defendant alleges that neither the Complaint, nor any of its causes of action, states facts sufficient to constitute a or any cause of action against this answering Defendant.

## SECOND AFFIRMATIVE DEFENSE
### Negligence or Fault of Others

This answering Defendant alleges that the sole proximate cause of the damages, if any, allegedly suffered by Plaintiff was the negligence or fault of persons or entities other than this answering Defendant, for whose acts or omissions this answering Defendant is not legally or otherwise responsible.

## THIRD AFFIRMATIVE DEFENSE
### Negligence or Fault of Plaintiff

This answering Defendant alleges that Plaintiff was negligent and/or otherwise at fault in and about the matters referred to in the Complaint, and that said negligence or other fault directly and proximately caused his own damages, if any, referred to in the Complaint, and its causes of action, which damages are expressly denied.

\ \ \ \

\ \ \ \

\ \ \ \

\ \ \ \

\ \ \ \

Unverified Answer of KS Aviation, Inc. to Complaint filed by Dan Yoon

## FOURTH AFFIRMATIVE DEFENSE
### Statute of Limitations

This answering Defendant alleges that the Complaint and each of its causes of action is barred by the applicable statute of limitations, including but not limited to, Code of Civil Procedure Sections 337, 339 and 343.

## FIFTH AFFIRMATIVE DEFENSE
### Doctrine of Laches

This answering Defendant alleges that Plaintiff is barred from any relief or recovery whatsoever, in whole or in part, against this answering Defendant by reason of the doctrine of laches due to Plaintiff's unreasonable delay and the resulting prejudice and detriment to this answering Defendant.

## SIXTH AFFIRMATIVE DEFENSE
### Doctrine of Unclean Hands

This answering Defendant alleges that Plaintiff is barred from any relief or recovery whatsoever, in whole or in part, against this answering Defendant by reason of the doctrine of unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE
### Doctrine of Waiver

This answering Defendant alleges that Plaintiff is barred, in whole or in part, from any relief or recovery whatsoever against this answering Defendant by reason of the doctrine of waiver.

Unverified Answer of KS Aviation, Inc. to Complaint filed by Dan Yoon

This e-copy is the official court record (GC68150)

## EIGHTH AFFIRMATIVE DEFENSE
### Doctrine of Estoppel

This answering Defendant alleges that Plaintiff is barred, in whole or in part, from any relief or recovery whatsoever against this answering Defendant, by reason of the doctrine of estoppel.

## NINTH AFFIRMATIVE DEFENSE
### Failure of Conditions Precedent/Concurrent

This answering Defendant alleges that to the extent there was any agreement whatsoever with Plaintiff, Plaintiff's failure to perform its obligations under the terms of any such agreement constituted a failure of conditions precedent and/or conditions concurrent to any obligation of this answering Defendant under the terms of such agreement.

## TENTH AFFIRMATIVE DEFENSE
### Failure to Mitigate

This answering Defendant alleges that Plaintiff failed to use reasonable care and diligence to reduce, minimize, and/or to mitigate as much as reasonably possible any damages that Plaintiff claims to have incurred, and that such failure is the direct and proximate cause of said damages, if any there were, sustained by Plaintiff, which damages are expressly denied.

\\\\

\\\\

\\\\

\\\\

## ELEVENTH AFFIRMATIVE DEFENSE

**Lack of Notice**

This answering Defendant alleges that the Complaint and each cause of action thereof fails to state a cause of action in that Plaintiff failed to give timely and proper notice to this answering Defendant of any alleged breach of contract.

## TWELFTH AFFIRMATIVE DEFENSE

**Right of Indemnification**

This answering Defendant alleges that should Plaintiff recover anything from this answering Defendant, this Defendant is entitled to indemnification, either in whole or in part, from all persons or entities, including Plaintiff, whose negligence, breach of contract, and/or fault proximately caused or contributed to Plaintiff's damages, if any there were, which damages are expressly denied.

## THIRTEENTH AFFIRMATIVE DEFENSE

**Superseding Causes**

This answering Defendant alleges that to the extent Plaintiff may be able to prove he suffered any damages or losses, which damages or losses are expressly denied, those losses or damages were the result of superseding causes, including, but not limited to, acts of Plaintiff and other persons or entities over whom this answering Defendant had neither control nor right of control.

\ \ \ \

\ \ \ \

\ \ \ \

\ \ \ \

Unverified Answer of KS Aviation, Inc. to Complaint filed by Dan Yoon

This e-copy is the official court record (GC68150)

## FOURTEENTH AFFIRMATIVE DEFENSE
### Prevention, Hindrance, etc., by Plaintiff

This answering Defendant alleges that, to the extent there was any agreement whatsoever with Plaintiff, any failure on Defendant's part to perform any obligation under the terms of any such agreement was prevented, hindered, delayed, and/or excused by the statements, conduct, and/or omissions of Plaintiff, or others.

## FIFTEENTH AFFIRMATIVE DEFENSE
### Failure of Consideration

This answering Defendant alleges that to the extent there was any agreement whatsoever with Plaintiff, this answering Defendant alleges that Plaintiff's failure to perform its obligations under the terms of any such agreement resulted in a failure of consideration on Plaintiff's part and thereby constituted a substantial and material breach of any such agreement, thereby excusing obligations required of this answering Defendant under the terms of any such agreement.

## SIXTEENTH AFFIRMATIVE DEFENSE
### Plaintiff's Non-Performance

This answering Defendant alleges that to the extent there was any agreement whatsoever with Plaintiff, this answering Defendant alleges that Plaintiff's failure to perform its obligations as required by the terms of any such agreement constituted nonperformance on Plaintiff's part, and therefore excuses obligations required of this answering Defendant under the terms of any such agreement.

## SEVENTEENTH AFFIRMATIVE DEFENSE
### Plaintiff's Consent and Acquiescence

This answering Defendant alleges that Plaintiff is barred from any relief or recovery whatsoever because Plaintiff consented to and acquiesced in the alleged acts or omissions of this answering Defendant.

## EIGHTEENTH AFFIRMATIVE DEFENSE
### Statute of Frauds

This answering Defendant alleges that Plaintiff is barred, in whole or in part, from any relief or recovery whatsoever against this answering Defendant by reason of the statute of frauds.

## NINETEENTH AFFIRMATIVE DEFENSE
### Premature Complaint

Plaintiff's Complaint is premature and should be enjoined, abated and/or dismissed because Defendant's current President, JOHN Y.K. YOON, entered a Settlement Agreement with Plaintiff on or about September 3, 2016, by which Plaintiff agreed that any loan obligations owing by KS AVIATION, INC. to Plaintiff would be determined by an accredited outside and neutral Certified Public Accountant, with certain terms and conditions applicable to any repayment obligations. No such determination has been made by any such Certified Public Accountant, and therefore, this action against Defendant KS AVIATION should be enjoined, abated and/or dismissed because it is premature.

This e-copy is the official court record (GC68150)

## TWENTIETH AFFIRMATIVE DEFENSE

### Right to Additional Affirmative Defenses Reserved

Because the Complaint is set forth in conclusory terms, this answering Defendant cannot fully anticipate all affirmative defenses and/or immunities that may be applicable to the within action. Accordingly, the right to assert additional affirmative defenses and/or immunities if and to the extent that such affirmative defenses and/or immunities are applicable, is hereby reserved.

WHEREFORE, this answering Defendant prays that Plaintiff take nothing by way of his Complaint herein, or any of its causes of action, that this answering Defendant be dismissed from this action and be awarded its reasonable attorneys' fees and costs of suit, and that such other and further relief be granted as the Court deems proper.

Dated: April 11, 2017.

CALLISTER, HENDRICKS & SPENCER
A Professional Law Corporation

By: /s/ Bruce J. Hendricks
Bruce J. Hendricks
Attorneys for KS AVIATION, INC.
Defendant

Unverified Answer of KS Aviation, Inc. to Complaint filed by Dan Yoon

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
COUNTY OF MERCED )

The undersigned hereby declares:

I am employed in the County of Merced, State of California. I am over the age of eighteen (18) years and not a party to the within entitled cause. My business address is 544 West 20th Street, Merced, CA 95340.

On **April 11, 2017**, I served a(n) ☐ original ☒ **true and accurate copy** of the following document(s) in the manner described below:

**UNVERIFIED ANSWER OF KS AVIATION, INC. TO COMPLAINT
FILED BY DAN YOON**

☒ **BY MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; that the correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I served the party(s) named below by placing the document(s) in a sealed envelope with postage thereon fully prepaid, at Merced, California, addressed as indicated below.

☐ **BY PERSONAL DELIVERY:** I served the interested party(s) by hand delivering the documents listed above addressed as indicated below.

☐ **BY FAX:** I served such document(s) by facsimile from (209) 722-0672 in Merced, California. The documents were transmitted beginning at approx. _____ a.m./p.m. The transmission was reported as complete and without error, faxed as indicated below.

☐ **BY COURIER:** I served the interested party(s) by delivering the documents for pickup by the following company: _____. I am readily familiar with the practice of collection and processing and it is picked up the same day in the ordinary course of business. The documents were addressed as indicated below.

Mr. Cyril Lawrence, Esq.
Cyril Lawrence, Inc.
2111 "K" Street
Merced, CA 95340

☐ *(Federal)* I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on _____, 2017, at Merced, California.

☒ *(State)* I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on April 11, 2017, at Merced, California.

*/s/ Natalie Salcido*
Natalie Salcido

- 1 -

Proof of Service

This e-copy is the official court record (GC68150)

Case: 20-04021    Doc# 6    Filed: 03/04/20    Entered: 05/01/20 16:13:47    Page 10 of 10