# **EXHIBIT I**

CYRIL LAWRENCE, INC.
A PROFESSIONAL LAW CORPORATION
2111 "K" Street
Merced, California 95340
Tel: (209) 383-6854
Fax: (209) 383-6856
Email: lawoffice@cyrillawrence.com

Cyril L. Lawrence, State Bar No. 50975
Eric S. Beiswanger, State Bar No. 263995

*Attorney for:* Plaintiff and cross defendant Dan Yoon

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF MERCED

| | |
|---|---|
| DAN YOON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>K.S. AVIATION, INC.,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. 17CV-00630<br><br>**PROOF OF SERVICE** |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

I am employed by Cyril Lawrence, Inc. in the City and County of Merced. My business address is 2111 "K" Street, Merced, California 95340. I am over the age of eighteen (18) years and not a party to this action.

I am familiar with the practice of Cyril Lawrence, Inc. whereby in the ordinary course of business outgoing mail is collected and deposited with the U.S. Postal Service (or express mail carrier) on the same day it is placed in the designated area for outgoing mail at 2111 "K" Street, Merced, California 95340.

On June 8, 2018, I served the following document(s):

　　1. **ANSWER TO FIRST AMENDED CROSS-COMPLAINT.**

///
///
///
///
///

---

1
**PROOF OF SERVICE**

FILED
Merced Superior Court
6/8/2018 9:17 AM
Linda Romero Soles
Clerk of the Superior Court
By: Nengsy Moua, Deputy

on the following:

**Michael Abbott**
**126 South 3rd Street**
**Oakdale, CA 95361**

by placing a true copy in a sealed envelope, addressed as shown above, with postage thereon fully prepaid, in the designated area for outgoing mail.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed June 8, 2018, at Merced, California.

_____
Monica Cisneros

2
**PROOF OF SERVICE**

This e-copy is the official court record (GC68150)

Case: 20-04021   Doc# 12   Filed: 03/04/20   Entered: 05/01/20 16:28:06   Page 3 of 3