# UNITED STATES BANKRUPTCY COURT
## Eastern District of California, Fresno Division

## NOTICE OF STATUS CONFERENCE

| | |
|---|---|
| In re<br><br>Yoon et al<br><br>Debtor(s). | **Bankruptcy Case No.**<br><br>20–00103 – B |
| Dan Yoon<br><br>Plaintiff(s),<br><br>v.<br>K.S. Aviation, Inc.<br><br>Defendant(s). | **Adversary Proceeding No.**<br><br>20–01013 – B |

The adversary proceeding number set forth above has been assigned to a Notice of Removal filed in this Court on 03/04/2020

**YOU ARE NOTIFIED** that a status conference will be held in this adversary proceeding as follows:

| | |
|---|---|
| Date and Time: | 4/29/20 at 11:00 AM |
| Address: | United States Bankruptcy Court<br>Courtroom 13, 5th Floor<br>2500 Tulare Street<br>Fresno, CA |
| Hearing Judge: | Hon. Rene Lastreto II |

Attorneys of record in the adversary proceeding and unrepresented parties must attend the status conference. You may arrange to attend by telephone by contacting Court Call at 1–866–582–6878 at least 24 hours prior to the status conference.

The removing party, within seven (7) days of the date of this notice, shall serve upon each party, and upon all parties subsequently joined, a copy of this notice, and shall file a certificate reflecting such service.

Dated:  3/5/20

Wayne Blackwelder Clerk,
BY: jflf , Deputy Clerk
U.S. Bankruptcy Court
Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721–1318
(559) 499–5800

A copy of this Notice was returned to the removing party.