**Entered on Docket**
**September 30, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: September 30, 2020

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DANIEL B. YOON AND JEENEE S. YOON,<br><br>Debtors. | Case No. 19-42763 CN<br><br>Chapter 11 |
| DAN YOON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>K.S. AVIATION, INC.,<br><br>Defendant. | Adversary No. 20-4021 CN<br><br>**ORDER WITHDRAWING ORDER TO SHOW CAUSE AND SETTING STATUS CONFERENCE** |

On September 11, 2020, this court conducted a hearing on its Order to Show Cause Why the Adversary Proceeding Should Not Be Remanded to Merced County Superior Court. All appearances were noted on the record. For the reasons stated on the record, the Order to Show Cause is withdrawn.

**IT IS HEREBY ORDERED** that a status conference is set for **October 16, 2020 at 11:00 a.m.** via Tele/Videoconference – **www.canb.uscourts.gov/calendar**.

* * * END OF ORDER * * *

**COURT SERVICE LIST**

Recipients are ECF participants

\