

The following constitutes the order of the Court.
Signed: June 2, 2021

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DANIEL B. YOON AND JEENEE S. YOON,<br><br>    Debtors. | Case No. 19-42763 CN<br><br>Chapter 11 |
| DAN YOON, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>K.S. AVIATION, INC.,<br><br>    Defendant. | Adversary No. 20-4021 CN<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

On May 28, 2021, this court conducted a continued status conference in this adversary proceeding. Appearances were stated on the record. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that:

1. Parties shall exchange F.R.B.P. 7026(a)(1) disclosures by **June 18, 2021.**.

2. The non-expert discovery cutoff is **November 19, 2021.** If there is a discovery dispute, the parties shall meet and confer by phone or in person. If the dispute is not resolved, the moving party shall file a discovery dispute letter of no more than 5 pages, describing the discovery dispute. This letter shall be served on the opposing party by fax or email. Moving party shall call chambers to advise that the letter has been filed. The court may then contact opposing counsel and request that counsel file a letter in response. The court will then set a telephonic hearing on the

discovery dispute. Any discovery dispute letter must be filed and served no later than 5 days after the close of discovery.

3. The continued status conference are set for **October 29, 2021** at **11:00 a.m.** via Tele/Videoconference - www.canb.uscourts.gov/calendars.

**\* \* \* END OF ORDER \* \* \***

**COURT SERVICE LIST**

Recipients are ECF participants

ORDER
Case: 20-04021    Doc# 93    Filed: 06/02/21    Entered: 06/02/21 13:09:21    Page 3 of 3