Michael L. Abbott, Esq. CSB 148917
Law Offices of Michael Abbott
126 South Third Avenue
Oakdale, CA 95361
Telephone: (209) 844.5633
Facsimile: (209) 844.5632
E-MAIL: solvableproblems@gmail.com

Attorney for Creditors and Defendants, K.S. Aviation, Inc., John Yoon, Chen Zhao, aka Eric Zhao, Xing Kong Aviation Services, LLC

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA – Oakland Division

| | |
|---|---|
| In Re:<br><br>DANIEL B. YOON AND<br>JEENEE YOON,<br><br>Debtors. | CASE NO. 19-42763<br>Chapter 11 Proceedings<br>Adv. Proceeding: 20-04021<br><br>DEFENDANTS' INITIAL DISCLOSURE<br><br><br>Judge: Hon. Charles Novack |

Creditors and Defendants K.S. Aviation, Inc., John Yoon, Chen Zhao, aka Eric Zhao, Xing Kong Aviation Services, LLC, defendants in the above-captioned Chapter 11 Case (collectively referred to herein as "Defendants"), file this INITIAL DISCLOSURES pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Rule 7026 of the Federal Rules of Bankruptcy Procedure as follows:

These initial disclosures are based on information reasonably available to Plaintiff as of this date. Plaintiff reserves the right to supplement, amend, or modify these disclosures as he obtains information through discovery, or otherwise, and become aware of additional documents, data compilations, or tangible things. Plaintiff further reserves the right to object to the use of the disclosures herein, in whole or in part, at any time including at trial of this or any other action on

the grounds of relevancy, competency, materiality, admissibility, hearsay, or for any other reason. Further, Plaintiff provides these disclosures without waiving any claim of privilege or work-product protection.

By making these disclosures, Plaintiff does not represent that he has identified every witness, document, data compilation, or tangible thing that may be used to support his anticipated claims or defenses. Rather, these disclosures represent Plaintiffs good faith efforts to identify the information presently available to him that falls within the scope of Rule 26(a)(1). These disclosures do not include information that may be used solely for impeachment.

These disclosures are organized to correspond to the general categories set forth in Rule 26(a)(1). All of the disclosures set forth below are made subject to the foregoing qualifications.

1.

## DISCLOSURES PURSUANT TO FRCP 26(a)(I)(A)(i)

Defendants identify the parties to this action, as hereinabove captioned. Defendants incorporate by reference the individuals contemporaneously identified by Plaintiff, their contact information and substance of their intended areas of testimony in defense of the fraudulent complaint of Plaintiff.

Additionally, Defendants disclose the following information pursuant to FRCP 26(a)(1)(A)(i), reserving the right supplement this disclosure as additional information becomes available.

1. Chen Zhao, President of Xing Kong Aviation. Address and phone number are those of counsel for Defendants. Mr. Zhao will testify regarding his intended but as yet unconsummated purchase of K.S. Aviation and the fraudulent actions of Plaintiffs.
2. Sung Hong, agent of Bank of the West. Mr. Hong's last known address is 2537 Camino Ramon, First Floor, San Ramon, California 94583. Mr. Hong will be required to testify about his fraudulent loan arrangements with Plaintiff Dan Yoon.
3. Rosa Salcido, agent of Xing Kong Aviation. Address and phone number are those of counsel for Defendants. Ms. Salcido will testify regarding the intended but as yet unconsummated purchase of K.S. Aviation by Xing Kong Aviation and the fraudulent actions of Plaintiffs.
4. PMK, Merced County District Attorney's Office. (209) 385-7381. 550 West Main Street, Merced, California, 95354. The PMK of the Merced County District

Attorney's Office will testify regarding the criminal activity of Plaintiff Dan Yoon and Dan Yoon's plea bargain made in efforts to avoid incarceration.

5. John Yoon. Address and phone number are those of counsel for Defendants. John Yoon will testify regarding the fraudulent activities of Dan Yoon and the as yet unconsummated sale of K.S. Aviation to Xing Kong Aviation.

## 2.
### DISCLOSURES PURSUANT TO FRCP 26(a)(l)(A)(ii)

Defendants identify the following documents and other data relevant to this action, as hereinabove captioned. Defendants incorporate by reference the individuals contemporaneously identified by Plaintiff, their contact information and substance of their intended areas of testimony in defense of the fraudulent complaint of Plaintiff. Defendants reserve the right to supplement this disclosure as may be required hereafter.

1. The entire file of the case of People v Dan Yoon filed in Merced County, California against Dan Yoon.
2. The entire file pertaining to the loan fraudulently procured by Dan Yoon from Bank of the West, allegedly for the benefit of K.S. Aviation.

## 3.
### DISCLOSURES PURSUANT TO FRCP 26(a)(l)(A)(iii)

Defendants have already prevailed on their cross-complaint and are entitled to attorney's fees pursuant to the agreement between the parties. Defendants seek attorney's fees in relation to the defense of this matter as well.

## 4.
### DISCLOSURES PURSUANT TO FRCP 26(a)(l)(A)(iv)

Defendants are unaware of any insurance relevant insurance coverage.

Respectfully submitted.

Dated: June 18, 2021            Law Offices of Michael Abbott

By : _____//S//_____
Michael L. Abbott
Law Offices of Michael Abbott
126 South Third Avenue
Oakdale, CA 95361
solvableproblems@gmail.com

**PROOF OF SERVICE**

I declare that I am employed in the County of Stanislaus, State of California, I am over the age of eighteen (18) years and not a party to the within entitled cause, and my business address is LAW OFFICES OF MICHAEL ABBOTT, 126 South Third Avenue Oakdale, CA 95361. On the date set forth below, I served the following documents in the manner(s) selected:

**DEFENDANTS' INITIAL DISCLOSURE**

[ X ]  **(U.S. Mail)** by placing a true and correct copy thereof enclosed in a sealed envelope, mailed in the United States mail with first class postage fully prepaid, at Oakdale, California, addressed as set forth below.

[ ]  **(Office Mail)** by placing a true and correct copy thereof enclosed in a sealed envelope, with first class postage fully prepaid, for collection and mailing at the LAW OFFICES OF MICHAEL ABBOTT, 126 South Third Avenue, Oakdale, CA 95361, addressed as set forth below. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so placed would be deposited with the United States Postal Service that same day in the ordinary course of business.

[ ]  **(Overnight Delivery)** by placing a true and correct copy thereof enclosed in a sealed envelope, for overnight delivery, in a box or other facility regularly maintained by an express service carrier, or delivered to an authorized courier or driver authorized by person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service or at that party's place of residence.

[ ]  **(Personal Delivery)** by personal delivery to the party or attorney at the address set forth below.

[ ]  **(Facsimile)** by transmission to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number as last given by that person on any document filed in the cause and served on the party making service.

[ ]  **(Electronic Transmission)** by scanning and electronically mailing to an electronic mail address maintained by the person on whom it is served at the e-mail address as last given by that person on any document filed in the cause and served on the party making service.

**CLIVE TAN**
**NASSIRI & JUNG LLP**
**1700 MONTGOMERY STREET, SUITE 207**
**SAN FRANCISCO, CA 94111**

I declare that the foregoing is true and correct, and that this declaration was executed in Oakdale, California on June 18, 2021.

_Michelle Kendig_
Michelle Kendig