

BERNARD J. KORNBERG (State Bar No. 252006)
bjk@severson.com
DONALD H. CRAM (State Bar No. 160004)
dhc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for DAN YOON

The following constitutes the order of the Court.
Signed: October 18, 2021

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>DANIEL B. YOON and JEENEE S. YOON,<br><br>Debtors.<br><br>DAN YOON,<br><br>Plaintiff,<br><br>vs.<br><br>K.S. AVIATION, INC. et al.,<br><br>Defendants. | Case No. 19-42763<br><br>Chapter 11<br><br>Adv No. 20-04021<br><br>**ORDER GRANTING MOTION TO EXTEND DEADLINE TO COMPLETE DISCOVERY**<br><br>**Hearing Date and Time**<br>Date: October 15, 2021<br>Time: 11:00 a.m.<br><br>Judge: Hon. Charles Novack |

On October 15, 2021 at 11:00 a.m., the Court held hearing on plaintiff Dan Yoon's motion to extend deadline to complete discovery. The Court, finding that service was proper, noting the lack of opposition to the motion, and for good cause showing, hereby grants the motion.

IT IS THEREFORE ORDERED THAT the deadline to complete discovery in this matter is extended from November 19, 2021 to March 31, 2022.

**\*\*\* END OF ORDER \*\*\***

**COURT SERVICE LIST**

ALL PARTIES SERVED BY ECF