

The following constitutes the order of the Court.
Signed: September 29, 2022

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DANIEL B. YOON and JEENEE S. YOON,<br><br>Debtors. | Case No. 19-42763 CN<br>Chapter 11 |
| _____<br><br>DAN YOON,<br><br>     Plaintiff,<br><br>v.<br><br>K.S. AVIATION, INC. ET AL.,<br><br>     Defendants. | Adversary No. 20-4021 CN<br><br>**ORDER ON MOTION TO DISMISS COUNTER-CLAIMS TO FOURTH AMENDED COMPLAINT** |

     The Court having reviewed the motion of plaintiff Dan Yoon ("Plaintiff") under Federal Rule of Civil Procedure 12(b)(6), as incorporated by Federal Rule of Bankruptcy Procedure 7026, to dismiss the counter-claims of Defendants and Counter-Claimants K.S. Aviation, Inc. ("KS Aviation"), John YK Yoon, Xing Kong Aviation Service, LLC (d/b/a/ Sierra Academy of Aeronautics) ("Xing Kong"), Chen Zhao (a/k/a/ Eric Zhao), and Xin Han Aviation, LLC ("Xin Han") (and collectively "Defendants"), and taking notice of the

non-opposition of Defendants, and for the reasons stated on the record at the September 16, 2022 hearing, grants the motion.

**IT IS HEREBY ORDERED** that the Counter-Claims of Defendants filed in their Answer, Defenses and Counter-Claims to the Fourth Amended Complaint [Dkt. #129] are dismissed with prejudice.

**\*\*\*END OF ORDER\*\*\***

Adversary No. 20-4021 CN

## **COURT SERVICE LIST**

All recipients are ECF participants.