

The following constitutes the order of the Court.
Signed: November 30, 2022

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>DANIEL B. YOON and JEENEE S. YOON,<br><br>Debtors. | Case No. 19-42763 CN<br>Chapter 11 |
|---|---|
| DAN YOON,<br><br>Plaintiff,<br><br>v.<br><br>K.S. AVIATION, INC. ET AL.,<br><br>Defendants. | Adversary No. 20-4021 CN<br><br>**ORDER AFTER HEARING ON DISCOVERY DISPUTE** |

On November 18, 2022, this court conducted a hearing on the discovery dispute between the parties. Appearances were stated on the record. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that by **January 10, 2023**, Eric Zhao shall appear for a deposition under Rule 30(b)(6). This deposition shall not last longer than four hours. At least five days before the scheduled deposition Zhao shall file and serve a declaration stating that he has reviewed the issues which the Rule 30(b)(6) notice states will be raised during his deposition, examined K.S. Aviation's files for relevant documents and reviewed those documents, and interviewed K.S. Aviation's employees to determine if they have information that would be

responsive to the issues that are listed on the deposition notice. K.S. Aviation shall pay the attorney's fees that Plaintiff shall incur for conducting this deposition, which fees shall not exceed four hours at Plaintiff's counsel's present hourly rate.

**\*\*\*END OF ORDER\*\*\***

Adversary No. 20-4021 CN

**COURT SERVICE LIST**

All recipients are ECF participants.