BERNARD J. KORNBERG (State Bar No. 252006)
PRACTUS, LLP
58 West Portal Ave PMB 782
San Francisco, CA 94127
Telephone: (341) 234-6629
Email: bernard.kornberg@practus.com

Attorneys for DAN YOON

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>DANIEL B. YOON and JEENEE S. YOON,<br><br>    Debtors.<br><br>DAN YOON,<br><br>    Plaintiff,<br><br>vs.<br><br>K.S. AVIATION, INC., JOHN YK YOON, XING KONG AVIATION SERVICE, LLC (d/b/a Sierra Academy of Aeronautics), CHEN ZHAO aka. ERIC ZHAO, and XIN HAN AVIATION LLC,<br><br>    Defendants. | Case No. 19-42763<br><br>Chapter 11<br><br>Adv No. 20-04021<br><br>**DECLARATION OF DAN YOON IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:     January 20, 2023<br>Time:    11:00 a.m.<br>Location: Via Zoom<br><br>The Hon. Charles Novack |

I, Dan Yoon, state and declare as follows:

1. I am the Plaintiff in this action. Except as otherwise indicated, I make this declaration based on my own personal and first-hand knowledge.

2. Around 2003, I became acquainted with John YK Yoon ("John Yoon").

3. John Yoon was the sole shareholder of KS Aviation, Inc. ("KSA").

4. In January 2004, KSA, acquired a financially troubled flight school at the time

1
DECLARATION OF DAN YOON

4887-5850-0421, v. 1

located at the Oakland Airport, known as the "Sierra Academy of Aeronautics".

5. In March 2004, John Yoon obtained sorely needed operating capital for KSA by selling 50% of KSA stock to me for $500,000.

6. Soon thereafter, KSA moved the flight school to a building I had purchased at the Livermore, California, airport.

7. In 2008, KSA relocated the flight school to the former site of the Castle Air Force Base in Merced County, California.

8. From 2012 to 2014 KSA obtained three business loans from Bank of the West ("BOTW"). The first was a loan dated December 13, 2012 for $75,000, which was later extended to $400,000. The second was a loan dated December 13, 2013 for $213,665.90. The third was a loan dated May 1, 2014, for a total of $600,000.00. Also on December 13, 2012, I signed a Commercial Guaranty in which he personally and unconditionally guaranteed the debt owed by KSA to BOTW. A copy of these notes and guarantees are attached to this declaration as <u>Exhibit A</u>.

9. In July of 2014, BOTW loaned $1.5 million to Sierra Air Center Development, LLC ("SACD"), a subsidiary of KSA, for the purchase a Boeing 737 flight simulator. John Yoon, KSA, myself, my spouse Jeenee Yoon ("Jeenee"), and my company, Hana Japan, Inc. ("Hana Japan"), each unconditionally guaranteed payment of BOTW's simulator loan. A copy of this note and the guarantees are attached to this declaration as <u>Exhibit B</u>.

10. SACD also obtained a $1,543,000 SBA loan from the Bay Area Employment Development Company ("BAEDC") for the purchase of the Boeing 737 simulator. I, along with Jeenee, Hana Japan, KSA, unconditionally guaranteed payment of the BAEDC simulator loan.

11. By the end of 2014, KSA's flight school had over 200 students and owned over 40 aircraft, a maintenance facility, an avionics shop, student housing, a cafeteria, and the Boeing 737 simulator. KSA booked over $1,000,000 in net income on gross sales of $14,000,000 in 2014.

12. In June 2013 John Yoon was injured in a motorcycle accident. After taking time off to recover from his injuries, John Yoon returned to the flight school in February 2014.

2
DECLARATION OF DAN YOON

Case: 20-04021    Doc# 168-1    Filed: 12/23/22    Entered: 12/23/22 10:37:35    Page 2 of 5
4887-5850-0421, v. 1

13. The relationship between John Yoon and myself deteriorated after John Yoon had returned.

14. On June 29, 2015, I, acting as CEO and majority shareholder of KSA, caused KSA to terminate John Yoon's employment.

15. The same day, John Yoon sued KSA and myself and applied for a preliminary injunction prohibiting me from using or encumbering KSA's personal property and for an order removing Defendant John Yoon from his executive positions with KSA. Defendant John Yoon also filed a complaint with the Merced County District Attorney. On January 13, 2016, the Merced County District Attorney ("District Attorney") filed a criminal complaint against me (People v. Daniel Yoon, Merced County Superior Court, No. 16-CR-00245) alleging violations of Cal. Penal. Code §§ 6813(a), 6813(b) and 470(d).

16. The Asian airlines who had regularly provided students for the flight school responded to the turmoil surrounding KSA by withholding tuition payments.

17. Based on my best recollection, by the end of 2015, KSA held more than $2.5 million of unpaid and difficult to collect tuition invoices. KSA's gross income declined from $14,000,000 in 2014 to $3,500,000 in 2015. By August of 2016 enrollment was down to 100 students and KSA owed more than $2 million in payables.

18. In August of 2016, the guaranties on the loans to KS Aviation and SACD were causing me significant financial stress. In March of 2016, KSA defaulted on the three BOTW business loans and, in June 2016, SACD defaulted on the BOTW simulator loan. On July 27, 2016 BOTW sued for breach of the loan and guaranty agreements on the loans (*Bank of the West v. KS Aviation, Inc.*, et al., Alameda County Superior Court, No. RG16824945) (the "BOTW Action"). A copy of the complaint is attached to this declaration as Exhibit C.

19. In order to resolve these difficulties, I negotiated a settlement agreement with KSA and John Yoon. In August of 2016, KSA, John Yoon, and I entered into a Settlement Agreement and Mutual General Release (the "Settlement Agreement"). The Settlement Agreement provides, among other things, that (i) KSA will, upon meeting certain conditions, repay the loans given by

me to KSA; (ii) KSA and John Yoon will assume the liability for the Guaranteed Loans and pay them as they come due, and indemnify me for any creditor claims; and (iii) I will divest my interest in KSA. A copy of the Settlement Agreement is attached to this declaration as <u>Exhibit D</u>.

20. The purpose of the provision of the Settlement Agreement requiring payment of the loans I and my family guaranteed was clear. I was unable to pay the guarantees myself and I have provided a deed of trust against my residence to secure the guaranties. Thus I required, as part of the settlement, that KSA and John Yoon reinstate and pay the Guaranteed Loans, and thus prevent the collection action against me and my family members.

21. KSA and John Yoon were well aware of these facts when the Settlement Agreement was negotiated.

22. John Yoon took sole control of KSA operations on or about September 8, 2016.

23. The IRS notified me that I was no longer the subject of a criminal investigation on September 29, 2016.

24. In March 2017, the District Attorney and I agreed to a plea bargain. The District Attorney agreed to reduce all charges against me to misdemeanors, fined him $150, and placed him on three years of informal probation.

25. In March of 2016, per my understanding, KSA defaulted on the three BOTW business loans and, in June 2016, SACD defaulted on the BOTW simulator loan.

26. To the best of my knowledge, SACD also defaulted on the BAEDC loan around this time.

27. In January 2017, I, along with Jeenee, and Hana Japan reached a settlement of the BOTW Action through a settlement agreement (the "BOTW Settlement"). A copy of the BOTW Settlement Agreement is attached to this declaration as <u>Exhibit E</u>.

28. As part of the BOTW Settlement, I stipulated to entry of a $2,408,107 judgment on the Guaranteed Loans. A copy of the stipulation is attached to this declaration as <u>Exhibit F.</u>

29. As part of the BOTW Settlement, I granted a deed of trust against my residence in Pleasanton, California to BOTW to secure the BOTW Settlement Agreement. A copy of the Deed

4
DECLARATION OF DAN YOON

Case: 20-04021    Doc# 168-1    Filed: 12/23/22    Entered: 12/23/22 10:37:35    Page 4 of 5
4887-5850-0421, v. 1

of Trust is attached to this declaration as <u>Exhibit G</u>.

30. Due to the non-payment on the BOTW settlement agreement, on February 14, 2017, Judgment was entered against me and for BOTW in the amount of $2,408,107.00. A copy of this judgment is attached to this declaration as <u>Exhibit H</u>.

31. To my understanding, BOTW took possession of the flight simulator, sold it, and applied a portion of the cash proceeds to partially satisfy its judgments against me, Jeenee, Hana Japan and SADC.

32. KSA and John Yoon did not pay the remainder of the balance of the judgment, nor any other payments on the Guaranteed Loans.

33. On December 19, 2019, I filed for Chapter 11 bankruptcy in this Court as Case Number 19-42763 (the "Bankruptcy Case"). Due to the collection action, I was forced to file for Chapter 11 bankruptcy.

34. I have been damaged in the amount owed on the Guaranteed Loans. The total amount owed by me on the Guaranteed Loans is $1,409,383, constituting $1,148,868.82 as to Bank of the West and $260,514.18 for Bay Area Employment Development Company. These amounts were claimed by each entity via a timely filed proof of claim in my Bankruptcy.

35. I have been further been damaged by the payment of attorneys' fees and costs for the Bankruptcy. On September 9, 2021, the Court granted an award to Lawrence Szabo, Debtor's main case bankruptcy counsel, for $64,939.50 as fees and costs incurred in prosecuting the Bankruptcy Case.

36. In July of 2022, I instructed by counsel this case, Bernard J. Kornberg, to offer to return any KSA shares I had in my possession.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on Dec 22, 2022.

*Dan Yoon*
Dan Yoon (Dec 22, 2022 17:34 PST)
Dan Yoon

5
DECLARATION OF DAN YOON

4887-5850-0421, v. 1