BERNARD J. KORNBERG (State Bar No. 252006)
bjk@severson.com
DONALD H. CRAM (State Bar No. 160004)
dhc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for DAN YOON

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>DANIEL B. YOON and JEENEE S. YOON,<br><br>Debtors. | Case No. 19-42763<br><br>Chapter 11<br><br>Adv No. 20-04021 |
| DAN YOON,<br><br>Plaintiff,<br><br>vs.<br><br>K.S. AVIATION, INC. et al.,<br><br>Defendants. | **DAN YOON'S INTERROGATORIES TO K.S. AVIATION, SET ONE**<br><br>Judge: Hon. Charles Novack |

Pursuant to Federal Rule of Civil Procedure 33 as incorporated by Bankruptcy Rule 7033, plaintiff Dan Yoon hereby requests that defendant K.S. Aviation, Inc. respond to the following interrogatories, in writing and under oath, no later than 30 days from the date of service:

**DEFINITIONS**

1. "Document" means the original or a copy of handwriting, typewriting, printing, photocopying, photographing, and every other means of recording upon any tangible thing and form of communicating or representation, including letters, words, pictures, sounds, or symbols,

or combinations of them, including emails, text message, or electronic messages of any type, whether the Document is stored as a paper copy or in an electronic form.

2. The "Bankruptcy" refers to the bankruptcy cases out of which this contested proceeding arises.

3. "You" and "Your" or "K.S. Aviation" refers to K.S. Aviation, Inc., and anyone acting or purporting to act on its behalf, including but not limited to his employees, attorneys, agents, representatives, and consultants and the employees, attorneys, agents, representatives, and consultants.

4. "Dan Yoon" refers to plaintiff Dan Yoon aka Daniel Yoon. and all of its predecessors and successors in interest, and anyone acting or purporting to act on its behalf, including but not limited to its employees, attorneys, agents, representatives, and consultants.

5. "Xing Kong" refers to Xing Kong Aviation Service, LLC and anyone acting or purporting to act on its behalf, including but not limited to his employees, attorneys, agents, representatives, and consultants and the employees, attorneys, agents, representatives, and consultants.

6. "Xin Han" refers to Xin Han Aviation LLC and anyone acting or purporting to act on its behalf, including but not limited to his employees, attorneys, agents, representatives, and consultants and the employees, attorneys, agents, representatives, and consultants.

7. The "Settlement Agreement" refers to the Settlement Agreement and Mutual General Release dated September 2, 2016 between John Yoon and Dan Yoon.

8. The "Stock Purchase Agreement" refers to the Stock Purchase Agreement by and among Xing Kong Aviation Service LLC, as Buyer, John Yoon, as Seller, and KS Aviation, Inc., as Company Dated as of August 17, 2017, as amended by the Amendment to the Stock Purchase Agreement dated August 23, 2017.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

State the name and principal business address of Your corporate affiliates.

13153.0001/15939954.1                                2
DAN YOON'S INTERROGATORIES TO K.S. AVIATION, SET ONE

Case: 20-04021    Doc# 168-11    Filed: 12/23/22    Entered: 12/23/22 10:37:35    Page 2 of 5
EXHIBIT 11

**INTERROGATORY NO. 2:**

Set forth any fictitious business name under which You operate.

**INTERROGATORY NO. 3:**

Describe the business of K.S. Aviation.

**INTERROGATORY NO. 4:**

Set forth the full legal name, address, and phone number of Andy Zhao.

**INTERROGATORY NO. 5:**

Describe the business relationship between You and Andy Zhao.

**INTERROGATORY NO. 6:**

If You contend that the any term or provision of the Settlement Agreement is not enforceable, set forth all facts that support that contention.

**INTERROGATORY NO. 7:**

Set forth the name, address, and phone number of the outside and neutral Certified Public that was hired to determine what "funds owed to Dan that are clearly and legally documented as official loans by Dan to the corporation" as required by Paragraph 2 of the Settlement Agreement.

**INTERROGATORY NO. 8:**

Set forth the name, address, and phone number of all accountants hired or retained by You between January 1, 2015 to current.

**INTERROGATORY NO. 9:**

Describe, with particularity, including the amounts owed, all "funds owed to Dan that are clearly and legally documented as official loans by Dan to the corporation," as set forth in Paragraph 2 of the Settlement Agreement.

**INTERROGATORY NO. 10:**

If You contend that You have no current obligation to repay the "funds owed to Dan that are clearly and legally documented as official loans by Dan to the corporation," as required by Paragraph 2 of the Settlement Agreement, set forth all facts that support that contention.

**INTERROGATORY NO. 11:**

Set forth all facts that support Your contention that You have performed the obligations of

Paragraph 2 of the Settlement Agreement which state that "in consideration of Dan Yoon's family, in approximately 12 to 18 months, subject to the complete financial recovery of KS Aviation, Inc. and all its associated entities, a sum of money, to be determined by the board of directors and any future investors will be provided to Dan Yoon and family."

**INTERROGATORY NO. 12:**

Set forth all facts that support your contention that You have complied with all obligations owed under Paragraph 3 of the Settlement Agreement.

**INTERROGATORY NO. 13:**

State the name, address, and phone number of all corporate officers and directors of K.S. Aviation.

**INTERROGATORY NO. 14:**

State the name, address, phone number, and ownership percentage of all stockholders of K.S. Aviation.

**INTERROGATORY NO. 15:**

Set forth Your calculation of the Purchase Price for Closing Indebtedness, the amount of Company Transaction Expenses, and the Closing Tax Payment, as stated in Section 2.01 of the Stock Purchase Agreement.

**INTERROGATORY NO. 16:**

Set forth the date, amount, and method of payment for all payments made to John Yoon that constitute the Purchase Price as defined Section 2.01 of the Stock Purchase Agreement.

**INTERROGATORY NO. 17:**

Excluding any payments set forth in the previous Interrogatory, set forth the date, amount, method of payment, and basis for payment for all payments made by K.S. Aviation to John Yoon from September 2, 2016 to current.

**INTERROGATORY NO. 18:**

Set forth the date, amount, and method of payment for all payments made to Dan Yoon from September 2, 2016 to current.

**INTERROGATORY NO. 19:**

Set forth, with particularity, any transfer of title of property, real or personal, from KS Aviation to Xing Kong.

**INTERROGATORY NO. 20:**

Set forth, with particularity, any transfer of title of property, real or personal, from KS Aviation to Xin Han.

**INTERROGATORY NO. 21:**

Set forth, with particularity, including the date of transfer, any transfer of any certification, license, or similar government authorization from KS Aviation to any other entity.

**INTERROGATORY NO. 22:**

Set forth, with particularity, any transfer of title of property, real or personal, with a value of over $1,000, from KS Aviation to any other entity from January 1, 2015 to current.

**INTERROGATORY NO. 23:**

Set forth, with particularity, any transfer of stock shares of K.S. Aviation from September January 1, 2015 to current.

**INTERROGATORY NO. 24:**

List all lawsuits to which K.S. Aviation is or was a party from January 1, 2015 to current, excluding any lawsuit to which Dan Yoon was a party.

**INTERROGATORY NO. 25:**

List all witnesses you intend to introduce at trial.

DATED: November 1, 2021　　　　SEVERSON & WERSON
　　　　　　　　　　　　　　　　A Professional Corporation

　　　　　　　　　　　　　　　　By:　　/s/ Bernard J. Kornberg
　　　　　　　　　　　　　　　　　　　　BERNARD J. KORNBERG

　　　　　　　　　　　　　　　　Attorneys for DAN YOON