**Entered on Docket**
**April 19, 2023**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



The following constitutes the order of the Court.
Signed: April 18, 2023

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DANIEL B. YOON and JEENEE S. YOON,<br><br>Debtors. | Case No.  19-42763 CN<br>Chapter 11 |
| DAN YOON,<br><br>             Plaintiff,<br><br>v.<br><br>K.S. AVIATION, INC. ET AL.,<br><br>             Defendants. | Adversary No.  20-4021 CN<br><br>**AMENDED ORDER CONTINUING**<br>**HEARING STATUS CONFERENCE** |

On March 17, 2023, the court conducted a status conference in this adversary proceeding.  Appearances were stated on the record.  For the reasons stated on the record,

**IT IS HEREBY ORDERED** that:

1. The status conference is continued to **August 4, 2023** at **11:00 a.m.** via Tele/Videoconference and in courtroom 215 of the United States Bankruptcy Court, 1300 Clay Street, Oakland, California.

2. Expert disclosures under Rule 26(a)(2) must be served by **May 1, 2023.**

3. Rebuttal disclosures under Rule 26(a)(2)(d) must be served by **June 1,2023**.

4.  The expert discovery cut off date is **July 17, 2023.**  If there is a discovery dispute, the parties shall meet and confer by phone or in person.  If the dispute is not resolved, the moving party shall file a discovery dispute letter of no more

than 5 pages, describing the discovery dispute.  This letter shall be served on the opposing party by fax or email.  Moving party shall call chambers to advise that the letter has been filed.  The court may then contact opposing counsel and request that counsel file a letter in response.  The court will then set a telephonic hearing on the discovery dispute.  Any discovery dispute letter must be filed and served no later than 5 days after the close of discovery.

**\*\*\*END OF ORDER\*\*\***

Adversary No. 20-4021 CN

## **COURT SERVICE LIST**

All recipients are ECF participants.