Michael L. Abbott, Esq. CSB 148917
Law Offices of Michael Abbott
126 South Third Avenue
Oakdale, CA 95361
Telephone: (209) 844.5633
Facsimile: (209) 844.5632
Email: michaelleeabbott@gmail.com

Attorney for Creditors and Defendants, K.S. Aviation, Inc., John Yoon, Chen Zhao, aka Eric Zhao, Xing Kong Aviation Services, LLC and Xin Han Aviation, LLC

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA – Oakland Division

| | |
|---|---|
| In Re:<br><br>DANIEL B. YOON,<br><br>    Debtor / Plaintiff<br><br>v.<br><br>K.S. AVIATION, INC., JOHN YOON; CHEN ZHAO, aka ERIC ZHAO; XING KONG AVIATION SERVICE LLC and XIN HAN AVIATION, LLC,<br><br>    Creditor / Defendants | CASE NO. 19-42763<br>Chapter 11 Proceedings<br>Adv. Pro. No. 20-04021<br><br>INITIAL DISCLOSURE OF EXPERT WITNESS INFORMATION<br><br><br>Judge: Hon. Charles Novack |

COME NOW Defendants Creditors and Defendants, K.S. Aviation, Inc., John Yoon, Chen Zhao, aka Eric Zhao, Xing Kong Aviation Services, LLC and Xin Han Aviation, LLC ("Defendants") and present their Initial Disclosure of Expert Witness Information as follows:

1.

**Experts Expected to Testify.**

**Identity** - Monica Ip / Evidentia Consulting, LLP / 650-260-2212 / 609 Price Avenue, Suite 106 / Redwood City, CA 94063.

**Subject Matter** under Federal Rule of Evidence 702, 703, or 705 - Bank records and indices of unauthorized and fraudulent withdrawals by Dan Yoon of corporate funds belonging to KS

Aviation, which would act as a set-off against corporate funds claimed to be owed to Dan Yoon. No report has yet been generated by the designated expert but will be forthcoming as completed.

**Summary of the facts and opinions to which the witness is expected to testify**:

Evidentia Consulting will complete a forensic accounting of transactions and withdrawals taken by Dan Yoon while he was in control of the corporate assets of K S Aviation and will provide analysis and testimony of the forgery and fraud undertaken by Dan Yoon (and declared to be fraudulent by the Merced County Superior Court) during the time that Dan Yoon was in forcible control of K S Aviation corporate assets.

**Compensation:** Principal Monica IP is paid $425.00 / hour. Associates bill at $160 to $195.00 per hour.

I declare under penalty of perjury under the laws of the United States of America\a that the foregoing is true and correct and that this Disclosure is made at Oakdale, California on May 1, 2023.

Michael Abbott

# PROOF OF SERVICE

I declare that I am employed in the County of Stanislaus, State of California, I am over the age of eighteen (18) years and not a party to the within entitled cause, and my business address is LAW OFFICES OF MICHAEL ABBOTT, 126 South Third Avenue Oakdale, CA 95361. On the date set forth below, I served the following documents in the manner(s) selected:

INITIAL DISCLOSURE OF EXPERT WITNESS INFORMATION

[ ] **(U.S. Mail)** by placing a true and correct copy thereof enclosed in a sealed envelope, mailed in the United States mail with first class postage fully prepaid, at Oakdale, California, addressed as set forth below.

[ ] **(Office Mail)** by placing a true and correct copy thereof enclosed in a sealed envelope, with first class postage fully prepaid, for collection and mailing at the LAW OFFICES OF MICHAEL ABBOTT, 126 South Third Avenue, Oakdale, CA 95361, addressed as set forth below. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so placed would be deposited with the United States Postal Service that same day in the ordinary course of business.

[ ] **(Overnight Delivery)** by placing a true and correct copy thereof enclosed in a sealed envelope, for overnight delivery, in a box or other facility regularly maintained by an express service carrier, or delivered to an authorized courier or driver authorized by person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service or at that party's place of residence.

[ ] **(Personal Delivery)** by personal delivery to the party or attorney at the address set forth below.

[ ] **(Facsimile)** by transmission to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number as last given by that person on any document filed in the cause and served on the party making service.

[ x ] **(Electronic Transmission)** by scanning and electronically mailing to an electronic mail address maintained by the person on whom it is served at the e-mail address as last given by that person on any document filed in the cause and served on the party making service.

...

BERNARD J. KORNBERG
PRACTUS, LLP
Bernard.Kornberg@practus.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed in Oakdale, California on May 1, 2023.

Michael L. Abbott