**Bernard Kornberg**

---

| | |
|---|---|
| **From:** | Michael Abbott <michaelleeabbott@gmail.com> |
| **Sent:** | Monday, July 3, 2023 5:55 PM |
| **To:** | Bernard Kornberg |
| **Subject:** | Re: Expert Witness Disclosures |
| **Attachments:** | adbd52db-48e5-4b56-b3ca-277683aeb5e0.pdf |

Counsel -

By all means, make your meet and confer phone call after July 4.

The court is seemingly far enough removed from the vicissitudes of advocacy to be able to recall the hazards of verbal, undocumented statements from dubious sources. Any conversation will be recorded for accuracy. Your authority is not applicable, but that will likely not matter.

Michael Abbott
(209) 968-1927

> On Jul 3, 2023, at 5:05 PM, Bernard Kornberg <bernard.kornberg@practus.com> wrote:
>
> Michael,
>
> I would refer you to the Court's order on discovery, attached, which requires that before any court proceeding, "If there is a discovery dispute, the parties shall meet and confer by phone or in person." As such, if you refuse to meet and confer per the Court order, I will simply note that for the Court. Beyond that, I have already provided the authority in my email. Let me know if you with proceed with a telephonic meet and confer, otherwise we will prepare the letter and file it next week.
>
> Bernie



Ehuqdug#Nruqehuj#⬚=#
Sduwqhu#
Sudfwxv/#OOS#
Glhfw#Skrqh#6741567199<#
HÞp̃ dø#EhuqdugNruqehujC sudfwxv1frp
Z hevlwh#zzz1sudfwxv1frp #

**From:** Michael Abbott <michaelleeabbott@gmail.com>
**Sent:** Monday, July 3, 2023 3:40 PM
**To:** Bernard Kornberg <Bernard.Kornberg@practus.com>
**Subject:** Re: Expert Witness Disclosures

Mr. Kornberg -

I do not choose to communicate with your office verbally.  Please state your "meet and confer" effort in writing.  Be so kind as to address the issue of my client's "failure to disclose expert reports" where no such report has been generated and does not exist.  Please disclose any authority for excluding a report "proactively," before any such report is generated.

Michael Abbott

On Mon, Jul 3, 2023 at 12:52 PM Bernard Kornberg <Bernard.Kornberg@practus.com> wrote:

Michael,

I write to follow up on the below email.  As the expert report was not withdrawn, I will seek to file a motion to exclude it as set forth below.  Before I do so, I would request a telephonic meet and confer in the hope of avoiding the motion and to comply with the Court's rules.  Can you provide availability after the 4th?

Thanks,

Bernie



Ehuqdug#Nruqehuj#⊞=#
Sduwqhu#
Sudfwxv/#OOS#
Glhhfw#Skrqh=#6741567199<#
H0pdlo=#Ehuqdug1NruqehujC sudfwxv1frp
Z hevlwh=#z z z 1sudfwxv1frp

**From:** Bernard Kornberg <Bernard.Kornberg@practus.com>
**Sent:** Friday, May 5, 2023 9:13 AM
**To:** Michael Abbott <michaelleeabbott@gmail.com>
**Subject:** RE: Expert Witness Disclosures

Michael,

Sorry for the delay.  You are correct, we did not file an expert witness disclosure, though we reserve the right to seek a rebuttal witness by the deadline.

However, I have reviewed your expert witness disclosure.  We did not receive the expert report required by Rule 26(a)(2).  As such, the expert's testimony cannot be presented at trial. Fed. R. Civ. P. 37(c)(1); *Pineda v. City & Cnty. of San Francisco*, 280 F.R.D. 517, 519 (N.D. Cal. 2012).  If you intend to seek relief from this requirement, or if I'm missing something, let me know and we can discuss appropriate remedies.  If not, I would request you withdraw the expert witness disclosure.

Thanks,

Bernie



Ehuqdug#Nruqehuj#&#
Sduwqhu#
Sudfwxv/#OOS#
Glihfw#Skrqh#6741567199<#
H0p dlo#EhuqdugNruqehujC sudfwxv1frp
Z hevlwh#zzz1sudfwxv1frp

**From:** Michael Abbott <michaelleeabbott@gmail.com>
**Sent:** Tuesday, May 2, 2023 7:32 AM
**To:** Bernard Kornberg <Bernard.Kornberg@practus.com>
**Subject:** Expert Witness Disclosures

Counsel -

To double check this morning, I have visited the bankruptcy website to ascertain that you did not in fact file an expert witness disclosure on May 1, 2023. The irony of it all.

The verbiage of the prior court order is as follows:
"**Minutes:** _**Parties to make their expert disclosures under Rule 26(a)(2) by 5/1/2023.**_ Parties to make their rebuttal disclosures under Rule 26(a)(2)(d) by **6/1/2023**. Expert deposition due by **7/17/2023**. Status Conference continued to **07/21/2023 at 11:00 AM in/via Oakland Room 215 - Novack.** The court will issue the order. (rba) (Entered: 03/17/2023)

Court records indicate you did NOT file your mandatory expert witness statement. If there is some evidence to the contrary and you did in fact file your required pleading, you will be pleased to share your filing or to proceed without expert witnesses.

To quote the judge: "It is the function of the Bankruptcy court to move cases to conclusion." My clients have been treated to this bon mot at least twice. Now it is seems it is your opportunity to do so unless the Court breaks out its double standard to save you.

If so, I will have quite a lot to say about that.

Michael Abbott