BERNARD J. KORNBERG (State Bar No. 252006)
PRACTUS, LLP
58 West Portal Ave PMB 782
San Francisco, CA 94127
Telephone: (341) 234-6629
Email:  bernard.kornberg@practus.com

Attorneys for DAN YOON

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>DANIEL B. YOON and JEENEE S. YOON,<br><br>　　　　　　Debtors. | Case No. 19-42763<br><br>Chapter 11<br><br>Adv No. 20-04021 |
| DAN YOON,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>K.S. AVIATION, INC., JOHN YK YOON, XING KONG AVIATION SERVICE, LLC (d/b/a Sierra Academy of Aeronautics), CHEN ZHAO aka. ERIC ZHAO, and XIN HAN AVIATION LLC,<br><br>　　　　　　Defendants. | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION TO (I) DISQUALIFY MICHAEL ABBOTT AS COUNSEL FOR DEFENDANTS; AND (II) STRIKE THE ANSWER AND ENTER THE DEFAULT OF THE CORPORATE DEFENDANTS**<br><br>Amended Date:　　September 1, 2023<br>Amended Time:　　11:00 a.m.<br>Location:　　　　　Ctrm 215<br><br>The Hon. Charles Novack |

　　　　Pursuant to Federal Rule of Evidence 201, Plaintiff Dan Yoon requests that the Court take judicial notice of the following:

　　　　1.　　That on July 1, 2023, the State Bar of California placed attorney Michael Lee Abbott, State Bar Number 148917, on inactive status. A copy of the records of the State Bar of California as to Michael Lee Abbott is attached as <u>Exhibit A</u>.

　　　　2.　　That defendant KS Aviation, Inc. is a corporation organized under the laws of the state of California. A copy of KS Aviation, Inc.'s Statement of Information filed October 25, 2021 reflecting this is attached as <u>Exhibit B</u>.

1
REQUEST FOR JUDICIAL NOTICE

4867-1478-6374, v. 1

3. That defendant Xing Kong Aviation Service LLC is a limited liability company organized under the laws of the state of Delaware. A copy of Xing Kong Aviation Service LLC's Statement of Information filed March 2, 2023 reflecting this is attached as <u>Exhibit C</u>.

4. That defendant Xin Han Aviation, LLC is a limited liability company organized under the laws of the state of Montana. A copy of Xin Han Aviation, LLC's Articles of Incorporation filed February 27, 2019 reflecting this is attached as <u>Exhibit D</u>.

DATED: August 1, 2023           PRACTUS, LLP

By:    /s/ Bernard J. Kornberg
      BERNARD J. KORNBERG

Attorneys for DAN YOON

# EXHIBIT A



## Michael Lee Abbott #148917

License Status: Inactive

Address: Law Offices of Michael Abbott, 150 Marine Parade, Santa Cruz, CA 95062-3833

Phone: 209-844-5633  |  Fax: 209-844-5632

Email: michaelleeabbott@gmail.com  |  Website: Not Available

### More about This Attorney ▼

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|---|---|---|---|
| Present | Inactive | | |
| 7/1/2023 | Inactive | | |
| 12/5/1990 | Admitted to the State Bar of California | | |

**Additional Information:**
- About the disciplinary system

Copyright © 2023 The State Bar of California

  

# EXHIBIT B




# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | KS AVIATION, INC. |
| Entity (File) Number: | C2565004 |
| File Date: | 10/25/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GX74297 |

**Detailed Filing Information**

1. Entity Name: KS AVIATION, INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:
      2305 Jetlift Drive
      Atwater, California 95301
      United States of America

   b. Mailing Address:
      2305 Jetlift Drive
      Atwater, California 95301
      United States of America

   c. Street Address of Principal Executive Office:
      2305 Jetlift Drive
      Atwater, California 95301
      United States of America

3. Officers:
   a. Chief Executive Officer:
      John Yoon
      2305 Jetlift Drive
      Atwater, California 95301
      United States of America

   b. Secretary:
      John Yoon
      2305 Jetlift Drive
      Atwater, California 95301
      United States of America

Officers (cont'd):

    c. Chief Financial Officer:  John Yoon
2305 Jetlift Drive
Atwater, California 95301
United States of America

4. Director:  John Yoon
2305 Jetlift Drive
Atwater, California 95301
United States of America

   Number of Vacancies on the Board of Directors:  0

5. Agent for Service of Process:  John Yoon
2305 Jetlift Drive
Atwater, California 95301
United States of America

6. Type of Business:  Flight School

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:  John Yoon

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GX74297

# EXHIBIT C

 


**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

**For Office Use Only**

**-FILED-**

File No.: BA20230364720

Date Filed: 3/2/2023

| | |
|---|---|
| **Entity Details** | |
| Limited Liability Company Name | XING KONG AVIATION SERVICE LLC |
| Entity No. | 201726510028 |
| Formed In | DELAWARE |
| **Street Address of Principal Office of LLC** | |
| Principal Address | 2305 JETLIFT DRIVE<br>ATWATER, CA 95301 |
| **Mailing Address of LLC** | |
| Mailing Address | 2305 JETLIFT DRIVE<br>ATWATER, CA 95301 |
| Attention | Accounting Office |
| **Street Address of California Office of LLC** | |
| Street Address of California Office | 2305 JETLIFT DRIVE<br>ATWATER, CA 95301 |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
|---|---|
| Chen Zhao | 2305 Jetlift Drive<br>Atwater, CA 95301 |

| | |
|---|---|
| **Agent for Service of Process** | |
| Agent Name | CHEN ZHAO |
| Agent Address | 2305 JETLIFT DRIVE<br>ATWATER, CA 95301 |
| **Type of Business** | |
| Type of Business | FLIGHT SCHOOL |
| **Email Notifications** | |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
|---|---|
| Chen Zhao | 2305 Jetlift Drive<br>Atwater, CA 95301 |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

## Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Chen Zhao*
Signature

*03/02/2023*
Date

# EXHIBIT D



STATE OF MONTANA

12367150
Montana Secretary of State
Filed: February 27, 2019 09:24 AM
BID: C1110674

# Articles of Organization

Xin Han Aviation, LLC (C1110674)

# General Details

| | |
|---|---|
| Handling Option | 24 Hour Priority Handling |
| Delayed Effective Date | |
| Type of Limited Liability Company | Limited Liability Company |
| Business Entity Name | Xin Han Aviation, LLC |

# Registered Agent in Montana

| | |
|---|---|
| Entity Name | BUSINESS TECH CORPORATE SERVICES LLC |
| Street Address | 302 N LAST CHANCE GULCH #409, HELENA, Montana, 59601, United States |
| Mailing Address | Same as Street Address |
| Registered Agent Type | Commercial |

The appointment of the registered agent listed above is an affirmation by the represented entity that the agent has consented to serve as a registered agent.
Yes

# Business Mailing Address of Principal Office

| | |
|---|---|
| Postal Address | 302 N Last Chance Gulch, Ste 409, Helena, Montana, 59601, United States |
| Term | Perpetual |

# Managers/Members

| | |
|---|---|
| LLC Managed By | Members |

| | |
|---|---|
| **Individual** | |
| **Name** | Xin Zhao |
| **Status** | Active |
| **Business Mailing Address** | 28 Liberty St, Randolph, Massachusetts, 02368, United States |

# Signature

**I have been authorized by the business entity to file this document online.**
Yes

**I, HEREBY SWEAR AND/OR AFFIRM, under penalty of law, including criminal prosecution, that the facts contained in this document are true. I certify that I am signing this document as the person(s) whose signature is required, or as an agent of the person(s) whose signature is required, who has authorized me to place his/her signature on this document.**
Yes

| | |
|---|---|
| **Name** | Amanda Kerr |
| **Position** | Organizer |
| **Date** | 02/27/2019 |

# Daytime Contact

| | |
|---|---|
| **Phone** | 406-442 2652 |
| **Email** | jennifer@montanacorporate.com |



# MONTANA SECRETARY OF STATE

**Return Method:** Email

February 27, 2019

JENNIFER MCCLUSKEY
302 N LAST CHANCE GULCH #403
HELENA MT 59601

## CERTIFICATION LETTER

I, COREY STAPLETON, Secretary of State for the State of Montana, do hereby certify that

### Xin Han Aviation, LLC

filed its Articles of Organization with this office and has fulfilled the applicable requirements set forth in law. By virtue of the authority vested in this office, I hereby issue this certificate evidencing the filing is effective on the date shown below.

**Certified File Number:** C1110674 - 12367150
**Effective Date:** February 27, 2019

Your company's annual report is due by April 15th of next year and each consecutive year thereafter.

Thank you for being a valued member of the Montana business community. I wish you continued success in your endeavors.

Corey Stapleton
Montana Secretary of State