BERNARD J. KORNBERG (State Bar No. 252006)
PRACTUS, LLP
58 West Portal Ave PMB 782
San Francisco, CA 94127
Telephone: (341) 234-6629
Email:  bernard.kornberg@practus.com

Attorneys for DAN YOON

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>DANIEL B. YOON and JEENEE S. YOON,<br><br>          Debtors. | Case No. 19-42763<br><br>Chapter 11<br><br>Adv No. 20-04021 |
| DAN YOON,<br><br>          Plaintiff,<br><br>     vs.<br><br>K.S. AVIATION, INC., JOHN YK YOON, XING KONG AVIATION SERVICE, LLC (d/b/a Sierra Academy of Aeronautics), CHEN ZHAO aka. ERIC ZHAO, and XIN HAN AVIATION LLC,<br><br>          Defendants. | **PROOF OF SERVICE**<br><br>Amended Date:     September 1, 2023<br>Amended Time:     11:00 a.m.<br>Location:               Ctrm 215<br><br>The Hon. Charles Novack |

1

CERTIFICATE OF SERVICE

4894-5471-5462, v. 1

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 58 West Portal Ave PMB 782, San Francisco, CA 94127

On August 1, 2023, I served true copies of the following document(s):

**PLAINTIFF'S MOTION TO (I) DISQUALIFY MICHAEL ABBOTT AS COUNSEL FOR DEFENDANTS; AND (II) STRIKE THE ANSWER AND ENTER THE DEFAULT OF THE CORPORATE DEFENDANTS**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION TO (I) DISQUALIFY MICHAEL ABBOTT AS COUNSEL FOR DEFENDANTS; AND (II) STRIKE THE ANSWER AND ENTER THE DEFAULT OF THE CORPORATE DEFENDANTS**

**NOTICE OF HEARING ON PLAINTIFF'S MOTION TO (I) DISQUALIFY MICHAEL ABBOTT AS COUNSEL FOR DEFENDANTS; AND (II) STRIKE THE ANSWER AND ENTER THE DEFAULT OF THE CORPORATE DEFENDANTS**

on the interested parties in this action as follows:

Michael L. Abbott, Esq.
Law Offices of Michael L. Abbott
126 South Third Avenue
Oakdale, CA 95361

John Yoon
2305 Jetlift Drive
Atwater, California 95301

Chen Zhao
2305 Jetlift Drive
Atwater, California 95301

K.S. Aviation, Inc.
c/o John Yoon
2305 Jetlift Drive
Atwater, California 95301

Xing Kong Aviation Service LLC.
c/o Chen Zhao
2305 Jetlift Drive
Atwater, California 95301

Xin Han Aviation, LLC
c/o Business Tech Corporate Services, L.L.C.
55 W. 14th Street
Suite 101
Helena, MT 5960

2

CERTIFICATE OF SERVICE

4894-5471-5462, v. 1

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY US POSTAL SERVICE**: I enclosed the document(s) in a postage paid sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope in a United States Postal Service drop box.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 1, 2023, at San Francisco, California.

                                       /s/ Bernard J. Kornberg
                                       Bernard J. Kornberg