

The following constitutes the order of the Court.
Signed: October 17, 2023

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DANIEL B. YOON and JEENEE S. YOON,<br><br>Debtors. | Case No. 19-42763 CN<br>Chapter 11 |
| DAN YOON,<br><br>Plaintiff,<br><br>v.<br><br>K.S. AVIATION, INC. ET AL.,<br><br>Defendants. | Adversary No. 20-4021 CN<br><br>**ORDER AFTER HEARING ON DISCOVERY DISPUTE** |

On October 11, 2023, the court conducted a hearing on Plaintiff's Discovery Dispute. Appearances were stated on the record. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that:

1. Ms. Ip's expert testimony is excluded from trial.

2. The request for attorney's fees and costs is denied.

3. The third trial day, previously set for December 14, 2023, is rescheduled to **December 18, 2023**. No other trial dates or deadlines set forth in the court's September 6, 2023 Scheduling Order are modified.

***END OF ORDER***

Adversary No. 20-4021 CN

**<u>COURT SERVICE LIST</u>**

All recipients are ECF participants.