

BERNARD J. KORNBERG (SBN 252006)
PRACTUS, LLP
58 West Portal Ave PMB 782
San Francisco, CA 94127
Telephone: (341) 234-6629
Email: bernard.kornberg@practus.com

The following constitutes the order of the Court.
Signed: November 16, 2023

_____
Charles Novack
U.S. Bankruptcy Judge

Attorneys for DAN YOON

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>DANIEL B. YOON and JEENEE S. YOON,<br><br>Debtors. | Case No. 19-42763<br><br>Chapter 11<br><br>Adv No. 20-04021 |
| DAN YOON,<br><br>Plaintiff,<br><br>vs.<br><br>K.S. AVIATION, INC., et al.<br><br>Defendants. | **ORDER ON STIPULATION TO CONTINUE TRIAL DATE**<br><br>**Current Trial Date:**<br>**DATE:** December 11, 2023<br>**TIME:** 9:30 a.m.<br>**CTRM:** 215<br><br>**Proposed Trial Date:**<br>**DATE:** January 29, 2023<br>**TIME:** 9:30 a.m.<br>**CTRM:** 215<br><br>The Hon. Charles Novack |

The Court, having reviewed the stipulation between plaintiff Dan Yoon ("Plaintiff") and defendants John YK Yoon KS Aviation, Inc. ("KS Aviation"), Xing Kong Aviation Service, LLC ("Xing Kong"), Chen Zhao Aka Eric Zhao ("Zhao"), and Xin Han Aviation LLC ("Xin Han") (and collectively, the "Defendants"), to continue the trial on this matter, current scheduled for December 11, 12, and 18th, to January 29, 30, and 31st, and for good caused showing, hereby

1

ORDER ON STIPULATION TO CONTINUE TRIAL DATE

approves it.

THEREFORE, IT IS ORDERED THAT:

1. The trial in this matter, current scheduled for December 11, 12, and 18th at 9:30 a.m., is continued to January 29, 30, and 31st, and 9:30 a.m.

2. The deadline to serve and file witness lists, exhibit lists, trial brief, and to exchange evidence is continued from December 4, 2023 to January 16, 2024.

3. The Court retains jurisdiction over all parties subpoenaed to appear at trial under Federal Rule of Bankruptcy Procedure 7054. The subpoenaing party shall inform the subpoenaed party of the new trial date via service of this order on the subpoenaed party.

**\*\*\* END OF ORDER \*\*\***

2
ORDER ON STIPULATION TO CONTINUE TRIAL DATE

Case: 20-04021    Doc# 256    Filed: 11/16/23    Entered: 11/16/23 15:32:59    Page 2 of 3

**COURT SERVICE LIST**

ALL PARTIES SERVED BY ECF