
Christopher Rillo (SBN 112009)
christopher.rillo@bakerbotts.com
Raerani Reddy (SBN 340475)
rani.reddy@bakerbotts.com
Baker Botts LLP
101 California Street, Suite 3200
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for K.S. Aviation, Inc., Xing Kong Aviation Service, LLC, John Yoon, Chen Zhao, and Xin Han Aviation, LLC*

**Entered on Docket**
**February 06, 2024**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the Court.
Signed: February 6, 2024

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In Re<br><br>    DANIEL B. YOON,<br>    JEENEE S. YOON,<br><br>Debtor | Case No. 19-42763<br>Chapter 11<br><br>Adv. No. 20-4021 CN |
| DAN YOON,<br><br>        Plaintiff,<br>v.<br>K.S. AVIATION, INC.,<br><br>        Defendant. | **ORDER ON STIPULATION TO CONTINUE TRIAL DATE**<br><br>**Current Trial Date:**<br>**DATE:** January 29, 2024<br>**TIME:** 9:30 a.m.<br>**CTRM:** 215<br><br>**Proposed Trial Date:**<br>**DATE:** July 8, 2024<br>**TIME:** 9:30 a.m.<br>**CTRM:** 215<br><br>The Hon. Charles Novack |

1

The Court, having reviewed the stipulation between Defendants John YK Yoon, KS Aviation, Inc. ("KS Aviation"), Xing Kong Aviation Service, LLC ("Xing Kong"), Chen Zhao Aka Eric Zhao ("Zhao"), and Xin Han Aviation LLC ("Xin Han") (and collectively, the "Defendants") and Plaintiff Dan Yoon ("Plaintiff") to continue the trial on this matter, currently scheduled for January 29, 30, and 31, to July 8, 9, and 10, and for good cause showing, hereby approves it.

THEREFORE, IT IS ORDERED THAT:

1. The trial in this matter, currently scheduled for January 29, 30, and 31 at 9:30 a.m., be continued to July 8, 9, and 10, 2024 at 9:30 a.m.
2. The deadline to serve and file witness lists, trial brief, and to exchange evidence be continued from January 16, 2024 to June 24, 2024.
3. The Court shall retain jurisdiction over all parties subpoenaed to appear at trial under Federal Rule of Bankruptcy Procedure 7054. The subpoenaing party shall inform the subpoenaed party of the new trial date via service of the order approving the stipulation on the subpoenaed party.

**END OF ORDER**

# COURT SERVICE LIST

RECIPIENTS ARE ECF FILERS