

1  Christopher Rillo (SBN 112009)
   christopher.rillo@bakerbotts.com
2  Raerani Reddy (SBN 340475)
   rani.reddy@bakerbotts.com
3  Baker Botts LLP
4  101 California Street, Suite 3200
5  San Francisco, California 94111
   Telephone: (415) 291-6200
6  Facsimile: (415) 291-6300

The following constitutes the order of the Court.
Signed: March 7, 2024

_____
**Charles Novack
U.S. Bankruptcy Judge**

*Attorneys for K.S. Aviation, Inc., Xing Kong Aviation Service, LLC, John Yoon, Chen Zhao, and Xin Han Aviation, LLC*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In Re<br><br>   DANIEL B. YOON,<br>   JEENEE S. YOON<br><br>Debtor | Case No. 19-42763<br>Chapter 11<br><br>Adv. No. 20-4021 CN |
| DAN YOON,<br><br>        Plaintiff,<br><br>v.<br><br>K.S. AVIATION, INC.,<br><br>        Defendant. | **ORDER ON STIPULATION TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>**Current Trial Date:**<br>**DATE:** July 8, 2024<br>**TIME:** 9:30 a.m.<br>**CTRM:** 215<br><br>The Hon. Charles Novack |

The Court, having reviewed the stipulation between Defendants John YK Yoon, KS Aviation, Inc. ("KS Aviation"), Xing Kong Aviation Service, LLC ("Xing Kong"), Chen Zhao Aka Eric Zhao ("Zhao"), and Xin Han Aviation LLC ("Xin Han") (and collectively, the "Defendants") and Plaintiff Dan Yoon ("Plaintiff") for Defendants to file a motion for summary judgment, and for good cause showing, hereby approves it.

THEREFORE, IT IS ORDERED THAT:

1. Defendants' motion for summary judgment on Counts I, II, and IV shall be noticed for an May 24, 2024 hearing date.

2. The parties agree to the following briefing schedule: (1) Defendants' file motion for summary judgment by April 12, 2024; (2) Plaintiff files opposition by May 3, 2024; and (3) Defendants' file reply by May 17, 2024.

**END OF ORDER**

# COURT SERVICE LIST

RECIPIENTS ARE ECF FILERS

ORDER ON STIPULATION TO FILE MOTION FOR SUMMARY JUDGMENT
Adv. No. 20-4021 CN