Christopher Rillo (SBN 112009)
christopher.rillo@bakerbotts.com
Raerani Reddy (SBN 340475)
rani.reddy@bakerbotts.com
**BAKER BOTTS LLP**
101 California Street, Suite 3200
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Counsel for KS Aviation, Inc., Xing Kong Aviation Service, LLC, John Yoon, Chen Zhao, and Xin Han Aviation, LLC*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>　　DANIEL B. YOON,<br>　　JEENEE S. YOON<br><br>Debtor | Bankruptcy Case No.: 19-42763<br><br>Adv. Proc. No.: 20-04021<br><br>Chapter 11 |
| DAN YOON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KS AVIATION, INC., XING KONG AVIATION SERVICE, LLC, JOHN YOON, CHEN ZHAO, AND XIN HAN AVIATION, LLC,<br><br>　　　　　Defendants. | **DECLARATION OF ROSA SALCIDO IN SUPPORT OF MOTION FOR DEFENDANTS KS AVIATION, INC., XING KONG AVIATION SERVICE, LLC, JOHN YOON, CHEN ZHAO AND XIN HAN AVIATION, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing: May 24, 2024<br>Time:　　11: 00 A.M.<br><br>The Honorable Charles Novack |

I, Rosa Salcido, declare as follows:

1. I am employed by Xing Kong Aviation Service, LLC as the Director of the Finance Department and Human Resources Manager. I make this declaration in support of Defendants' Motion for Partial Summary Judgment. This declaration is based upon my personal knowledge and if called and sworn as a witness, I could and would competently testify thereto.

2. I have worked in accounting for approximately 26 years and have experience in this field through vocational training and employment as a bookkeeper at various businesses. I was employed as bookkeeper for KS Aviation from May 13, 2013, through September 27, 2013, and again from March 2017 through December 31, 2018. Since January 1, 2019, I have worked for Xing Kong Aviation Service, LLC.

3. Dan Yoon hired me in 2013 as the accounting office manager for KS Aviation, while John Yoon was still present and involved in the business. John Yoon took a leave of absence from June 2013 to February 2014 after suffering a motorcycle accident.

4. In 2013, my duties as the accounting office manager included tracking all accounts receivables and payables, payroll, all permits necessary to keep the flight school open and running, quarterly and payroll tax returns, and student progress records that we used to inform billing of airlines that sponsored students and the students themselves.

5. During my first stint at KS Aviation, I reported only to Dan Yoon. Dan Yoon represented to me and to other employees in my presence that he fully owned the company, stating that he was both CEO and CFO during weekly team meetings.

6. Dan Yoon created a chaotic work environment, refused to pay overtime, and was physically abusive to his employees. I knew within a few months after beginning my employment that I would leave KS Aviation after Dan Yoon became physically and verbally abusive to me, calling me stupid and slapping my hand when I showed him invoices from a vendor.

7. When I began working at KS Aviation, I had one assistant reporting to me. During the course of my first stint, I gained two additional assistants. However, when I decided to leave KS Aviation due to Dan Yoon's poor treatment of his employees, two of those three assistants also left.

For this reason, I delayed my departure to September 27, 2013, so that I could interview a replacement for my position.

8. I returned to KS Aviation in March 2017 at John Yoon's request. John Yoon indicated to me that Dan Yoon was no longer working for KS Aviation and made me a very nice offer to manage the company's finance department.

9. KS Aviation uses Quickbooks for its accounting needs. I have reviewed the promissory notes attached to Dan Yoon's complaint and these notes are not reflected in the current version of Quickbooks. These books reflect numerous suspicious expenses attributable to Dan Yoon, who exercised complete control over accounting during his time at KS Aviation. His actions make it difficult to determine credits for payments KS Aviation already made on loans or the total funds owed to him.

10. From my time at KS Aviation and to the best of my knowledge, any loans to the business have been deposited into the general corporate account, from which business and operational expenses and costs are paid. Based on my knowledge and review of the books, none of the three business loans from Bank of the West to KS Aviation were used to pay for the flight simulator. These loans were not secured by the flight simulator unlike the other loans which were used to purchase the flight simulator. At least two of these loans were granted after the flight simulator was purchased.

11. KS Aviation was not profitable while I was employed there in 2013 or from 2017 onward. As I testified in my deposition, the company owed far more money than it could cover with its revenue. A true and correct copy of excerpts of my deposition is attached hereto as **Exhibit 1**.

12. KS Aviation requires roughly 150 students to enroll in its program to break even, but has only 65 currently enrolled. The business has been hemorrhaging money since 2017. True and correct copies of KS Aviation's, d/b/a Sierra Academy of Aeronautics, 2017 and 2018 profit and loss statements are attached hereto as **Exhibit 2**.

13. In 2017, Xing Kong purchased KS Aviation. Xing Kong also remains unprofitable, operating at a loss since 2019. True and correct copies of Xing Kong's 2019, 2020, 2021, and 2022 profit and loss statements are attached hereto as **Exhibit 3**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 4/10, 2024, at Atwater, California

By: _____
Rosa Salcido

DECLARATION OF ROSA SALCIDO IN
SUPPORT OF DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT

3

CASE NO. 19-42763
ADV. PROC. NO.: 20-04021

Case: 20-04021    Doc# 273-1    Filed: 04/12/24    Entered: 04/12/24 17:27:21    Page 4 of 4