# EXHIBIT 1

```
 1              UNITED STATES BANKRUPTCY COURT
 2      NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
 3
 4    IN RE:
                                         No. 19-42763
 5    DANIEL B. YOON and                 Chapter 11
      JEENEE S. YOON,
 6              Debtor.
      _____
 7
      DAN YOON,
 8                                       Adv. Proc. No.
                Plaintiff,               20-04021
 9
            vs.
10
      K.S. AVIATION, et al.,
11
                Defendants.
12
     _____
13
14
15
16
17       VIDEOCONFERENCE DEPOSITION OF ROSELIA SALCIDO
18                 Wednesday, July 20, 2022
19
20
21
22
23    Reported by:
      DANA M. FREED
24    CSR No. 10602
25    JOB No. 5332973

                                                    Page 1
```

```
 1                UNITED STATES BANKRUPTCY COURT
 2       NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
 3
 4    IN RE:                             No. 19-42763
                                         Chapter 11
 5    DANIEL B. YOON and
      JEENEE S. YOON,
 6
                  Debtor.
 7    _____
                                         Adv. Proc. No.
 8    DAN YOON,                          20-04021
 9           Plaintiff,
10        vs.
11    K.S. AVIATION, et al.,
12           Defendants.
      _____
13
14
15              Videoconference Deposition of
16    ROSELIA SALCIDO, taken on behalf of Plaintiff,
17    beginning at 1:06 p.m. and ending at 4:11 p.m., on
18    Wednesday, July 20, 2022, before DANA M. FREED,
19    Certified Shorthand Reporter No. 10602.
20
21
22
23
24
25
                                                         Page 2
```

```
 1   APPEARANCES:
 2
 3   For the Plaintiff Daniel Yoon:
 4            Practus, LLP
              BY:   Bernard J. Kornberg
 5            Attorney at Law
              58 West Portal Avenue PMB 782
 6            San Francisco, California 94127
              341.234.6629
 7            bernard.kornberg@practus.com
 8
     For the Defendants Xing Kong and K.S. Aviation:
 9
              Law Offices of Michael Abbott
10            BY:   Michael Lee Abbott
              Attorney at Law
11            126 South Third Avenue
              Oakdale, California 95361
12            209.844.5633
              michaelleeabbott@gmail.com
13
14
     Also Present:
15            JONG YOON
16
17
18
19
20
21
22
23
24
25
```

```
 1                        I N D E X
 2
 3   WITNESS                                        PAGE
 4   ROSELIA SALCIDO
 5
     EXAMINATION BY MR. KORNBERG                    5
 6
 7
 8                       E X H I B I T S
 9   DEPOSITION NO.                                 PAGE
10   Exhibit 6     Stock Purchase Agreement         --
     Exhibit 9     Verified Complaints for          --
11                 Breach of Promissory Notes
                   and Related Agreements and
12                 Breach of Guaranties
     Exhibit 11    Payments to John Yoon            --
13   Exhibit 14    Xing Kong Aviation Service,      --
                   LLC Profit & Loss 2019
14   Exhibit 15    Xing Kong Aviation Service,      --
                   LLC Profit & Loss 2020
15   Exhibit 16    Sierra Academy of                --
                   Aeronautics Profit & Loss
16                 2016
     Exhibit 17    Sierra Academy of                --
17                 Aeronautics Profit & Loss
                   2017
18   Exhibit 18    Sierra Academy of                --
                   Aeronautics Profit & Loss
19                 2018
     Exhibit 26    Purchase Agreement               --
20   Exhibit 40    KSA March 2019 Bank Account      89
     Exhibit 41    Xing Kong March 2019 Bank        89
21                 Account
22          (Above previously marked exhibits referred to
23   herein are attached.)
24
25


                                                  Page 4
```

1    situation, so I was preparing the accounts payable
2    reports on a weekly basis to Mr. John Yoon, per his
3    request.
4             Then the accounts receivable was monitoring
5    the payments that should have been coming in
6    at the time.  I first -- I initially began by
7    generating an accounts receivable aging report to find
8    out whatever customers owed or had aging invoices due
9    to K.S. Aviation and began collections process on
10   those invoices.  Those reports were provided to
11   Mr. John Yoon as well.  And as well as to a person
12   that worked here at the time that was assisting with
13   the accounts receivable, so she would read those as
14   well.
15            Processing or overseeing the process of
16   invoices to customers.  Applying any payments that
17   came in to outstanding invoices.  Overseeing the
18   payroll and processing payroll as well.  Processing
19   deposits, if any.  And processing payments, if any.
20       Q   Okay.  Thank you.  So you mentioned that, at
21   that time, there was a lot of accounts receivable
22   reports and payable reports due to financial
23   circumstances or difficulties.  Can you explain those
24   in more detail?
25       A   Of course.  When I -- when I first came on

1  board with K.S. Aviation, in that year working for
2  John Yoon, K.S. Aviation was -- they owed, that
3  company owed a lot of money. And it's okay to owe a
4  lot of money, but you have to have the revenue to pay
5  that, to pay what is due. It had invoices that had
6  aged for a very long time. Beyond the 30 days, beyond
7  60 days, beyond 90 days. And the customers that
8  K.S. Aviation had at the time, very few, very, very
9  few were paying on their flights, on their education.
10     Q   So, by not paying, do you mean very late or
11 just wouldn't pay at all?
12     A   Receivables?
13     Q   Yeah, receivables. Yeah.
14     A   They were just not paying. And some of
15 them -- whichever students were here and training
16 at the time would pay for their training or portions
17 of their training. Some of them went beyond their
18 contract and didn't pay on those hours that they went
19 above their contract. But yeah, the revenue, the
20 incoming revenue was very, very low compared to
21 the -- compared to the deficit.
22     Q   Now, when you came in, who were -- you said
23 that there was a lot of debts owed. Who were the
24 debts owed to?
25     A   Aircraft part provider -- or, you know,

```
 1  sellers, restaurant delivery services, food supply.
 2       Q   So, these were in the nature of vendor debts?
 3       A   Vendor debts and also payroll tax debts.
 4       Q   Okay.  What were the payroll tax debts?
 5       A   Unpaid taxes.
 6       Q   So they were making payroll, but they weren't
 7  paying the relevant tax?
 8       A   That's correct.  And property tax debts.
 9       Q   Okay.  And when you arrived for the second
10  stint they were not making their payroll taxes?  They
11  were not making payroll taxes?
12       A   That's correct.
13       Q   Were they making payroll otherwise?
14       A   Yes.
15       Q   When you were talking about debts, were debts
16  to Dan Yoon included in the debts owed?
17       A   I'm sorry.  Can you repeat that?
18       Q   Were there any debts owed to Dan Yoon in the
19  books when you came back?
20       A   No, not -- well, not that I can see.  Not
21  that were recorded or, you know, I didn't see
22  documentation of such.
23       Q   You were never -- so you never were aware
24  that Dan Yoon was owed any money?
25       A   That's correct.
```

Veritext Legal Solutions
866 299-5127

1  know, tell him.
2             THE WITNESS:  I don't know.
3  BY MR. KORNBERG:
4       Q   What is your best guess as to what they were
5  for?
6             MR. ABBOTT:  Don't guess.
7             MR. KORNBERG:  Are you instructing your
8  client not to answer?
9             MR. ABBOTT:  I'm telling her not to guess.
10            MR. KORNBERG:  Yeah, that's fine.
11            Well, I asked her to guess what they're for.
12            MR. ABBOTT:  I asked her not to.  Sorry.
13 BY MR. KORNBERG:
14      Q   Are there any records that you could check to
15 tell me what those legal fees are for?
16      A   Yes.
17      Q   And what would those records be?
18      A   I can ask Mr. Yoon to give me access to
19 K.S. Aviation's records, I guess.
20      Q   Okay.
21      A   If we needed to.
22      Q   There's another item for professional fees
23 for $325,419 cents -- 419 dollars, sorry.  Do you know
24 what those professional fees were for?
25      A   I know that when I did the accounting for

```
1   K.S. Aviation a long, long time ago they used to refer
2   to professional fees when they would pay for like
3   consulting fees or like inspections, things like that.
4   Where they were like kind of outside services.  Not
5   necessarily payroll, but where they paid people to
6   come in and do things like inspect or like -- that
7   could be possibly if they hired someone to repair an
8   area, that could possibly be related to labor fees,
9   labor hours maybe of a consulting company or
10  contracting company, maybe.  That's how I remember
11  them categorizing or classifying professional fees.
12       Q   So this -- am I correct in stating that this
13  profit and loss statement shows a loss of yearly
14  $2.4 million for the 2018 year?
15       A   That's what it looks like on this document.
16       Q   Is that -- do you believe that that number is
17  correct?
18       A   I couldn't tell you for sure because I didn't
19  handle those areas.  Again, it was Mr. Lee's office.
20  But I do know that K.S. Aviation was struggling in
21  those years.
22       Q   Okay.  That number is consistent with them
23  shutting the company down; correct?
24       A   I would imagine so.  Yeah.  I would imagine
25  so.  Uh-huh.
```

Page 65

Veritext Legal Solutions
866 299-5127
Case: 20-04021   Doc# 273-2   Filed: 04/12/24   Entered: 04/12/24 17:27:21   Page 10 of 11

1    Q   Okay.  Thank you.  Let's move on to a
2    document I've previously marked as Exhibit No. 14.
3         Ms. Salcido, this document is marked as the
4    Xing Kong Aviation Service, LLC, Profit & Loss
5    Statement for January through December 2019; is that
6    correct?
7    A   It is, yes.
8    Q   And did you prepare this document?
9    A   Yes, I think so.  I'd have to look at this
10   one and compare it to my records on file to be sure
11   that it's the exact same document that I created or
12   prepared.
13   Q   These documents were produced presumably by
14   Xing Kong.  Are there any other profit and loss
15   statements that were prepared by the company?
16   A   I'm sorry, what?
17   Q   Does Xing Kong produce multiple profit and
18   loss statements?
19   A   No.
20   Q   I mean, this document was provided by
21   Xing Kong, presumably.  So I would -- is there any
22   reason to believe this is not your profit and loss
23   statement for the year that you prepared?
24   A   My only answer to that is that in order for
25   me to truthfully, truthfully testify that this is the

Page 66

Veritext Legal Solutions
866 299-5127
Case: 20-04021   Doc# 273-2   Filed: 04/12/24   Entered: 04/12/24 17:27:21   Page 11 of 11