# EXHIBIT 2

# Sierra Academy of Aeronautics, ITC
## Profit & Loss
### January through December 2017

|  | Jan - Dec 17 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Aircraft Rental | 3,450.00 |
| FAA Check Ride Retest | 19,550.00 |
| Flight Revenue | 3,192.48 |
| Misc. Income | 57,317.22 |
| Resident Rent Revenue | 650.00 |
| Revenue-Tuitions | 819,696.81 |
| Services | 1,517.82 |
| Sim Rental Revenue | 47,571.14 |
| **Total Income** | **952,945.47** |
| **Gross Profit** | **952,945.47** |
| **Expense** | |
| Advertising | 1,924.81 |
| Aircraft Consumables | 74,391.67 |
| Aircraft FAA Registration | 75.00 |
| Amortization | 3,335.00 |
| Bad Debt | 695,556.00 |
| Bank Service Charge | 7,936.94 |
| Bonus | 10,000.00 |
| **Building Repairs & Upgrades** | |
|   Building Maintenance | 161,499.26 |
|   Building Renovation | 1,966.13 |
|   Computer Hardware | 12,211.87 |
|   Computer Software Programs | 11,230.42 |
| **Total Building Repairs & Upgrades** | 186,907.68 |
| Credit Card Fees | 199.00 |
| Deposit Made On Accounts | 14,568.00 |
| Depreciation | 462,854.50 |
| Dues and Subscription | 31,846.50 |
| Employee Education/Benefit | 159.00 |
| Equipment Rental | 1,518.39 |
| FAA Checkride Examiner | 40,750.00 |
| **Fuel Expenses** | |
|   Fuel-AVGas | 204,744.68 |
|   Fuel-Vehicles | 6,942.61 |
| **Total Fuel Expenses** | 211,687.29 |
| Gifts | 4,390.37 |
| Health Insurance | 374.00 |
| **Insurance** | |
|   Aircraft | 77,225.00 |
|   Auto | 7,770.61 |
|   Liability | 7,007.00 |
|   Medical | 3,725.38 |
|   Property | 1,559.00 |

EXHIBIT 17

# Sierra Academy of Aeronautics, ITC
## Profit & Loss
### January through December 2017

|  | Jan - Dec 17 |
|---|---:|
| Workers Compensation | 121,135.82 |
| **Total Insurance** | 218,422.81 |
| Interest Expense | 402,375.11 |
| Internet Expense | 34,032.69 |
| Janitorial Service | 1,075.00 |
| Korea Commission | 39,000.00 |
| Late Fees | 81,378.18 |
| Lawsuit | 8,142.28 |
| **Leased Equipment** | |
|     Lease-plane | 45,599.00 |
|     Lease - Fuel Truck | 14,033.50 |
| **Total Leased Equipment** | 59,632.50 |
| Legal Fees | 232,383.24 |
| Meals and Entertainment | 5,713.67 |
| **Medical** | |
|     Student Medical | 2,441.57 |
|     Medical - Other | 444.50 |
| **Total Medical** | 2,886.07 |
| Office Equipment | 3,704.88 |
| Office Supplies | 264.64 |
| Other Expenses | 161.82 |
| **Payroll Expenses** | |
|     Admin Dept | 336,107.86 |
|     Cafe Dept | 178,196.05 |
|     Dispatch Dept | 49,565.05 |
|     Flight Dept | 54,826.62 |
|     Fuel Dept | 32,333.44 |
|     Maint Dept | 385,284.95 |
|     Security Dept | 7,420.60 |
|     Sim Center | 110,408.06 |
|     Student Service Dept | 102,592.15 |
|     Payroll Expenses - Other | 75,935.38 |
| **Total Payroll Expenses** | 1,332,670.16 |
| Permits & Licenses | 3,858.80 |
| Pest Control | 850.00 |
| Petty Cash | 0.00 |
| Professional Fees | 103,972.22 |
| Rent | 555,676.35 |
| Restaurant & Food | 65,489.48 |
| Security | 4,073.25 |
| Shipping, Freight, Postage | 3,915.39 |
| **Student** | |
|     Student Cats Testing | 1,900.97 |
|     Student Fingerprinting | 1,832.00 |
|     Student Housing | 4,034.65 |

# Sierra Academy of Aeronautics, ITC
## Profit & Loss
### January through December 2017

|  | Jan - Dec 17 |
|---|---:|
| Student Supply | 3,463.14 |
| Student TSA Fee | 11,269.00 |
| Tuition Refund | 115,002.95 |
| **Total Student** | 137,502.71 |
| Supplies - General | 18,377.08 |
| **Supplies & Parts** |  |
| Aircraft Parts | 133,844.22 |
| Vehicle Maintenance | 164.60 |
| **Total Supplies & Parts** | 134,008.82 |
| **Taxes** |  |
| Payroll Tax | 333,034.50 |
| State Corporate Income Tax | 15,567.00 |
| Taxes - Other | 22,748.92 |
| **Total Taxes** | 371,350.42 |
| Telephone | 17,181.06 |
| **Travel** |  |
| Domestic Travel | 3,505.76 |
| International Travel | 14,004.15 |
| Tolls/Parking | 833.60 |
| Travel - Other | 29,749.10 |
| **Total Travel** | 48,092.61 |
| Utilities | 270,970.05 |
| **Total Expense** | 5,905,635.44 |
| **Net Ordinary Income** | -4,952,689.97 |
| **Other Income/Expense** |  |
| **Other Expense** |  |
| State Income Tax | 14,871.77 |
| **Total Other Expense** | 14,871.77 |
| **Net Other Income** | -14,871.77 |
| **Net Income** | -4,967,561.74 |

# Sierra Academy of Aeronautics, ITC
## Income & Expense
### January through December 2018

|  | TOTAL |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     FAA Check Ride Retest | 10,800.00 |
|     Flight Jacket | 50.00 |
|     Flight Revenue | 4,462.26 |
|     Misc. Income | 45,071.27 |
|     Resident Rent Revenue | 8,245.00 |
|     Revenue-Tuitions | 3,216,011.83 |
|     Services | 6,106.96 |
|     Sim Rental Revenue | 46,989.11 |
|   **Total Income** | 3,337,736.43 |
| **Gross Profit** | 3,337,736.43 |
|   **Expense** | |
|     Advertising | 2,302.50 |
|     Aircraft Consumables | 50,296.28 |
|     Aircraft FAA Registration | 25.00 |
|     Awards | 337.75 |
|     Bad Debt | 421,701.40 |
|     Bank Service Charge | 3,093.08 |
|     Bonus | 3,872.00 |
|     **Building Repairs & Upgrades** | |
|       Building Maintenance | 3,452.11 |
|       Building Renovation | 459,584.73 |
|       Computer Hardware | 13,862.00 |
|       Computer Software Programs | 21,407.15 |
|       Building Repairs & Upgrades - Other | 631.27 |
|     **Total Building Repairs & Upgrades** | 498,937.26 |
|     Commission | 79,500.00 |
|     Deposit Made On Accounts | 2,555.85 |
|     Donations Charitable | 1,250.00 |
|     Dues and Subscription | 35,170.55 |
|     Employee Advance | 2,100.00 |
|     Employee Appreciation | 1,750.64 |
|     Employee Education/Benefit | 7,353.17 |
|     Equipment Rental | 13,657.50 |
|     FAA Checkride Examiner | 41,460.00 |
|     **Fuel Expenses** | |
|       Fuel-AVGas | 295,930.69 |
|       Fuel-JetA | 3,798.68 |
|       Fuel-Vehicles | 13,939.38 |
|     **Total Fuel Expenses** | 313,668.75 |
|     Gifts | 5,576.43 |
|     **Insurance** | |
|       Aircraft | 82,937.00 |
|       Auto | 7,354.98 |

EXHIBIT 18

## Sierra Academy of Aeronautics, ITC
## Income & Expense
### January through December 2018

|  | TOTAL |
|---|---:|
| Liability | 1,559.00 |
| Property | 5,023.51 |
| Workers Compensation | 98,500.03 |
| **Total Insurance** | 195,374.52 |
| **Interest Expense** | 95,287.53 |
| **Internet Expense** | 18,736.91 |
| **Korea Building Lease** | 24,000.00 |
| **Korea Commission** | 72,000.00 |
| **Late Fees** | 453.00 |
| **Lawsuits** | 19,940.20 |
| **Leased Equipment** | |
| Lease-plane | 77,447.50 |
| **Total Leased Equipment** | 77,447.50 |
| **Legal Fees** | 481,755.71 |
| **Meals and Entertainment** | 14,667.71 |
| **Medical** | |
| Student Medical | 7,182.99 |
| Medical - Other | 680.00 |
| **Total Medical** | 7,862.99 |
| **Other Expenses** | 4,658.32 |
| **Payroll Expenses** | |
| Admin Dept | 318,677.64 |
| Cafe Dept | 47,483.76 |
| Dispatch Dept | 81,471.04 |
| Flight Dept | 92,914.92 |
| Maint Dept | 309,605.35 |
| Security Dept | 20,346.23 |
| Student Service Dept | 197,117.43 |
| Payroll Expenses - Other | 91,207.56 |
| **Total Payroll Expenses** | 1,158,823.93 |
| **Permits & Licenses** | 6,915.90 |
| **Pest Control** | 1,757.00 |
| **Petty Cash** | 33,800.00 |
| **Printing** | 537.13 |
| **Professional Fees** | 325,419.98 |
| **Relocation** | 1,129.53 |
| **Rent** | 323,507.80 |
| **Restaurant & Food** | 209,704.39 |
| **Retainer Fee** | 7,500.00 |
| **Security** | 4,030.00 |
| **Shipping, Freight, Postage** | 11,777.70 |
| **Staff Uniform** | 1,565.24 |
| **Student** | |
| Student Cats Testing | 13,328.71 |
| Student Fingerprinting | 7,131.00 |

# Sierra Academy of Aeronautics, ITC
## Income & Expense
### January through December 2018

| | TOTAL |
|---|---:|
| Student Housing | 19,239.63 |
| Student Supply | 6,219.99 |
| Student TSA Fee | 15,830.00 |
| Student Visa | 370.00 |
| Tuition Refund | 36,266.65 |
| **Total Student** | 98,385.98 |
| Supplies - General | 32,091.10 |
| **Supplies & Parts** | |
|   Aircraft Parts | 545,035.49 |
|   Vehicle Maintenance | 16,539.99 |
| **Total Supplies & Parts** | 561,575.48 |
| **Taxes** | |
|   Payroll Tax | 109,406.43 |
|   Sales & Use Tax | 9,119.21 |
|   State Corporate Income Tax | 2,969.00 |
| **Total Taxes** | 121,494.64 |
| Telephone | 20,692.99 |
| **Travel** | |
|   Domestic Travel | 130,333.86 |
|   International Travel | 21,044.67 |
|   Tolls/Parking | 1,990.09 |
| **Total Travel** | 153,368.62 |
| Uncategorized Expenses | 0.00 |
| Utilities | 146,635.87 |
| **Total Expense** | 5,717,505.83 |
| **Net Ordinary Income** | -2,379,769.40 |
| **Net Income** | **-2,379,769.40** |