# EXHIBIT 3

# Xing Kong Aviation Service, LLC
## Profit & Loss
### January through December 2019

|  | Jan - Dec 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Other Income** | |
| Additional Services | 209,156.92 |
| Business Advantage MasterCard | 664.31 |
| Contractual | 244,296.07 |
| Flight Revenue | 3,932.50 |
| Meal Purchase | 1,275.00 |
| Merchandise Purchases | 437,750.00 |
| Recheck Fee | 24,800.00 |
| Refunds | 8,637.77 |
| Reimbursement to CO | 1,802.25 |
| Resident Rent Revenue | 21,559.21 |
| Student Discounts | -89,886.80 |
| Testing Fees | 2,755.00 |
| Other Income - Other | 20.55 |
| **Total Other Income** | 866,762.78 |
| **Tuition** | |
| China Tuition | 1,018,686.70 |
| Korea Tuition | 2,408,848.55 |
| **Total Tuition** | 3,427,535.25 |
| Xing Kong 2018 QB Transfer | 249,747.51 |
| **Total Income** | 4,544,045.54 |
| **Gross Profit** | 4,544,045.54 |
| **Expense** | |
| Account Transfer | 46,970.00 |
| Advertising | 10.00 |
| Aircraft FAA Registration | 11,489.00 |
| Bank Fees | 4,782.58 |
| Bonus | 22,590.67 |
| Business Entertainment | 19,377.22 |
| Cash Withdrawal | 0.00 |
| Commission | 186,000.00 |
| Computer Hardware | 10,547.86 |
| Computer Software Programs | 1,091.02 |
| Consultant | 226,181.70 |
| Debt | 385,972.30 |
| Donations Charitable | 1,500.00 |
| Education & Training | 8,742.96 |
| Employee Benefit | 863.86 |

EXHIBIT 14

|  | Jan - Dec 19 |
|---|---|
| **FAA Checkride Examiner** | 170,373.00 |
| **Flight Software** | 30,641.01 |
| **Fuel Expenses** |  |
|     Fuel-AVGas | 629,210.86 |
|     Fuel-JetA | 21,639.54 |
|     Fuel-Vehicles | 16,861.95 |
| **Total Fuel Expenses** | 667,712.35 |
| **Gifts** | 1,261.05 |
| **GMC** |  |
|     Bldg Maint & Groundskeeping | 47,451.70 |
|     Building Renovation | 20,533.02 |
|     Cafeteria Supplies | 161,898.27 |
|     Housing | 9,712.33 |
|     Restaurant | 381,694.00 |
| **Total GMC** | 621,289.32 |
| **Insurance** |  |
|     Aircraft | 118,179.00 |
|     Liability | 11,000.00 |
|     Property | 5,548.12 |
|     Vehicle | 11,243.46 |
|     Workers Compensation | 68,809.76 |
| **Total Insurance** | 214,780.34 |
| **Interest** | 4,759.75 |
| **Korea Building Lease** | 24,000.00 |
| **KSA 2018** | 3,965.10 |
| **Landing Fees** | 102.00 |
| **Lease-plane** | 18,416.00 |
| **Leased Equipment** | 26,041.00 |
| **Legal Fees** | 516,075.42 |
| **Loans** | 5,000.00 |
| **Merchant Card Service Fees** | 3,227.72 |
| **Office Supplies** | 21,026.07 |
| **Parts Department** |  |
|     Aircraft Parts | 323,278.37 |
|     Consumables | 90,232.24 |
|     Deposit | -5,000.00 |
|     RMS | 12,000.00 |
|     Software Renewals | 211.37 |
| **Total Parts Department** | 420,721.98 |
| **Payroll Expenses** |  |
|     Administration Dept | 413,592.30 |
|     Dispatch Dept | 90,917.65 |
|     Flight Dept | 289,034.39 |
|     Maintenance Dept | 432,595.85 |
|     Student Service Dept | 108,030.17 |

|  | Jan - Dec 19 |
|---|---:|
| Payroll Expenses - Other | 297,853.94 |
| **Total Payroll Expenses** | 1,632,024.30 |
| **Permits & Licenses** | 3,873.40 |
| **Pest Control** | 1,275.00 |
| **Professional Fees** | 6,085.04 |
| **Registrations** | 37.60 |
| **Rents** |  |
|     Rent-Buildings | 279,510.52 |
|     True-Up Annual Payment | 2,583.00 |
| **Total Rents** | 282,093.52 |
| **Security Monitoring** | 3,847.48 |
| **Shipping, Freight, Postage** | 24,102.46 |
| **Student** |  |
|     Fingerprinting | 5,643.00 |
|     Refunds | 33,891.60 |
|     Student Books & Supplies | 833.95 |
|     Student CATS Testing | 19,787.00 |
|     Student Medical | 3,684.00 |
|     Student Travel | 263.68 |
|     Student TSA & Visa | 55,400.00 |
|     Student Uniform | 8,997.16 |
| **Total Student** | 128,500.39 |
| **Taxes** |  |
|     Misc Tax | 163.05 |
|     Payroll Tax | 1,941.87 |
|     Sales & Use Tax | 2,960.74 |
|     State Annual Tax | 1,368.90 |
| **Total Taxes** | 6,434.56 |
| **Travel** |  |
|     Domestic | 28,856.52 |
|     International | 9,669.03 |
|     Mileage Reimbursements | 43.50 |
|     Tolls/Parking | 990.35 |
| **Total Travel** | 39,559.40 |
| **Uncategorized Expenses** | 0.00 |
| **Utilities** |  |
|     Electricity | 106,339.49 |
|     Gas | 39,489.44 |
|     Internet | 13,213.73 |
|     Sewer | 19,548.33 |
|     Telephone | 22,001.49 |
|     Waste Management | 16,740.79 |
|     Water | 7,701.05 |
| **Total Utilities** | 225,034.32 |
| **Vehicle Maintenance** | 5,747.81 |

|                      | Jan - Dec 19   |
|----------------------|----------------|
| Total Expense        | 6,034,126.56   |
| Net Ordinary Income  | -1,490,081.02  |
| Net Income           | -1,490,081.02  |

# Xing Kong Aviation Service, LLC
## Profit & Loss
### January through December 2020

|  | Jan - Dec 20 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     Other Income | 1,459,622.77 |
|     Tuition | 1,123,429.57 |
|   **Total Income** | 2,583,052.34 |
|   **Gross Profit** | 2,583,052.34 |
|   **Expense** | |
|     Aircraft FAA Registration | 3,934.00 |
|     Bad Debt | 472,710.39 |
|     Bank Account Changed | 1,955.20 |
|     Bank Fees | 8,399.81 |
|     Bonus | 7,560.33 |
|     Business Entertainment | 304.57 |
|     Cash Withdrawal | 35,103.00 |
|     Computer Hardware | 3,424.62 |
|     Computer Software Programs | 1,355.84 |
|     Consultant | 111,674.01 |
|     Discounts & Credits To Company | -200.00 |
|     Donations Charitable | 0.00 |
|     FAA Checkride Examiner | 79,200.00 |
|     Flight Software | 22,116.96 |
|     **Fuel Expenses** | |
|       Fuel-AVGas | 284,231.48 |
|       Fuel-JetA | 17,448.43 |
|       Fuel-Vehicles | 3,264.57 |
|     **Total Fuel Expenses** | 304,944.48 |
|     GMC | 475,357.58 |
|     **Insurance** | |
|       Aircraft | 133,488.00 |
|       Liability | 6,000.00 |
|       Property | 6,396.41 |
|       Vehicle | 14,742.82 |
|       Workers Compensation Accrual | 32,339.73 |
|     **Total Insurance** | 192,966.96 |
|     Interest | 3,077.09 |
|     Landing Fees | 92.00 |
|     Lease Aircraft | 1,120.00 |
|     Leased Equipment | 21,513.68 |
|     Legal Fees | 262,403.59 |
|     Loan OL | 0.00 |
|     NSF | 90.00 |
|     Office Supplies | 6,443.27 |
|     **Parts Department** | |
|       Aircraft Parts | 218,843.89 |
|       Consumables | 64,861.27 |

EXHIBIT 15

# Xing Kong Aviation Service, LLC
## Profit & Loss
### January through December 2020

|  | Jan - Dec 20 |
|---|---:|
| Cores | 7,279.00 |
| Deposit | -19,436.00 |
| RMS | 11,000.00 |
| Software Renewals | 8,554.00 |
| **Total Parts Department** | 291,102.16 |
| **Payroll Expenses** | 827,866.02 |
| **Permits & Licenses** | 778.25 |
| **Pest Control** | 160.00 |
| **Professional Fees** | 1,499.48 |
| **Registrations** | 9,480.50 |
| **Rents** | 340,673.90 |
| **Security Monitoring** | 4,100.96 |
| **Shipping, Freight, Postage** | 2,670.33 |
| **Student** | |
|   Fingerprinting | 3,663.00 |
|   Refunds | 28,012.95 |
|   Student Books & Supplies | 3,716.92 |
|   Student Medical | 15,100.42 |
|   Student Recreational Equipment | 2,255.57 |
|   Student Testing | 12,864.00 |
|   Student Travel | 332.92 |
|   Student TSA & Visa | 26,788.65 |
|   Student Uniform | 6,033.42 |
| **Total Student** | 98,767.85 |
| **Taxes** | |
|   Misc Tax | 2,142.97 |
|   Payroll Tax | 1,650.48 |
|   Property Tax | 649.32 |
|   Sales & Use Tax | 2,181.62 |
|   State Annual Tax | 2,807.59 |
| **Total Taxes** | 9,431.98 |
| **Travel** | |
|   Domestic | 1,258.20 |
|   Mileage Reimbursements | 73.60 |
|   Tolls/Parking | 206.07 |
| **Total Travel** | 1,537.87 |
| **Uncategorized Expenses** | 0.00 |
| **Utilities** | |
|   Electricity | 102,257.35 |
|   Gas | 44,413.74 |
|   Internet | 14,223.18 |
|   Sewer | 12,853.79 |
|   Telephone | 25,846.15 |
|   Waste Management | 16,352.54 |
|   Water | 5,480.06 |

# Xing Kong Aviation Service, LLC
## Profit & Loss
### January through December 2020

|  | Jan - Dec 20 |
|---|---:|
| Total Utilities | 221,426.81 |
| Vehicle Maintenance | 1,560.12 |
| **Total Expense** | 3,826,603.61 |
| Net Ordinary Income | -1,243,551.27 |
| **Net Income** | **-1,243,551.27** |

**Xing Kong Aviation Service, LLC**
**Profit && Loss**
**January through December 2021**

|  | Jan - Dec 21 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Other Income | 703,723.03 |
| Tuition | 919,871.90 |
| **Total Income** | 1,623,594.93 |
| **Gross Profit** | 1,623,594.93 |
| **Expense** | |
| Accrual Adj | 137,952.01 |
| Advertising | 295.67 |
| Aircraft FAA Registration | 25.00 |
| Bank Fees | 8,998.52 |
| Bonus | 7,299.00 |
| Commission | 18,000.00 |
| Computer Hardware | 4,626.59 |
| Computer Software Programs | 921.28 |
| Consultant | 86,007.68 |
| Debt | 2,000.00 |
| Donations Charitable | 100.00 |
| FAA Checkride Examiner | 55,300.00 |
| Flight Software | 26,480.54 |
| Fuel Expenses | 329,429.34 |
| GMC | 393,323.21 |
| Insurance | 199,353.74 |
| Korea Building Lease | 14,000.00 |
| Landing Fees | 136.00 |
| Leased Equipment | 13,839.00 |
| Legal Fees | 261,049.38 |
| Office Supplies | 9,107.70 |
| Parts Department | 306,595.27 |
| Payroll Expenses | 696,279.51 |
| Permits & Licenses | 2,681.98 |
| Petty Cash | 7,000.00 |
| Professional Fees | 2,060.00 |
| Registrations | 4,442.18 |
| Rents | 144,963.92 |
| Security Monitoring | 4,441.00 |
| Shipping, Freight, Postage | 2,097.15 |
| Student | 71,156.33 |
| Taxes | 8,575.84 |
| Travel | 18,028.92 |
| Utilities | 230,034.29 |

|  | Jan - Dec 21 |
|---|---:|
| Vehicle Maintenance | 4,617.84 |
| **Total Expense** | **3,071,218.89** |
| **Net Ordinary Income** | **-1,447,623.96** |
| **Net Income** | **-1,447,623.96** |

**Xing Kong Aviation Service, LLC**
**Profit & Loss**
**January through December 2022**

|  | Jan - Dec 22 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | 2,611,450.84 |
| **Gross Profit** | 2,611,450.84 |
| **Expense** | |
|     **Advertising** | 3,922.27 |
|     **Aircraft FAA Registration** | 3,616.88 |
|     **Bank Fees** | 32,217.24 |
|     **Bonus** | 6,226.00 |
|     **Checkride Examiner** | 52,400.00 |
|     **Commission** | 25,500.00 |
|     **Computer Hardware** | 12,439.87 |
|     **Computer Software Programs** | 2,384.92 |
|     **Consultant** | 148,768.83 |
|     **Debt** | 41,666.70 |
|     **Education & Training** | 3,939.12 |
|     **Flight Software** | 15,467.62 |
|     **Fuel Expenses** | 504,893.47 |
|     **GMC** | 313,167.25 |
|     **Insurance** | 207,904.50 |
|     **John YK Yoon-KSA** | 70,000.00 |
|     **Korea Building Lease** | 20,000.00 |
|     **Landing Fees** | 313.60 |
|     **Late Fees** | 1,394.24 |
|     **Leased Equipment** | 10,716.75 |
|     **Legal Fees** | 158,468.52 |
|     **Office Supplies** | 5,480.39 |
|     **Parts Department** | 456,818.26 |
|     **Payroll Expenses** | 713,741.46 |
|     **Permits Licenses & Memberships** | 4,225.26 |
|     **Professional Fees** | 89,819.77 |
|     **Registrations** | 269.31 |
|     **Rents** | 538,604.40 |
|     **Security Monitoring** | 4,535.84 |
|     **Shipping, Freight, Postage** | 2,574.19 |
|     **Student** | 67,314.84 |
|     **Taxes** | 14,359.54 |
|     **Travel** | 12,870.39 |
|     **Utilities** | 243,409.71 |
|     **Vehicle Maintenance** | 2,254.12 |

|  | Jan - Dec 22 |
|---|---:|
| **Total Expense** | 3,791,685.26 |
| **Net Ordinary Income** | -1,180,234.42 |
| **Net Income** | -1,180,234.42 |