```
 1  Christopher Rillo (SBN 112009)
    christopher.rillo@bakerbotts.com
 2  Raerani Reddy (SBN 340475)
    rani.reddy@bakerbotts.com
 3  BAKER BOTTS LLP
    101 California Street, Suite 3200
 4  San Francisco, California 94111
    Telephone: (415) 291-6200
 5  Facsimile: (415) 291-6300
 6
    Counsel for KS Aviation, Inc., Xing Kong Aviation
 7  Service, LLC, John Yoon, Chen Zhao, and Xin Han
    Aviation, LLC
 8
 9
                    UNITED STATES BANKRUPTCY COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11  In Re                                  Bankruptcy Case No.: 19-42763
12      DANIEL B. YOON,                    Adv. Proc. No.: 20-04021
        JEENEE S. YOON
13                                         Chapter 11
    Debtor
14
15  DAN YOON,                              DECLARATION OF JOHN YOON IN
                                           SUPPORT OF MOTION FOR
16          Plaintiff,                     DEFENDANTS KS AVIATION, INC.,
                                           XING KONG AVIATION SERVICE,
17  v.                                     LLC, JOHN YOON, CHEN ZHAO AND
                                           XIN HAN AVIATION, LLC'S MOTION
18  KS AVIATION, INC., XING KONG           FOR PARTIAL SUMMARY
    AVIATION SERVICE, LLC, JOHN YOON,      JUDGMENT
19  CHEN ZHAO, AND XIN HAN AVIATION,
    LLC,                                   Hearing: May 24, 2024
20                                         Time:    11:00 A.M.
            Defendants.
21                                         The Honorable Charles Novack
22
23
24
25
26
27
28
    DECLARATION OF JOHN YOON IN SUPPORT                   CASE NO. 19-42763
    OF DEFENDANTS' MOTION FOR PARTIAL                     ADV. PROC. NO.: 20-04021
    SUMMARY JUDGMENT
```

I, John Yoon, declare as follows:

1. I am a defendant in this action, and I am the former owner and President of Defendant KS Aviation. I make this declaration based on my personal knowledge in support of Defendants' Motion for Partial Summary Judgment.

2. In June 2013, I was severely injured in a motorcycle accident. I spent nearly nine months recovering in the hospital. I returned to KS Aviation in February 2014.

3. During the time I was recovering in the hospital, Dan Yoon corrupted the corporate records and took significant funds from KS Aviation for his personal use. Proper accounting records for this time period is incredibly difficult because numerous people operating at Dan Yoon's behest and Dan Yoon himself corrupted these records. When Dan Yoon left the company, he took several boxes of documents with him. I am unsure of the contents of these documents.

4. On September 2, 2016, Dan Yoon and I signed a Settlement Agreement in exchange for dropping our civil suits against each other. We are the only two parties to the agreement. A true and correct copy of the Settlement Agreement is attached hereto as **Exhibit 4**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 11, 2024, at Atwater, California.

_____
John Yoon