1  Christopher Rillo (SBN 112009)
   christopher.rillo@bakerbotts.com
2  Raerani Reddy (SBN 340475)
   rani.reddy@bakerbotts.com
3  **BAKER BOTTS LLP**
4  101 California Street, Suite 3200
   San Francisco, California 94111
5  Telephone: (415) 291-6200
   Facsimile: (415) 291-6300
6

7  *Counsel for KS Aviation, Inc., Xing Kong Aviation*
   *Service, LLC, John Yoon, Chen Zhao, and Xin Han*
8  *Aviation, LLC*

9

   **UNITED STATES BANKRUPTCY COURT**
10 **NORTHERN DISTRICT OF CALIFORNIA**

11 In Re                                        Bankruptcy Case No.: 19-42763

12     DANIEL B. YOON,                          Adv. Proc. No.: 20-04021
       JEENEE S. YOON
13                                              Chapter 11
   Debtor
14

15 DAN YOON,                                    **DECLARATION OF CHEN ZHAO IN**
                                                **SUPPORT OF MOTION FOR**
16              Plaintiff,                       **DEFENDANTS KS AVIATION, INC.,**
                                                **XING KONG AVIATION SERVICE,**
17 v.                                           **LLC, JOHN YOON, CHEN ZHAO AND**
                                                **XIN HAN AVIATION, LLC'S MOTION**
18 KS AVIATION, INC., XING KONG                 **FOR PARTIAL SUMMARY**
   AVIATION SERVICE, LLC, JOHN YOON,            **JUDGMENT**
19 CHEN ZHAO, AND XIN HAN AVIATION,
   LLC,                                         Hearing:  May 24, 2024
20                                              Time:     11:00 A.M.
              Defendants.
21                                              The Honorable Charles Novack

22

23

24

25

26

27

28

---

DECLARATION OF CHEN ZHAO IN SUPPORT                    CASE NO. 19-42763
OF DEFENDANTS' MOTION FOR PARTIAL                      ADV. PROC. NO.: 20-04021
SUMMARY JUDGMENT

I, Chen (Eric) Zhao, declare as follows:

1.    I am a defendant in this action, and I am the current sole owner of Defendants Xing Kong Aviation and Xin Han Aviation. I make this declaration based on my personal knowledge in support of Defendants' Motion for Partial Summary Judgment.

2.    In 2017, Defendant Xing Kong Aviation purchased Defendant KS Aviation. At the time of purchase, KS Aviation was in a dire financial situation, and I thought it would be a good investment.

3.    The flight school does not have the requisite level of student enrollment to break even, nor will it any time soon. The flight school would need to enroll over 150 students to become profitable, and currently only 65 are enrolled.

4.    Since the purchase, Xing Kong has struggled financially. The flight school has generated negative income. True and correct copies of KS Aviation's, d/b/a Sierra Academy of Aeronautics, 2017 and 2018 profit and loss statements are attached hereto as **Exhibit 2**.

5.    Xing Kong has loaned KS Aviation millions of dollars to stay afloat. Since purchasing KS Aviation, Xing Kong has generated negative income. True and correct copies of Xing Kong's 2019, 2020, 2021, and 2022 profit and loss statements are attached hereto as **Exhibit 3**.

6.    On May 9, 2018, I circulated a memorandum to all Sierra Academy employees explaining the company's dire financial situation. A true and correct copy of the memorandum is attached as **Exhibit 5**.

7.    By the time Dan Yoon left KS Aviation, he owned stock certificates 3, 5, 11, 15, and 19. A true and correct copy of the company stock ledger maintained at the flight school as of May 20, 2015, is attached hereto as **Exhibit 6**.

8.    According to Board of Directors Meeting Minutes dated January 10, 2015, Dan Yoon assigned himself 294,155 shares of KS Aviation as payment for interest owed to himself. A true and correct copy of the minutes dated January 10, 2015, is attached hereto as **Exhibit 7**.

9.    On February 2, 2023, Dan Yoon returned all of his stock certificates, except for the 294,155 shares represented by Stock Certificate No. 15. A true and correct copy of Dan Yoon's

Case: 20-04021    Doc# 273-7    Filed: 04/12/24    Entered: 04/12/24 17:27:21    Page 2
of 3

attorney's January 30, 2023, email providing notice that he would return the stock certificates via FedEx on February 2, 2023, is attached hereto as **Exhibit 8**. True and correct copies of Dan Yoon's returned stock certificates are attached hereto as **Exhibit 9**. Certificate 11 is inadvertently mislabeled as Certificate 12 on the stock ledger. *See* **Exhibit 6**.

       10.     On August 4, 2022, I was deposed on behalf of KS Aviation. A true and correct copy of excerpts of my deposition transcript is attached as **Exhibit 10**.

       11.     On August 4, 2022, I was deposed on behalf of Xing Kong. A true and correct copy of excerpts of my deposition transcript is attached as **Exhibit 11**.

       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on <u>April 11</u>, 2024, at _____, ____.

_____
Chen Zhao

DECLARATION OF CHEN ZHAO IN SUPPORT      2         CASE NO. 19-42763
OF DEFENDANTS' MOTION FOR PARTIAL               ADV. PROC. NO.: 20-04021
SUMMARY JUDGMENT

Case: 20-04021    Doc# 273-7    Filed: 04/12/24    Entered: 04/12/24 17:27:21    Page 3 of 3