# EXHIBIT 5



# MEMORANDUM

Wednesday, May 9th, 2018

Dear: Valued Employees

    This memorandum is in response to the requests from employees for transfer to Xing Kong Aviation Service, LLC from KS Aviation, Inc. which was brought to attention at the recent *impromptu* employee meeting held May 8th, 2018.

    Xing Kong Aviation Service, LLC, would like to express their appreciation for the concerns and fears each employee shared during this meeting, regarding the perceived, future stability of KS Aviation, Inc. This meeting was very insightful for Xing Kong, and understandably emotional for the employees who were present.

    Xing Kong is not certain of the future outcome of KS Aviation, Inc. Xing Kong purchased shares in this company believing it would be a profitable investment which was reasonably free of encumbrances. Currently, KS Aviation, Inc. does not have a stable financial footing. KS Aviation owes a large amount of debt and has very little income. Xing Kong is happy to continue financing payroll and other operational expenses to maintain the company as long as possible; and in the hopes that it can eventually re-stabilize. We have been generous in this regard because we would like to see all employees continue work uninterrupted, until KS Aviation, Inc. has a good chance to succeed again.

    Xing Kong is committed to supporting KS Aviation, Inc. until all debt and encumbrances can be responsibly resolved. Therefore, Xing Kong would like to strongly urge all employees to continue under KS Aviation, Inc. so that business can continue as much as possible, without interruption. However, after careful consideration, Xing Kong is willing to acknowledge employees who are insistent about a request to transfer to Xing Kong. Should any employee persist in this effort, then Xing Kong will concede to consider an application for employment with Xing Kong, when and if a position becomes available, and only if it will not interrupt normal operations.

    Please accept our sincere apologies if this is not the answer you were hoping for. We hope you will consider standing strong with us to see KS Aviation succeed, just as we have stood with you.

Thank you.

*[signature]*

Eric Zhao, President

SIERRA ACADEMY OF AERONAUTICS – INTERNATIONAL TRAINING CENTER
2385 Jetlitt Drive Atwater, California 95301 USA
PHONE (209) 722-1122  EMAIL _____  WEBSITE sierraacademy.com