# EXHIBIT 6

KS AVIATION INC
COMMON STOCK ISSUED
MAY 20, 2015

| DATE | NAME | CERTIFICATE ISSUED | | CERTIFICATE SURRENDERED | | BALANCE |
|---|---|---|---|---|---|---|
| | | # | SHARES | DATE | SHARES | 10,000,000 |
| | | 1 | VOID | | | 10,000,000 |
| 5/24/2004 | JOHN YOON | 2 | 500,000 | | | 9,500,000 |
| | DAN YOON | 3 | 500,000 | | | 9,000,000 |
| | DANIEL KWON | 4 | 110,000 | 12/15/2005 | 110,000 | 9,000,000 |
| 1/15/2009 | DAN YOON | 5 | 300,204 | | | 8,699,796 |
| | JOHN YOON | 6 | 270,000 | 1/10/2015 | 270,000 | 8,699,796 |
| | KIRT HILL | 7 | 3,000 | | | 8,696,796 |
| | MICHAEL COBERLY | 8 | 5,000 | | | 8,691,796 |
| | JAMES WITT | 9 | 5,000 | | | 8,686,796 |
| | ROSHID YAHYA | 10 | 10,000 | | | 8,676,796 |
| 6/21/2011 | HANA YOON CORP | 11 | 220,000 | | | 8,456,796 |
| | DAN YOON | 12 | 736,076 | | | 7,720,720 |
| 9/20/2014 | DAN YOON | 13 | 2,056,865 | 9/20/2014 | 2,056,865 | 7,720,720 |
| 1/10/2015 | DAN YOON | 14 | 270,000 | 1/20/2015 | 270,000 | 7,720,720 |
| 1/20/2015 | DAN YOON | 15 | 294,155 | | | 7,426,565 |
| | BRIAN JOHNSON | 16 | 40,000 | | | 7,386,565 |
| | ROBERT DEKLINSKI | 17 | 15,000 | | | 7,371,565 |
| | JONGKI YOON | 18 | 100,000 | | | 7,271,565 |
| | DAN YOON | 19 | 115,000 | | | 7,156,565 |