# EXHIBIT 7

# MINUTES OF SPECIAL MEETING
# OF BOARD OF DIRECTORS

The special meeting of the Board of Directors of KS Aviation, Inc. was held on the January 10, 2015, at the office in Atwater, CA 95301.

Directors Present: Dan Yoon

The meeting was called to order by the Board chairman, Dan Yoon, who served as the President of the Corporation, and the Secretary of the Corporation assumed the duties of Secretary of the meeting.

Upon motion duly made, seconded and unanimously carried, it was

**RESOLVED**, that the total amount of accrued interest $294,155.77 was approved.

**RESOLVED**, that the total accrued interest of $294,155.77 will be recorded as interest payable to Dan Yoon; and the amount will be paid as common stock of 294,155 shares.

There being no further business to come before the meeting, upon motion duly made, seconded and unanimously carried, the meeting was adjourned.

Dated: January 10, 2015

_____ 1/10/2015
Secretary