# EXHIBIT 8

**Bernard Kornberg**

| | |
|---|---|
| From: | Michael Abbott <michaelleeabbott@gmail.com> |
| Sent: | Thursday, February 2, 2023 11:06 AM |
| To: | Bernard Kornberg |
| Subject: | Re: Return of Shares |

Bernie -

Thank you. Please send the shares to Bob Deklinski at the 2305 Jetlift Drive address. Someone will sign for it.

Michael.

On Mon, Jan 30, 2023 at 3:25 PM Bernard Kornberg <Bernard.Kornberg@practus.com> wrote:

Michael,

Hope you health is well. After discussion, our intent at this time is simply to effectuate a return of the shares. Attached are copies of the shares I am personally in receipt of. Unless I am given other directions no later than 11:59 p.m. on Thursday, February 2, I will send the shares via FedEx, signature required, to KS Aviation at their headquarters located at 2305 Jetlift Dr Atwater, Merced County 95301. If another address or means of delivery is preferred, please let me know.

Bernie



**Bernard Kornberg**
**Partner**
Practus, LLP
Direct Phone: 341.234.6629
E-mail: Bernard.Kornberg@practus.com
Website: www.practus.com

Rec 2/3/2023 Deklinski

1