# EXHIBIT 9



NUMBER 3

KS AVIATION, INC.
AUTHORIZED: 10,000,000 SHARES COMMON STOCK

INCORPORATED UNDER THE LAWS OF THE STATE OF CALIFORNIA
NOVEMBER 18, 2003

SHARES 500,000

*This Certifies that* __DAN YOON__ is the registered holder of __FIVE HUNDRED THOUSAND__ Shares of the above named Corporation transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

*In Witness Whereof,* the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this __TWENTY FOURTH__ day of __MAY__ A.D. 2004.

_____ SECRETARY
_____ PRESIDENT

# KS AVIATION, INC.

AUTHORIZED: 10,000,000 SHARES COMMON STOCK

INCORPORATED UNDER THE LAWS OF THE STATE OF CALIFORNIA
NOVEMBER 18, 2003

NUMBER 5

SHARES 300,204

**This Certifies that** DAN YOON is the registered holder of THREE HUNDRED THOUSAND, TWO HUNDRED AND FOUR Shares of the above named Corporation transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

**In Witness Whereof,** the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this FIFTEENTH day of JANUARY A.D. 2009.

_SECRETARY_

_PRESIDENT_

©GOES DE2 X211148 All Rights Reserved ATTORNEYS CORPORATION SERVICE, INC., BURBANK, CA



NUMBER 11

**KS AVIATION, INC.**
AUTHORIZED: 10,000,000 SHARES COMMON STOCK

INCORPORATED UNDER THE LAWS OF THE STATE OF CALIFORNIA
NOVEMBER 18, 2003

SHARES

This Certifies that DANIEL BONG YOON is the registered holder of 736,076 Shares of the above named Corporation transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this TENTH day of AUGUST A.D. 2012.

8/10/2012

SECRETARY

PRESIDENT

©GOES DE2 X211148
All Rights Reserved
ATTORNEYS CORPORATION SERVICE, INC., BURBANK, CA



# KS AVIATION, INC.

AUTHORIZED: 10,000,000 SHARES COMMON STOCK

INCORPORATED UNDER THE LAWS OF THE STATE OF CALIFORNIA
NOVEMBER 18, 2003

NUMBER 19

**This Certifies that** DAN Y OON is the registered holder of ONE HUNDRED FIFTEEN THOUSAND (*115,000) Shares of the above named Corporation transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this 19 day of February A.D. 2015.

SECRETARY

PRESIDENT

© GOES DE2 X211148  All Rights Reserved  ATTORNEYS CORPORATION SERVICE, INC., BURBANK, CA