# EXHIBIT 10

```
 1                UNITED STATES BANKRUPTCY COURT
 2       NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
 3                         ---o0o---
 4    In re
 5    DANIEL B. YOON and JEENEE        Case No. 19-42763
      S. YOON,
 6                                     Chapter 11
          Debtors.
 7    _____/          Adv No. 20-04021
      DAN YOON,
 8
          Plaintiff,
 9    vs.
10    K.S. AVIATION, INC., et al.,
11        Defendants.
      _____/
12
13
14
15
16              VIRTUAL VIDEOCONFERENCE
17         DEPOSITION OF CHEN ZHAO (ERIC ZHAO)
18           (30(b)(6) PMK - KS Aviation, Inc.)
19                  August 4, 2022
20
21
22
23    Reported by:  Kimberly L. Avery, CSR No. 5074
24    Job No. 5333718
25    Pages:  1 - 104
```

Page 1

```
 1                        I N D E X
 2                                                    PAGE
 3    EXAMINATION BY MR. KORNBERG                     5
 4
 5
 6
 7
 8
 9
10                      E X H I B I T S
11    PLAINTIFF'S                                     PAGE
12    Exhibit 1      Dan Yoon's Amended Notice        10
                     of Deposition of K.S.
13                   Aviation, Inc. Pursuant to
                     F.R.C.P. 30(B)(6)
14
      Exhibit 4      Settlement Agreement and         29
15                   Mutual General Release
16    Exhibit 5      Promissory Note                  69
17    Exhibit 6      Stock Purchase Agreement         48
18    Exhibit 16     Sierra Academy of                63
                     Aeronautics, ITC Profit &
19                   Loss January 2016
20    Exhibit 17     Sierra Academy of                65
                     Aeronautics, ITC Profit &
21                   Loss January - December
                     2017
22
      Exhibit 19     Letter to Bjorn Beijens          88
23                   Eric Chen Zhao
24    Exhibit 20     Application for Pilot            89
                     School Certification
25
```

```
 1                    E X H I B I T S
 2    PLAINTIFF'S                                          PAGE
 3    Exhibit 21     Letter dated July 11, 2018             90
                     to Eric Zhao from Michael
 4                   W. Thompson
 5    Exhibit 22     Letter dated October 12,               90
                     2017 to Dan Shaffer from
 6                   Thomas B. Holden
 7    Exhibit 25     Letter dated May 11, 2018              76
                     to Jeffrey J. Lee from
 8                   Eric Zhao
 9    Exhibit 29     Aircraft Bill of Sale for              79
                     Cessna C172N
10
      Exhibit 30     Aircraft Bill of Sale for              81
11                   Beech C90
12    Exhibit 31     Aircraft Bill of Sale for              85
                     Cessna 152
13
      Exhibit 40     Travis Credit Union                    92
14                   statement 3-1-2019 to
                     3-1-2019
15
      Exhibit 41     JP Morgan Chase Bank,                  93
16                   N.A. statement 3-1-2019 to
                     3-29-2019
17
18
19
20
21
22
23
24
25
```

```
 1                    VIRTUAL VIDEOCONFERENCE
 2                DEPOSITION OF CHEN ZHAO (ERIC ZHAO)
 3

 4         BE IT REMEMBERED, that pursuant to Notice, and on
 5      the 4th day of August 2021, commencing at the hour of
 6      9:07 a.m., via virtual videoconference, before me,
 7      Kimberly L. Avery, a Certified Shorthand Reporter,
 8      personally appeared CHEN ZHAO (ERIC ZHAO), produced as
 9      a witness in said action, and being by me first duly
10      sworn, was thereupon examined as a witness in said
11      cause.
12                              ---o0o---
13      APPEARANCES:
14      For the Plaintiff:
15              BERNARD J. KORNBERG, ESQ.
                Practus, LLP
16              58 West Portal Avenue PMB 782
                San Francisco, California 94127
17              (341) 234-6629
                Bernard.kornberg@practus.com
18
19      For the Defendant:
20              MICHAEL LEE ABBOTT, ESQ.
                Law Office of Michael Abbott
21              126 South Third Avenue
                Oakdale, California 95361
22              (209) 844-5633
                Michaelleeabbott@gmail.com
23
24      Also Present:
25              Jong Yoon

                                                          Page 4
```

```
 1    it's much easier.
 2            The bottom line is, I want a business that's
 3    like a turnkey, I can jump in and start making profit.
 4        Q.  Oh.  Okay.  So who introduced you to
 5    KS Aviation?
 6        A.  I couldn't remember.  I couldn't remember the
 7    guy's name.  It's all in the same field.  I was
 8    searching around online and then asking some people
 9    that's in the same industry.
10        Q.  Okay.  So it wasn't John Yoon?
11        A.  No.  No.
12        Q.  Okay.  So when did you -- when did you first
13    meet John Yoon?
14        A.  First trip is probably 2015, and then on that
15    visit, I believe John Yoon and Dan Yoon both still
16    there.  But after we look at school, I think the offer
17    is ridiculously high, so I just -- you know, I didn't
18    want to go forward.
19        Q.  Sorry.
20            Finish your answer.  I apologize.
21        A.  Basically, on the shopping around area -- on
22    the shopping around time of period, we passed
23    KS Aviation.
24        Q.  Okay.  What was their initial price demand?
25        A.  I forgot, but it's ridiculous.
```

Veritext Legal Solutions
866 299-5127

1   Q.  Okay.  So what brought you back to them?
2   A.  After a couple years, I think they are in
3   trouble.  They -- they about to bankrupt, or they could
4   not sustain the operation.  And I was thinking, oh,
5   maybe that's a good time to -- you know, to get into
6   the business.
7   Q.  To be frank -- well, let me rephrase that.
8       You said you were looking for a turnkey
9   business.  Is a business that was nearly bankrupt,
10  would you describe that as a turnkey business?
11  A.  Well, I mean, I'm looking for deal.  You know,
12  if it's turnkey business, it's probably going to cost
13  me a lot.  So it's like you buying a car, if the car
14  has some small problem you can fix, then get a good
15  deal, you go for that one, rather than you buy a
16  brand-new car, and, you know, you cost a lot of money,
17  right?
18      So the reason I, you know, looking for KS back
19  in the time is I can pay much less than the initial
20  offer.  So I thought back in the day it's a good deal.
21  Q.  Now -- okay.  So when did these -- this second
22  round of negotiations with KS Aviation begin?
23  A.  I remember is 2017, yeah.
24  Q.  Okay.
25  A.  Early 2017.

Page 24

Veritext Legal Solutions
866 299-5127
Case: 20-04021   Doc# 273-13   Filed: 04/12/24   Entered: 04/12/24 17:27:21   Page 7 of 14

```
 1        Q.   Okay.  Now, when you were negotiating -- this
 2   is where it gets confusing.
 3             Hold on.  Let me just think for a second.
 4             Well, okay, so I'll ask you -- sorry.  I
 5   apologize.  I'm struggling right now with the issue of
 6   the whole sort of -- I mean -- the KS Aviation/Xing
 7   Kong aspect, because -- I'll just ask you:  In your
 8   personal capacity, who were you -- in your personal
 9   capacity, who were you -- were you negotiating on
10   behalf of yourself or a company?
11        A.   On behalf of myself, pretty much.
12        Q.   Okay.  So the company known as Xing Kong
13   Aviation, did that exist at this time?
14        A.   Yes.  Well, I formed the company.  Was -- we
15   already have intention for purchasing KS.
16        Q.   Okay.  And by "we," you mean yourself and Andy
17   Zhao?
18        A.   Me, mainly me.  Andy just a consultant,
19   because, you know, I just want to make sure I have
20   students.
21        Q.   All right.  So we're doing this from the
22   KS Aviation end.  So we're going to just go back to
23   this when we do it again.
24             So let's go from KS Aviation's perspective --
25   now, so just to be clear here, when I'm asking
```

```
1        A.   We paid him one payment, I think.
2        Q.   Why did you pay him a payment if the agreement
3   was not completed?
4        A.   Because our intention is to keep the business
5   alive.  Like I told you, I want the business still
6   exist.  If we don't pay anything, the KS will die.
7        Q.   So are these payments to John Yoon or to
8   KS Aviation?
9        A.   I'm not sure.
10       Q.   Okay.  Well, we'll -- did KS Aviation receive
11  any loans after -- on August 17th or later from Xing
12  Kong?
13       A.   Yes.
14       Q.   When and in what amounts?
15       A.   I don't remember the detail.
16       Q.   Would anyone know that information?
17       A.   Not right now.
18       Q.   Does KS Aviation take any loans from any
19  other -- have any other loans?
20       A.   KS Aviation, when -- when -- on that date,
21  August 2017, KS Aviation have multiple default, I
22  think.  Have no bank account because of all the wrong
23  management and things.
24       Q.   So John Yoon or KS Aviation received some funds
25  from Xing Kong to -- to maintain operating capital?
```

Page 51

Veritext Legal Solutions
866 299-5127
Case: 20-04021   Doc# 273-13   Filed: 04/12/24   Entered: 04/12/24 17:27:21   Page 9 of 14

1    A.  Yes.
2    Q.  Okay.  And you've already said you don't know
3  the amounts.  So was an agreement made between -- was
4  any other agreement entered into between Xing Kong and
5  KS Aviation?
6    A.  This agreement, and I believe there's agreement
7  on top of this showing in three months, if John cannot
8  solve the case with Dan, then Xing Kong will back out
9  the case -- back out the -- the purchase.
10   Q.  Did Xing Kong back out of the purchase?
11   A.  No, unfortunately.
12   Q.  So there were no other agreements between
13 KS Aviation and Xing Kong besides this agreement?
14   A.  Yes.
15   Q.  Okay.  No contracts?
16   A.  Later on there is contract.
17   Q.  Well, why don't you tell me what those
18 contracts are.
19   A.  I believe is KS Aviation bring the students
20 from Korea to train, and then if Xing Kong makes the
21 profit, then we return to KS Aviation.
22       But all the -- all the operation we have is
23 just losing money.
24   Q.  So could you -- so KS Aviation -- so after this
25 deal went forward, KS Aviation continued to recruit

Page 52

```
1    students from foreign countries; is that correct?
2         A.   Yes.
3         Q.   But Xing Kong would do the training?
4         A.   Yes.
5         Q.   Okay.  And KS Aviation would essentially
6    receive a consulting fee for bringing them over?
7         A.   If we make profit.
8         Q.   And are these agreements written down?
9         A.   I believe so.
10        Q.   Are there -- are there written copies and
11   records of KS Aviation?
12        A.   Say that again.
13        Q.   Are there -- are there written agreements
14   within the possession of KS Aviation?
15        A.   I'm not sure.  Mainly is like verbal.  I don't
16   remember if we ever put it out to paper.
17        Q.   Did -- so did KS Aviation -- did KS Aviation
18   receive any money on these agreements -- so let me
19   rephrase it.
20        A.   No.
21        Q.   Did KS Aviation ever receive a profit on these
22   agreements?
23        A.   No.
24        Q.   So how would they work, 100 percent of the
25   payment from the foreign company would go to Xing Kong?
```

Page 53

Veritext Legal Solutions
866 299-5127
Case: 20-04021   Doc# 273-13   Filed: 04/12/24   Entered: 04/12/24 17:27:21   Page 11 of 14

1         A.   Yes.
2         Q.   And -- and when was it determined whether or
3    not a profit was made on these -- on these consulting
4    agreements?
5              Sorry.  Let me rephrase it.
6              What would you call this, a broker agreement?
7    A training agreement?  I just want to know what to call
8    this contract.
9         A.   This training agreement -- KS have no ability
10   to train, so -- but they do have students.
11        Q.   Okay.
12        A.   So if students get here, if Xing Kong makes
13   money, then we can split the profit.  But
14   unfortunately, there's no money -- no profit.
15        Q.   So whenever students came to be trained at
16   KS Aviation after this agreement, Xing Kong would do
17   the training?
18        A.   Yes.
19        Q.   And 100 percent of the money paid by the
20   airlines would go to Xing Kong?
21        A.   Yes.
22        Q.   Will any of the money ever go to KS Aviation
23   from this -- from this training money?
24        A.   No.
25        Q.   No.

Page 54

```
1       A.  KS don't even have a bank account.  How can you
2   get money?
3       Q.  Is this -- is this still going on right now?
4       A.  No.  Right now -- I think two years ago,
5   there's barely no Korean students anymore.
6       Q.  Okay.  So let me ask you this -- okay.  When
7   did you take a -- when did you take a role at
8   KS Aviation?
9       A.  Right after we sign this agreement.
10      Q.  What was that position?
11      A.  President.
12      Q.  So you became the president of KS Aviation
13  after this agreement was signed, even though it wasn't
14  completed?
15      A.  Yes, because even -- even this not completed,
16  we still put money in to keep the business alive.
17      Q.  So did KS Aviation ever document this receipt
18  of money?
19      A.  Maybe, maybe not.  I'm not sure.
20      Q.  Okay.  Did -- who is -- so at the -- when you
21  became president, or whatever your role was, the
22  other -- the other officer was John Yoon, correct?
23      A.  Yes.
24      Q.  Does KS Aviation have a board of directors?
25      A.  That would be us.
```

1    Q.   So you and John Yoon are also the directors of
2    KS Aviation?
3         A.   Yes.
4         Q.   Have any other officers been appointed since --
5    since you became president?
6         A.   No.
7         Q.   Have any other directors been appointed since
8    you became president?
9         A.   Not -- not I know of.
10        Q.   Is there a corporate resolution appointing you
11   as president?
12        A.   Not sure.
13        Q.   Is there any -- is there any resolution or
14   other document appointing you to the board of directors
15   of KS Aviation?
16        A.   I don't remember.
17        Q.   Has -- I think we discussed this a little bit
18   earlier, but I'm going to go into it a little bit more.
19             You have the full authority to direct
20   K Aviation -- KS Aviation to act?
21        A.   Yes.
22        Q.   And has that been true since you were appointed
23   as president?
24        A.   Yes.
25        Q.   Has John Yoon ever directed you not to act or

Page 56

Veritext Legal Solutions
866 299-5127
Case: 20-04021   Doc# 273-13   Filed: 04/12/24   Entered: 04/12/24 17:27:21   Page 14 of 14