# EXHIBIT 11

```
 1                UNITED STATES BANKRUPTCY COURT
 2       NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
 3                           ---o0o---
 4    In re
 5    DANIEL B. YOON and JEENEE         Case No. 19-42763
      S. YOON,
 6                                      Chapter 11
          Debtors.
 7                              /       Adv No. 20-04021
      DAN YOON,
 8
          Plaintiff,
 9    vs.
10    K.S. AVIATION, INC., et al.,
11        Defendants.
          _____/
12
13
14
15
16                 VIRTUAL VIDEOCONFERENCE
17           DEPOSITION OF CHEN ZHAO (ERIC ZHAO)
18       (30(b)(6) PMK - Xing Kong Aviation Service, LLC)
19                    August 4, 2022
20
21
22
23    Reported by:  Kimberly L. Avery, CSR No. 5074
24    Job No. 5333718
25    Pages:  1 - 41
```

Page 1

```
                        I N D E X

                                                      PAGE
   EXAMINATION BY MR. KORNBERG                         4




                       E X H I B I T S
   PLAINTIFF'S                                        PAGE
   Exhibit 2      Dan Yoon's Amended Notice            5
                  of Deposition of Xing Kong
                  Aviation Service, LLC
                  Pursuant to F.R.C.P.
                  30(B)(6)
   Exhibit 12     Limited Liability Company           33
                  Agreement for Xing Kong
                  Aviation Service LLC
   Exhibit 13     Fictitious Business Name            22
                  Statement

   Exhibit 14     Xing Kong Aviation Service,         26
                  LLC Profit & Loss January
                  - December 2019

   Exhibit 15     Xing Kong Aviation Service,         28
                  LLC Profit & Loss January
                  - December 2020

   Exhibit 26     Purchase Agreement                  13

   Exhibit 29     Aircraft Bill of Sale for           15
                  Cessna C172N
                  (Previously Marked)
```

```
 1                    VIRTUAL VIDEOCONFERENCE
 2                DEPOSITION OF CHEN ZHAO (ERIC ZHAO)
 3
 4        BE IT REMEMBERED, that pursuant to Notice, and on
 5    the 4th day of August 2021, commencing at the hour of
 6    11:55 a.m., via virtual videoconference, before me,
 7    Kimberly L. Avery, a Certified Shorthand Reporter,
 8    personally appeared CHEN ZHAO (ERIC ZHAO), produced as
 9    a witness in said action, and being by me first duly
10    sworn, was thereupon examined as a witness in said
11    cause.
12                           ---o0o---
13    APPEARANCES:
14    For the Plaintiff:
15           BERNARD J. KORNBERG, ESQ.
               Practus, LLP
16             58 West Portal Avenue PMB 782
               San Francisco, California 94127
17             (341) 234-6629
               Bernard.kornberg@practus.com
18
19    For the Defendant:
20             MICHAEL LEE ABBOTT, ESQ.
               Law Office of Michael Abbott
21             126 South Third Avenue
               Oakdale, California 95361
22             (209) 844-5633
               Michaelleeabbott@gmail.com
23
24    Also Present:
25             Jong Yoon
```

Veritext Legal Solutions
866 299-5127

Case: 20-04021   Doc# 273-14   Filed: 04/12/24   Entered: 04/12/24 17:27:21   Page 4 of 16

```
 1    deposition?
 2         A.   I did go through it real quick, yes.
 3         Q.   Did you -- are you able to answer questions on
 4    each topic?
 5         A.   Yes.  I believe so, yes.
 6         Q.   Okay.  Okay.  So let's start.
 7              Oh, sorry, what is your role at Xing Kong?
 8         A.   President.
 9         Q.   You are an officer of the company?
10         A.   Yes.
11         Q.   Okay.  Did -- so did Xing Kong direct you to
12    answer for it on this deposition?
13         A.   Yes.
14         Q.   Did Xing Kong give you the ability to bind your
15    answers?
16         A.   Yes.
17         Q.   So let's ask -- let's talk about Xing Kong.
18              You did answer some questions about Xing Kong
19    in your personal capacity in the prior deposition.  I'm
20    not going -- try not to repeat those unless necessary.
21              So are you -- who is the -- who is the owner --
22    sorry, let me ask you this:  Is Xing Kong a limited
23    liability corporation?
24         A.   Yes.
25         Q.   Who are the members of Xing Kong?
```

Veritext Legal Solutions
866 299-5127

1   A.  Me.

2   Q.  Just you?

3   A.  Yes.

4   Q.  Okay.  Is it a member-run LLC?

5   A.  I don't know.  Is there other question?

6   Q.  Who makes -- who has full -- do you have full

7   power to direct Xing Kong?

8   A.  Yes.

9   Q.  Does anyone have the ability to contradict or

10  otherwise prevent you from directing Xing Kong?

11  A.  No.

12  Q.  Gotcha.

13      When did -- when was Xing Kong formed?

14  A.  Somewhere around May 2017.

15  Q.  Was it formed for the sole purpose of acquiring

16  KS Aviation?

17  A.  Not for acquiring the KS Aviation, but for

18  acquiring any school --

19  Q.  Okay.

20  A.  -- in this type of business.

21  Q.  Understood.

22      How much money has Xing Kong loaned to

23  KS Aviation?

24  A.  North of 10 million.

25      THE REPORTER:  I need the witness to restate

Page 7

Veritext Legal Solutions
866 299-5127
Case: 20-04021   Doc# 273-14   Filed: 04/12/24   Entered: 04/12/24 17:27:21   Page 6 of 16

```
 1    the answer.
 2              THE WITNESS:  North of 10 million.
 3              THE REPORTER:  Thank you.
 4    BY MR. KORNBERG:
 5         Q.   Where did the funds come from to make those
 6    loans?
 7         A.   Come from me.
 8         Q.   So you invested -- so you, Eric Zhao,
 9    personally invested $10 million?
10         A.   Yes.
11         Q.   Okay.  Where did -- was that money earned by
12    you as part of your prior business?
13         A.   Some of, yes.
14         Q.   Where did the other money come from?
15         A.   I borrowed from my relative.
16         Q.   Okay.  Is -- is Andy Zhao one of the people you
17    borrowed from?
18         A.   No.
19         Q.   Are your relatives investors or are they just
20    people you owe money to?
21         A.   They just people I owe money to.
22         Q.   Okay.  So -- okay.  Has KS Aviation made any
23    payments on those loans?
24         A.   No.
25         Q.   Do you expect KS Aviation to make any payments
```

Veritext Legal Solutions
866 299-5127
Case: 20-04021   Doc# 273-14   Filed: 04/12/24   Entered: 04/12/24 17:27:21   Page 7 of 16

| | |
|---|---|
| 1 | THE WITNESS: Okay. Then I don't know. |
| 2 | BY MR. KORNBERG: |
| 3 | Q. Are you paid for -- for -- as president of Xing |
| 4 | Kong? |
| 5 | A. No. |
| 6 | Q. Do you receive any money at all? |
| 7 | A. No. |
| 8 | Q. Are you paid a consultant fee? |
| 9 | A. No. |
| 10 | Q. So your entire -- your entire work is for |
| 11 | equity? |
| 12 | A. Yes. |
| 13 | Q. Do you -- do you get your business expenses |
| 14 | compensated by Xing Kong? |
| 15 | A. Business compensated? What does that mean? |
| 16 | Q. Like hotels, a car, your house, your rent paid, |
| 17 | anything like that? |
| 18 | A. No. Xing Kong is totally independent. I |
| 19 | don't -- I don't have my personal or anything there. |
| 20 | Q. Okay. So they are not paying your mortgage? |
| 21 | A. No. |
| 22 | Q. Do they pay for flights? |
| 23 | A. No. |
| 24 | Q. If you go out to lunch to take a client out or |
| 25 | potential customer, do they pay you back for that |

Page 11

```
 1    lunch?
 2         A.   Never happened.
 3         Q.   So what is the current -- how is the business
 4    doing right now?
 5         A.   The business -- the business is nothing.
 6    Losing money.
 7         Q.   About how much is it losing on a yearly basis?
 8         A.   3 million.
 9         Q.   Do you -- so -- how much cash is in the bank?
10         A.   Right now, literally nothing.  But if I need
11    it, I just borrow more.
12         Q.   Who would you borrow from?
13              And by you, do you mean Xing Kong or yourself
14    personally?
15         A.   Xing Kong would borrow money.
16         Q.   So who would Xing Kong borrow from?
17         A.   In China, my friends.
18         Q.   So they have indicated they will loan you more
19    money?
20         A.   Yes.
21         Q.   What's the long-term game plan?
22         A.   Before the pandemic, we want to sell to airline
23    company, but after pandemic, right now we have no game
24    plan.  So we'll see how things turn out.
25         Q.   So you will just borrow more money and just try
```

| | |
|---|---|
| 1 | to keep it running is the plan? |
| 2 | A. I have two plan: One plan is like since KS |
| 3 | could not solve their share issue problem, just, you |
| 4 | know, reverse the -- the -- the -- stop the purchase |
| 5 | and Xing Kong will be out there. The second plan is we |
| 6 | can find another buyer and just sell it. |
| 7 | Q. Again, I'll ask, has there been any marketing |
| 8 | of the airline going on? |
| 9 | A. Right now, no. |
| 10 | Q. Do you intend to start? |
| 11 | When I say "airline," I will rephrase that. |
| 12 | Is there any marketing of the flight school? |
| 13 | A. Not until I solve the -- not until John and Dan |
| 14 | solve the case. |
| 15 | Q. How many planes does Xing Kong currently own? |
| 16 | A. 35. Around there. |
| 17 | Q. Okay. |
| 18 | A. 35. |
| 19 | Q. Where did it purchase these planes from? |
| 20 | A. Some from individuals, some from another flight |
| 21 | school in Florida, and that's about it. |
| 22 | Q. Hold on one second. |
| 23 | So I'm bringing up a document I previously |
| 24 | marked as Exhibit No. 26. |
| 25 | (Plaintiff's Exhibit No. 26 Marked for |

Page 13

Veritext Legal Solutions
866 299-5127
Case: 20-04021   Doc# 273-14   Filed: 04/12/24   Entered: 04/12/24 17:27:21   Page 10 of 16

```
1    agreements between XH and Xing Kong?
2         A.   No.
3         Q.   Does Xing Kong pay money to XH?
4         A.   No.
5         Q.   So Xing Kong has full access and the power to
6    use these airplanes as it so chooses --
7         A.   Yes.
8         Q.   -- under your direction?
9              Who pays the -- who pays the aircraft
10   registration fees?
11        A.   Xing Kong.
12        Q.   Who pays the maintenance costs?
13        A.   Xing Kong.
14        Q.   So the only thing Xin Han does is it holds
15   title?
16        A.   Yes.
17        Q.   Does Xin Han do any other business?
18        A.   No.
19        Q.   Well, does Xin Han have a list of the airplanes
20   that it currently owns?
21        A.   I do.
22             But we should say XH instead of Xin Han.
23        Q.   Apologies.
24             Does XH have a list of the airplanes it
25   currently owns?
```

Page 20

Veritext Legal Solutions
866 299-5127
Case: 20-04021   Doc# 273-14   Filed: 04/12/24   Entered: 04/12/24 17:27:21   Page 11 of 16

```
 1        A.   Yes.
 2        Q.   Has Xing Kong hired any consultants or bankers
 3   to discuss its financial future?
 4        A.   No.
 5        Q.   Does Xing Kong have any accountants on
 6   retainer, or hire them?
 7        A.   We have accounting office, and the manager is
 8   Rosa.
 9        Q.   Anyone else, though, besides that?
10        A.   No.
11        Q.   Does it have an outside accountant?
12        A.   No.
13        Q.   Who does the taxes for Xing Kong?
14        A.   Rosa.
15        Q.   How many students does Xing Kong currently
16   have?
17        A.   To be honest, I don't know.  Less than 20.
18        Q.   Are these students, are they being paid by
19   airlines or are they individuals coming on their own
20   behalf?
21        A.   From China, they paid by the airlines.  From
22   Korea, I don't know.
23        Q.   I'm going to bring up the document -- we're
24   going to go through some documents, try to do this as
25   quickly as possible.
```

Veritext Legal Solutions
866 299-5127
Case: 20-04021   Doc# 273-14   Filed: 04/12/24   Entered: 04/12/24 17:27:21   Page 12
of 16

```
 1              A document marked Exhibit 13.
 2           (Plaintiff's Exhibit No. 13 Marked for
 3              Identification.)
 4   BY MR. KORNBERG:
 5       Q.   This is -- document is a Fictitious Business
 6   Name Statement.
 7            Do you recognize this document?
 8       A.   Yes.
 9       Q.   What is it?
10       A.   It's for the county, I remember.
11       Q.   Is that your signature on line 9?
12       A.   Yes.  Not on line 9.  9 is my print.
13       Q.   Your print.  Sorry.  Below line 9.
14       A.   Yes.
15       Q.   Okay.  Thank you.
16            When -- when Xin Han buys a new plane -- sorry,
17   I'm sorry.
18            When XH buys new planes, who pays for them?
19       A.   Me.  Xing Kong.  Sorry.
20       Q.   So Xing Kong actually pays -- pays for the
21   plane and they are just titled by XH?
22       A.   Yes.
23       Q.   Okay.  And XH pays for these planes for the
24   loans provided by the investors and yourself?
25       A.   Say that again.
```

Page 22

Veritext Legal Solutions
866 299-5127
Case: 20-04021   Doc# 273-14   Filed: 04/12/24   Entered: 04/12/24 17:27:21   Page 13 of 16

| | |
|---|---|
| 1 | A. Before they do, yes. |
| 2 | Q. What was that -- what was that? |
| 3 | A. I don't know about the details, but before they |
| 4 | have some -- they have some -- they have some business |
| 5 | going on between KS and American Helicopter. |
| 6 | Q. That was before 2017? |
| 7 | A. Yes. |
| 8 | Q. Okay. And does American Helicopter have any |
| 9 | business with Xin Han? |
| 10 | A. No. |
| 11 | MR. ABBOTT: You mean XH? |
| 12 | MR. KORNBERG: XH. |
| 13 | Thank you again, Mr. Abbott. |
| 14 | MR. ABBOTT: Sure. |
| 15 | BY MR. KORNBERG: |
| 16 | Q. What airlines are currently giving Xing Kong |
| 17 | business directly? |
| 18 | A. Currently, I don't know. Dong Hai Airlines |
| 19 | still almost all graduate out. By 2022 we only have |
| 20 | three students coming in. I don't know which they -- |
| 21 | airline they are affiliated. |
| 22 | Q. You don't know which airlines are giving you |
| 23 | business? |
| 24 | A. I don't know. Andy brought them. I can ask |
| 25 | Andy. He knows. |

Page 31

Veritext Legal Solutions
866 299-5127
Case: 20-04021   Doc# 273-14   Filed: 04/12/24   Entered: 04/12/24 17:27:21   Page 14 of 16

1  Q. So we touched on this, but how long of a runway
2  do you think you have if you don't turn things around?
3  A. What are you talking about, runway?
4  Q. Like runway in the financial sense. How long
5  do you think you can continue to operate the business
6  if you don't start turning a profit?
7  A. Maybe another year or two years.
8  Q. At that point, your lenders will stop loaning
9  money?
10 A. Right now they already don't want to loan
11 anything. But, you know, I guess as the situation --
12 everything again because the settlement agreement Dan
13 Yoon could not, you know, execute, so we have two ways:
14 Either we back out or we let -- let John sell for it
15 and pay us back or, you know, we sell it later, so
16 that's the only two options.
17      But either options we have to keep -- keep
18 company going.
19 Q. Okay. Look, let me look real quickly.
20      I'm bringing up the document I previously
21 marked as Exhibit 12.
22      We're just going to run through a few
23 documents. I don't know how many it will be.
24 A. Okay.
25 Q. Try to make it pretty quick.

Page 32

Veritext Legal Solutions
866 299-5127
Case: 20-04021   Doc# 273-14   Filed: 04/12/24   Entered: 04/12/24 17:27:21   Page 15 of 16

1                (Plaintiff's Exhibit No. 12 Marked for
2                    Identification.)
3     BY MR. KORNBERG:
4         Q.   This document here, which I previously marked
5     as Exhibit 12, is the Limited Liability Company
6     Agreement for Xing Kong Aviation Service LLC.  I'm
7     going to scroll down.  It is 21 pages.  So I'll just
8     scroll to -- let me ask you this:  Are you familiar
9     with the -- with this document, the Limited Liability
10    Company Agreement for Xing Kong Aviation Service LLC?
11        A.   Yes, that's the time I'm forming the company.
12        Q.   What would you -- are you able to verify that
13    this document, which was produced by your attorney, is
14    in fact the LLC agreement for Xing Kong?
15        A.   It looks like it.
16        Q.   That's all I need there.
17             Hold on a second.
18             This document, which was produced, does not
19    have any signatures on the final page.
20             Do you believe there is a signed copy
21    somewhere?
22        A.   Maybe, maybe not.  I'm not sure.  But I'm the
23    only member, so I guess that's why they didn't request
24    anything.  I can sign any time.
25             MR. ABBOTT:  Don't guess.

                                                 Page 33