1  Christopher Rillo (SBN 112009)
   christopher.rillo@bakerbotts.com
2  Raerani Reddy (SBN 340475)
   rani.reddy@bakerbotts.com
3  **BAKER BOTTS LLP**
4  101 California Street, Suite 3200
   San Francisco, California 94111
5  Telephone: (415) 291-6200
   Facsimile: (415) 291-6300
6

7  *Counsel for KS Aviation, Inc., Xing Kong Aviation Service, LLC, John Yoon, Chen Zhao, and Xin Han Aviation, LLC*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>    DANIEL B. YOON,<br>    JEENEE S. YOON<br><br>Debtor | Bankruptcy Case No.: 19-42763<br><br>Adv. Proc. No.: 20-04021<br><br>Chapter 11 |
| DAN YOON,<br><br>        Plaintiff,<br><br>v.<br><br>KS AVIATION, INC., XING KONG AVIATION SERVICE, LLC, JOHN YOON, CHEN ZHAO, AND XIN HAN AVIATION, LLC,<br><br>        Defendants. | **DECLARATION OF CHRISTOPHER J. RILLO IN SUPPORT OF DEFENDANTS KS AVIATION, INC., XING KONG AVIATION SERVICE, LLC, JOHN YOON, CHEN ZHAO AND XIN HAN AVIATION, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing: May 24, 2024<br>Time:    11:00 A.M.<br><br>The Honorable Charles Novack |

I, Christopher J. Rillo, declare as follows:

1. I am a partner of Baker Botts L.L.P., counsel for KS Aviation, Inc., Xing Kong Aviation Service, LLC, John Yoon, Chen Zhao and Xin Han Aviation, LLC (collectively, "Defendants") in this matter. I make this declaration in support of Defendants' Partial Motion for Summary Judgment based upon my personal knowledge and if called and sworn as a witness, I could and would competently testify thereto.

2. In 2017, Dan Yoon filed a lawsuit to challenge the enforceability of the 2016 Settlement Agreement in Superior Court for the County of Merced. *Dan Yoon v. K.S. Aviation, Inc., et al.*, Case No. 17CV-00630, Complaint (March 2, 2017). Dan Yoon attached as Exhibit A to his complaint a document dated March 1, 2017, in which he assigned to himself promissory notes held by his associates. *Id.*, Exhibit A. A true and correct copy of the assignment of these promissory notes dated March 1, 2017, which was attached as Exhibit A to Dan Yoon's complaint is attached hereto as **Exhibit 12**.

3. In October 2019, the Honorable Ronald W. Hansen, Judge of the Superior Court for the County of Merced issued a Statement of Decision finding that the Settlement Agreement is enforceable against Dan Yoon. A true and correct copy of the Statement of Decision is attached hereto as **Exhibit 13**.

4. In litigation brought by KS Aviation against Dan Yoon on July 17, 2018 in Alameda County Superior Court, Dan Yoon was deposed on September 13, 2019. *KS Aviation, Inc., v. Dan Bong Yoon*, Case No. RG18913941, Alameda County Superior Court (July 17, 2018). A true and correct copy of excerpts from Dan Yoon's deposition are attached hereto as **Exhibit 14.** On December 6, 2019, Dan Yoon filed for bankruptcy in this Court.

5. Now, in this related adversary action, Dan Yoon is litigating obligations allegedly owed to him under the 2016 Settlement Agreement. On June 6, 2022, Plaintiff filed his Fourth Amended Complaint against Defendants, alleging six causes of action stemming from his purported rights under the Settlement Agreement to payment for the three categories of loans.

DECLARATION OF CHRISTOPHER J. RILLO IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT    1    CASE NO. 19-42763
ADV. PROC. NO.: 20-04021

Case: 20-04021    Doc# 273-15    Filed: 04/12/24    Entered: 04/12/24 17:27:21    Page 2 of 4

6. KS Aviation was represented by attorney Michael Abbott until July 2023, when he withdrew from the bar due to serious illness. I was retained to represent KS Aviation in August 2023 in this adversary action.

7. I reviewed numerous files related to the adversary action and related litigation concerning Dan Yoon and my clients that I received from Mr. Abbott. One set of files contained documents from the criminal case brought against Dan Yoon. *People of the State of California vs. Daniel Bong Yoon*, Case No. 16CR-00245, Merced County Superior Court. In the criminal case, Dan Yoon pled nolo contendere to two counts of Falsification of Corporate Records and two counts of Forgery with Intent to Defraud. *Id.* A true and correct copy of the April 18, 2017, sentencing order from *People of the State of California vs. Daniel Bong Yoon*, Case No. 16CR-00245 is attached hereto as **Exhibit 15**.

8. These documents also included interviews conducted by the Merced District Attorney as part of his fact-gathering process. On October 21, 2015, Harry Kim, a Certified Public Accountant hired by Dan Yoon in January 2014, was interviewed by the Merced District Attorney. A true and correct copy of District Attorney's case report which includes the interview of Mr. Kim is attached hereto as **Exhibit 16.**

9. On January 30, 2018, Bay Area Employment Development Company ("BAED") filed a complaint against Sierra Air Development, LLC, Dan Yoon, Jeenee Yoon, Hana Japan, and KS Aviation in Alameda Superior Court to recover damages arising out of the same loan at issue in this case. *Bay Area Employment Development Co. v. Sierra Air Development, LLC, et al.*, Case No. RG18891701, Alameda County Superior Court (Jan. 30, 2018).

10. On February 5, 2024, former counsel, Mr. Abbott emailed KS Aviation employee Rosa Salcido and Xing Kong's owner, Eric Zhao, a January 30, 2024, order in the BAED litigation sanctioning the parties for failing to complete mediation by January 10, 2024. Order re: Case Management Order, *Bay Area Employment Development Co. v. Sierra Air Development, LLC, et al.*, RG18891701 (Jan. 29, 2024). I was made aware of this litigation after Mr. Abbott reached out to my clients.

DECLARATION OF CHRISTOPHER J. RILLO IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
2
CASE NO. 19-42763
ADV. PROC. NO.: 20-04021

Case: 20-04021    Doc# 273-15    Filed: 04/12/24    Entered: 04/12/24 17:27:21    Page 3 of 4

11.      On February 27, 2024, I spoke with BAED's counsel, Brian Healy to discuss a continuance of the *BAED* trial date as the bankruptcy proceeding was still ongoing. During the call, Mr. Healy stated that BAED had already settled its claims against Co-Defendants Dan Yoon and Hana Japan.

12.      On April 9, 2024, Mr. Healy informed me via email that BAED reached a settlement with Hana Japan for $100,000 in December 2022. In this email, he attached the agreement between BAED and Hana Japan. A true and correct copy of the agreement between BAED and Hana Japan attached hereto as **Exhibit 17.** A true and correct copy of Mr. Healy's email dated April 9, 2024, is attached hereto as **Exhibit 18.**

13.      Mr. Healy further stated that an agreement was reached between BAED and Dan and Jeenee Yoon in January 2024, pursuant to which BAED would receive a gross payment of $50,000. Although payments are being timely made, Mr. Healy specifically noted that none of the payments received by BAED in this matter have come directly from Dan or Jeenee Yoon. He further informed me that he is waiting for a signed copy of this agreement from Dan Yoon's counsel. As of April 12, 2024, Mr. Healy has not received signed copy of this agreement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 12, 2024, at San Francisco, California.

Respectfully submitted,

BAKER BOTTS L.L.P.

By: ___*/s/ Christopher J. Rillo*___
　　　　Christopher J. Rillo

DECLARATION OF CHRISTOPHER J. RILLO IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT　　3　　CASE NO. 19-42763
ADV. PROG. NO.: 20-04021

Case: 20-04021　　Doc# 273-15　　Filed: 04/12/24　　Entered: 04/12/24 17:27:21　　Page 4 of 4