# EXHIBIT 12

# EXHIBIT A

This e-copy is the official court record (GC68150)

# ASSIGNMENT OF PROMISSORY NOTES

The undersigned hereby assigns, conveys an transfers to **DAN YOON**, all right, title, and interest to the Promissory Notes attached hereto as Exhibit A, for the express purpose of collecting all sums due under each promissory note.

Dated: 3 . 1 . 17.

_____
Jeenee Yoon

_____
Hana Japan, Inc.

_____
Hana Yoon, Inc.

_____
Sierra Air Center Development, LLC

_____
Shouchen Zhu

This e-copy is the official court record (GC68150)