# EXHIBIT 14

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

-oOo-

KS AVIATION, INC., )
)
Plaintiff, )
)
vs. ) Case No. RG18913041
)
DAN BONG YOON, )
)
Defendant. )
______________________________ )

DEPOSITION OF DAN BONG YOON

Merced, California

Friday, September 13, 2019

REPORTED BY:
Cheryl L. Laboa
CSR No. 10039
JOB NO. 3459155
PAGES 1 - 198

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

-oOo-

KS AVIATION, INC., )
)
Plaintiff, )
)
vs. ) Case No. RG18913041
)
DAN BONG YOON, )
)
Defendant. )
______________________________ )

Deposition of DAN BONG YOON, taken on behalf of Plaintiff, at Law Offices of Cyril Lawrence, 2111 K Street, Merced, California, beginning at 9:01 a.m. and ending at 1:33 p.m. on Friday, September 13, 2019, before CHERYL L. LABOA, Certified Shorthand Reporter No. 10039.

APPEARANCES:

For the Plaintiff:

MAGSTONE LAW, LLP
BING ZHANG RYAN, ESQ.
4633 Old Ironsides Drive, Suite 106
Santa Clara, CA 95054
650-513-2555
bingzhangryan@magstonelaw.com

For Defendant DAN BONG YOON:

CYRIL LAWRENCE, INC.
ERIC S. BEISWANGER, ESQ.
2111 "K" Street
Merced, CA 95340
209-383-6854
209-383-6856 Fax
eric@cyrillawrence.com
CYRIL LAWRENCE, INC.
JONG YOON, ESQ.
2111 "K" Street
Merced, CA 95340
209-383-6854
209-383-6856 Fax
lawoffice@cyrillawrence.com

INDEX OF EXAMINATION

WITNESS DAN BONG YOON

| EXAMINATION | PAGE |
| --- | --- |
| By Ms. Ryan | 9 |
| By Mr. Beiswanger | 193 |
| Further By Ms. Ryan | 195 |

INFORMATION REQUESTED

Page Line

(None)

DOCUMENTS REQUESTED

Page Line

(None)

WITNESS INSTRUCTED NOT TO ANSWER

Page Line

(None)

Case: 20-04021 Doc# 273-18 Filed: 04/12/24 Entered: 04/12/24 17:27:21 Page 5 of 16

INDEX TO EXHIBITS

DAN BONG YOON

KS AVIATION, INC. vs. DAN BONG YOON

Friday, September 13, 2019

Cheryl L. Laboa, CSR No. 10039

| MARKED | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Photos | 14 |
| Exhibit 2 | Memorandum between Sierra Academy and DongHai Airline | 33 |
| Exhibit 3 | Consultant Agreement between Sierra Academy and Indochina Technology | 36 |
| Exhibit 4 | Agency Agreement between Sierra Academy and Fortune Fly | 42 |
| Exhibit 5 | Chart showing Cash and Accrual from 2013 to 2016 for Sierra Academy, Indochina and Fortune Fly | 52 |
| Exhibit 6 | Business Signature Card and Agreement | 64 |
| Exhibit 7 | Summary of Reimbursement Expense, Paychecks and Payroll Tax for Jong Ki Yoon from Sierra Academy for 2014 to 2016 | 70 |
| Exhibit 8 | Check from BBCN Bank account to John Ki Yoon in the amount of $5,000 dated April 22, 2016 | 71 |
| Exhibit 9 | Check from BBCN Bank account to Kaiser Foundation Health Plan in the amount ofa $552.00 dated February 10, 2014 | 73 |

INDEX TO EXHIBITS
DAN BONG YOON
(Continued)
KS AVIATION, INC. vs. DAN BONG YOON
Friday, September 13, 2019
Cheryl L. Laboa, CSR No. 10039

| MARKED | DESCRIPTION | PAGE |
| --- | --- | --- |
| Exhibit 10 | Sierra Academy Transaction Journal in the amount of $20,500 dated September 30, 2014 | 75 |
| Exhibit 11 | Sierra Academy Transaction Journal in the amount of $1,619 dated September January 30, 2015 | 87 |
| Exhibit 12 | Sierra Academy Transaction Journal in the amount of $170 dated July 1st, 2015 | 92 |
| Exhibit 13 | Sierra Academy Transaction Journal in the amount of $2,263.58 dated May 28, 2015 | 94 |
| Exhibit 14 | Sierra Academy Transaction Journal in the amount of $259.42 dated November 29, 2014 | 95 |
| Exhibit 15 | Sierra Academy Transaction Journal in the amount of $4,100 dated November 20, 2014 | 98 |
| Exhibit 16 | Sierra Academy Transaction Journal in the amount of $174.37 dated September 15, 2014 | 100 |
| Exhibit 17 | Sierra Academy Transaction Journal in the amount of $630.58 dated March 3, 2014 | 110 |

Case: 20-04021 Doc# 273-18 Filed: 04/12/24 Entered: 04/12/24 17:27:21 Page 7 of 16

INDEX TO EXHIBITS

DAN BONG YOON

(Continued)

KS AVIATION, INC. vs. DAN BONG YOON

Friday, September 13, 2019

Cheryl L. Laboa, CSR No. 10039

| MARKED | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 18 | Sierra Academy Transaction Journal in the amount of $26,230 dated December 9, 2015 | 123 |
| Exhibit 19 | Sierra Academy Transaction Journal in the amount of $226.15 dated June 16, 2015 | 126 |
| Exhibit 20 | Sierra Academy Transaction Journal in the amount of $169.80 dated February 2, 2015 | 131 |
| Exhibit 21 | Sierra Academy Transaction Journal in the amount of $489.00 dated January 11, 2015 | 134 |
| Exhibit 22 | Sierra Academy Transaction Journal in the amount of $32.48 dated July 30, 2015 | 137 |
| Exhibit 23 | Sierra Academy Transaction Journal in the amount of $120.53 dated June 27, 2016 | 138 |
| Exhibit 24 | Sierra Academy Transaction Journal in the amount of $41,608.31 dated July 8, 2015 | 143 |
| Exhibit 25 | Sierra Academy Transaction Journal in the amount of $51,719.95 dated January 1, 2016 | 158 |

INDEX TO EXHIBITS

DAN BONG YOON

(Continued)

KS AVIATION, INC. vs. DAN BONG YOON

Friday, September 13, 2019

Cheryl L. Laboa, CSR No. 10039

| MARKED | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 26 | Checks from BBCN Bank account made payable to Cyril Lawrence, Inc. dated December 15, 2015 and June 30, 2015 | 163 |
| Exhibit 27 | Copies of checks to Paul Liu, Zizi Liu and Alex Liu | 167 |
| Exhibit 28 | Sierra Academy Transaction Journal in the amount of $5,000 dated October 22, 2015 | 173 |
| Exhibit 29 | Check from BBCN Bank account made payable to Les Warkentin Construction in the amount of $137,260 dated September 2, 2014 | 175 |
| Exhibit 30 | Sierra Academy Transaction Journal in the amount of $18,921.44 dated April 21, 2015 | 177 |
| Exhibit 31 | Check from BBCN Bank account to Henry Leong for $20,000 dated March 3, 2015 | 180 |
| Exhibit 32 | Sierra Academy Transaction Journal in the amount of $2,719.98 dated February 4, 2015 | 181 |
| Exhibit 33 | Sierra Academy Transaction Journal in the amount of $1,050 dated April 10, 2015 | 182 |

A. I will.
Q. You will?
A. Yes.
Q. There's no reason that you think you can't?
A. No.
Q. Did you take any medication that might affect your ability to think or speak?
A. No.
Q. So did you prepare for this deposition?
A. Yes.
Q. What did you do to prepare for this deposition?
A. I reviewed the complaints.
Q. You reviewed the complaint?
A. Yes.
Q. Any other documents did you review?
A. No. Mostly that reviewed.
Q. Just complaint?
A. Just complaint.
Q. See, I can ask you if you reviewed any other documents. I'm not going to ask you what documents.
So other than the complaint did your attorney give you other documents to refresh your memory?
A. No.
Q. Just the complaint?

A. Yes.

Q. Now, after you reviewed the complaint, does that help you memorize what happened from 2014 to 2016?

A. Yes.

MS. RYAN: I'll mark this as Exhibit 1.

(Whereupon Plaintiff's Exhibit 1 was marked for identification.)

BY MS. RYAN:

Q. So Mr. Yoon, I gave you I believe six pages of photos that I print out from KS Aviation's surveillance system. You can go through them quickly.

A. Yes.

MR. YOON: Let me see that.

BY MS. RYAN:

Q. So before I go to that pictures, I think it will be better that we go through your roles and responsibilities at the company because it's kind of related. So I don't need any more history before 2014 because the relevant time period in the complaint is from 2014 to 2016. So as of January 1st, 2014, what was your role at KS Aviation?

A. Before 2014?

Q. No. As of. On the first day of 2014, what was your role at KS Aviation?

A. President.

Q. Did you have any other title other than president?
A. President, yes.
Q. Just president?
A. Yes.
Q. As the president, what was your responsibility?
A. I was CO. I do mostly -- John was not there.
Q. John was not there?
A. John was not there. He had an accident.
Q. He had an accident in 2014?
A. Yeah, he had an accident in 2014 and then I had no choice to be onto everything there, operation.
Q. So you were president. Would you say that all the staff at the company reported to you at that time?
A. Yes.
Q. So you're the big boss?
A. Yes. Can I bring out there. I was in charge operation since from 2004 all the way I did not change in y title.
Q. Oh, since 2004 until 2014 you did not change?
A. Yes.
Q. So from 2014 to 2016 did you change your title at the company?
A. No. And also, I dropped -- I step out for a

couple month, three months.

Q. You step out?

A. Yes.

Q. When did you step out?

A. I think 2016.

Q. 2016. So if you look at the pictures, is September 2016, September 4th, is it around the time you stepped out of the company, step out of the company?

A. What is this? September 4th?

Q. 4th, 2016.

A. I don't remember exact date. But somewhere in 2016, that September 4th to October, that early October, so I stepped out.

Q. That is around the time?

A. Yes.

Q. So why did you step out of the company?

A. Well, I agreed I gonna step out. Some higher -- no, that John came and step in.

Q. John Yoon step back in?

A. Yes.

Q. So did John Yoon came back from the accident?

A. Yes.

Q. Some time in 2014?

A. Yes.

Q. When was that, do you remember?
A. The first time he came back, 2014, around spring time. I do not know exact date.
Q. Okay. So what did he do after he came back? What was his role at the company?
A. Strange. He was very strange.
Q. He was strange?
A. Yes, he did not have a right memory.
Q. He did not have the right memories?
A. Right memories, no work, hiding.
Q. Hiding?
A. He was hiding down to maintenance.
Q. Maintenance?
A. Yes. He did not talk to anybody.
Q. At the hangar?
A. Yes. And he did not talk to me. He did not talk to anybody. He just stay there all day long with a tie on it, white shirt on it, black pants on it and he was sitting down there and make more problems.
Q. Make no problems?
A. More problems.
Q. Make more problems?
A. Yes.
Q. So then let's say 2014, 2015 did you discuss with John the company's business operation or anything?

A. Yes, I do.

Q. What did you discuss with him?

A. Well, discuss what's going on and what's going on, this and that, all I explained to him. Because of that EB5, that program there, I start working with him since from 2006. 2007 I had Boeing company, trading company and Sierra got the first agreement. John was there and agreed everything.

Q. So did John ever disagree with the EB5 investment? He says I want to be out, did he ever say that?

A. No. We've been together, working together. We been meet with the lawyer. We been meet together and the whole thing there. That's why I said he's very strange. He went to even Los Angeles, meet the lawyer, EB5 lawyer and even together with me.

Q. When did you guys go to LA to meet with the lawyer?

A. 2011, 2012.

Q. Okay. 2012?

A. And that's when we had the meeting and also, he and I went together with Bank of the West and the meetings and we had a dinner, lunch and all those things. He never -- he do not remember those things. He said he don't remember.

Q. So you're saying that he went to Bank of the West with you to get the loan to purchase the simulator?

A. No. Before that.

Q. Before that?

A. Yes.

Q. Before the simulator?

A. Yes. We've been working on those things for long time.

Q. So was John involved in purchasing the simulator at all?

A. Yeah, before he got accident. Okay. That's why we had Boeing Company meetings. He was there.

Q. So the simulator purchase took a long time it sounds like?

A. Since from 2007. So actually we start working from 2005.

Q. Why did it take that long for that?

A. Because we had agreement, a training agreement with Boeing Company. So we are going to be working with the Boeing Company, and we are planning for we going to training all the 737 Boeing airplane training, perform airline. And also Boeing said that they -- when they selling their own airplane to other airlines, and they got program there, it's training program with

Case: 20-04021 Doc# 273-18 Filed: 04/12/24 Entered: 04/12/24 17:27:21 Page 16 of 16