# EXHIBIT 15



# Superior Court of California, County of Merced
# MINUTE ORDERS

| People of the State of California, Plaintiff(s) vs. Daniel Bong Yoon, Defendant(s) | 16CR-00245<br>8:30 AM  Readiness Conference |

April 18, 2017
Heard By:   Hansen, Ronald
Courtroom Reporter:   M. Matheson
Additional Court Reporter:

Location:   Courtroom 6
Courtroom Clerk:   R. Heredia
Court Interpreter:
Probation Officer:   M. Garibay
Parole Agent:

**Agency:**

**Future Hearings:**

**Parties Present:**

| McKechnie, C Logan | Retained |
| People of the State of California | Plaintiff |
| Wall, Walter W. | Deputy District Attorney |

**Exhibits:**

The case is regularly called for hearing:

- As a condition of probation the defendant is not to be a holder in any business corporation in the State of California for the period of this probation.

- The Court vacates the previously set hearing(s) date of 05-23-2017.

- Impact statement read by the following:
Steve Aguilar
Joshua Daniel
Bob Mcklinsky
John Yoon

- Time Waived for Sentencing

- Custody Status; Defendant: Yoon, Daniel Bong; defendant sentenced

- Bail Bond Exonerated

- Plea In Absentia

  Amended Reason: DA Motion
   001. **CC6813(B): Falsification of Corporate Records
   February 01, 2014 (M) 6813(B) (CC6813B-M)
  Amended Reason: DA Motion
   002. **CC6813(B): Falsification of Corporate Records

Case: 20-04021   Doc# 273-19   Filed: 04/12/24   Entered: 04/12/24 17:27:21   Page 2 of 4



**Superior Court of California, County of Merced**
**MINUTE ORDERS**

February 01, 2014 (M) 6813(B) (CC6813B-M)
Amended Reason: DA Motion
003. **PC470(d): Forgery - Intent To Defraud
February 01, 2014 (M) 470(d) (PC470d-M)
Amended Reason: DA Motion
004. **PC470(d): Forgery - Intent To Defraud
November 01, 2013 (M) 470(d) (PC470d-M)

Plea Date: April 18, 2017
001. **CC6813(B): Falsification of Corporate Records
Plea: No Contest
002. **CC6813(B): Falsification of Corporate Records
Plea: No Contest
003. **PC470(d): Forgery - Intent To Defraud
Plea: No Contest
004. **PC470(d): Forgery - Intent To Defraud
Plea: No Contest

Disposition Date: April 18, 2017
001. **CC6813(B): Falsification of Corporate Records
Disposition: Conviction - Sentenced-Plea of Guilty/Nolo Contendere
002. **CC6813(B): Falsification of Corporate Records
Disposition: Conviction - Sentenced-Plea of Guilty/Nolo Contendere
003. **PC470(d): Forgery - Intent To Defraud
Disposition: Conviction - Sentenced-Plea of Guilty/Nolo Contendere
004. **PC470(d): Forgery - Intent To Defraud
Disposition: Conviction - Sentenced-Plea of Guilty/Nolo Contendere

Daniel Bong Yoon,
Probation
Date: April 18, 2017  Judge: Hansen, Ronald

- 001.  **CC6813(B): Falsification of Corporate Records

| CA Probation Component | Probation |
|---|---|

Type: Conditional Revocable Release
Start Date: 04/18/2017
Term: 3 Yr
End Date: 04/17/2020
Status: Active
Status Date: 04/18/2017
Condition
1. Report any change of address to the court immediately.

2. Obey all laws of the United States, State, County and; Municipality in

Case: 20-04021   Doc# 273-19   Filed: 04/12/24   Entered: 04/12/24 17:27:21   Page 3 of 4



**Superior Court of California, County of Merced**
**MINUTE ORDERS**

which you may be.

3. Court reserves jurisdiction as to restitution.

4. Submit your person, vehicle, place of residence or any other; belongings to search and seizure, without a warrant, any time day or night, by any Probation Officer and/or Peace Officer, with or without probable cause.

Fees   The following financial obligations were imposed:
     Court Security Assessment Fee PC1465.8  $40.00
     Court Security Assessment Fee PC1465.8  $40.00
     Court Security Assessment Fee PC1465.8  $40.00
     Court Security Assessment Fee PC1465.8  $40.00
     Misd/Fel $30 Conviction Assessment Fee  $30.00
     Misd/Fel $30 Conviction Assessment Fee  $30.00
     Misd/Fel $30 Conviction Assessment Fee  $30.00
     Misd/Fel $30 Conviction Assessment Fee  $30.00
     Restitution Fine Ordered  $150.00

Comment