# EXHIBIT 17

Brian S. Healy, State Bar No. 112371
TIERNEY WATSON & HEALY
A Professional Corporation
48 Gold Street, Fl 1
San Francisco, California 94133
Telephone: (415) 974-1900
Facsimile: (415) 974-6433
Email: brian@tw2law.com

Attorneys for Plaintiff
Bay Area Employment Development Company

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA - UNLIMITED JURISDICTION

| | |
|---|---|
| Bay Area Employment Development Company,<br><br>    Plaintiff,<br><br>vs.<br><br>Sierra Air Center Development, LLC;<br>KS Aviation, Inc.;<br>Hana Japan, Inc.;<br>Jeenee S. Yoon;<br>Daniel B. Yoon;<br>DOES 1 through 20;<br><br>    Defendants. | Case No: RG18 891701<br><br>**STIPULATION FOR ENTRY OF JUDGMENT** |

This Stipulation for Entry of Judgment ("Stipulation") is entered into between Bay Area Employment Development Company ("Plaintiff") and Defendant Hana Japan, Inc. ("Defendant")

WHEREAS, on or about on or about July 16, 2014, Sierra Air Center Development, LLC, for valuable consideration made, executed, and delivered to plaintiff a written Note in the original principal sum of $1,543,000.00 ("Note").

WHEREAS, Defendant executed and delivered to Plaintiff an Unconditional Guarantee relating to amounts due on the Note.

Page 1
**STIPULATION FOR ENTRY OF JUDGMENT**

WHEREAS, on December 6, 2019 Daniel B. Yoon and Jeenee S. Yoon filed a chapter 11 bankruptcy petition in the Northern District of California, Case No. 19-42763 ("Yoon Bankruptcy Case").

WHEREAS, a bankruptcy plan has been confirmed in the Yoon Bankruptcy Case through which Plaintiff is set to receive a partial payment on the amount remaining due and owing on the Note. To date, no sum has been received by Plaintiff in accordance with the Yoon Bankruptcy Case.

WHEREAS, Bay Area Employment Development Company and Hana Japan, Inc. wish to enter into an agreement to full satisfy Plaintiff's claim against Defendant in exchange for an immediate payment.

The parties hereby stipulate and agreed as follows:

1. Hana Japan, Inc. will pay to Plaintiff the sum of $100,000.00 as follows:
    a) On or before December 29, 2022, the sum of $60,000.00,
    b) On or before January 20, 2023, the sum of $20,000.00, and
    c) On or before February 20, 2023, the sum of $20,000.00, and

2. All payments are to be made through pay.gov SBA's electronic payment system with an email generated to Susan Dunlap at sue@baydevco.com which shall include a copy of the pay.gov receipt when the payment required by paragraph 1 above has been made.

3. Should all payments required by paragraph 1 above be made in a timely manner, Plaintiff will dismiss this action with prejudice.

4. If payment is not received required by paragraph 1 above, Plaintiff can immediately apply to the Court for entry of judgment against Hana Japan, Inc. for the full sum due and owing as set forth in the Right to Attach Order entered by this Court on October 25, 2022 - $281,882.66

///

5.  The entry of judgment pursuant to this Stipulation will be stayed unless there is a default in the payments required by paragraph 1 above.

6.  The parties to this Stipulation agree that nothing in this Stipulation impacts Bay Area Employment Development Company right to receive funds from the Yoon Bankruptcy Case.

7.  The parties to this Stipulation agree that nothing in this Stipulation impacts the pending claim against KS Aviation, Inc. based upon its guaranty of the Note.

8.  The Defendant agrees that Plaintiff may file an ex parte application to permit two judgments to be entered in this matter pursuant to Code of Civil Procedure section 579.

9.  This Stipulation for Entry of Judgment may be executed in two or more counterparts, each of which shall be deemed a duplicate original, but all of which shall constitute one and the same counterpart. Further, electronically transmitted signatures shall have the same effect as original signatures. All signatories to this Stipulation specifically represent that they have been authorized by the party on behalf of whom they are signing to enter into this Stipulation.

DATED: December ___, 2022

Bay Area Employment Development Company

By: _____
Susan Dunlap,
Second Assistant Secretary

DATED: December 27, 2022

Hana Japan, Inc.

By: _____

Page 3
STIPULATION FOR ENTRY OF JUDGMENT