# EXHIBIT 18

| From: | Brian Healy |
|---|---|
| To: | Rillo, Christopher J. |
| Subject: | RE: BAEDC: Draft Stip. and PO waiving five year statute |
| Date: | Tuesday, April 9, 2024 2:43:36 PM |
| Attachments: | Sierra Air Stip.pdf |
| | Signed Stipulation-SBA Bay Area Employment Development.pdf |

**[EXTERNAL EMAIL]**

Stip is fine with me. Countersigned copy is attached.

There is no direct "Dan Yoon" settlement. I will outline the two agreements we have reached, but will note that none of the payments are directly from Dan or Jeenee Yoon.

We reached a settlement with Hana Japan in December 2022 in the form of a Stipulation for Entry of Judgment. That settlement required Hana Japan to pay plaintiff $100,000 through 3 payments. Those payments were timely received so the stipulation was never filed with the court. A copy is attached.

My client had a claim in the bankruptcy of Dan and Jeenee Yoon. Despite requirements of the confirmed bankruptcy plan, my client did not receive any distribution. Rather than have my client start to press matters with the bankruptcy court, an agreement was reached in which plaintiff agreed to assign its proof of claim in exchange for payment of funds. The agreement was signed by my client in January 2024. It required $20K upon execution, and then 3 payments of $10K each, for a gross payment of $50,000. The payments are timely being made, but I have yet to receive a counter signed copy of the agreement from Cyril Lawrence's office. I sent a reminder today to his office. I will share a copy once it has been signed.

## REDACTION DUE TO SETTLEMENT PRIVILEGE

If you need futher clarification, just let me know.

Brian

Brian S. Healy
Tierney, Watson & Healy, PC
48 Gold Street, Fl. 1
San Francisco, CA 94133

415 357-2093 phone
415 974-6433 fax
brian@tw2law.com

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information, including information protected by the attorney-client and/or attorney work product privileges. Any use, disclosure or distribution by anyone other than the intended recipient(s) is prohibited. If you are not an intended recipient, please contact the sender by reply and destroy all copies of the original message contents. Thank you.

**From:** Rillo, Christopher J. <christopher.rillo@bakerbotts.com>
**Sent:** Tuesday, April 09, 2024 2:19 PM
**To:** Brian Healy <Brian@tw2law.com>
**Subject:** FW: BAEDC: Draft Stip. and PO waiving five year statute

Brian

Please review the attached. Has the Dan Yoon settlement been consummated and if so, is it confidential? Thx Chris

**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.