

The following constitutes the order of the Court.
Signed: May 30, 2024

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DANIEL B. YOON and JEENEE S. YOON,<br><br>Debtors. | Case No. 19-42763 CN<br>Chapter 11 |
| DAN YOON,<br><br>Plaintiff,<br><br>v.<br><br>K.S. AVIATION, INC., ET AL.,<br><br>Defendants. | Adversary No. 20-4021 CN<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDMENT AND SETTING HEARING DATE FOR MOTIONS IN LIMINE** |

On May 24, 2024, the court conducted a hearing on Defendants' Motion for Partial Summary Judgment (the "Motion"). Appearances were stated on the record. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that:

1. The Motion is denied.

2. The parties shall file and serve Motions in Limine by **June 24, 2024.** Responses shall be filed and served by **July 3, 2024.**

3. The hearing on the Motions in Limine is set for **July 8, 2024** at **9:30 a.m.** in

via teleconference and in courtroom 215 of the United States Bankruptcy Court 1300 Clay Street, Oakland, California.

***END OF ORDER***

Adversary No. 20-4021 CN

**COURT SERVICE LIST**

All recipients are ECF participants.