Christopher Rillo (SBN 112009)
christopher.rillo@bakerbotts.com
Raerani Reddy (SBN 340475)
rani.reddy@bakerbotts.com
**BAKER BOTTS LLP**
101 California Street, Suite 3200
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Counsel for KS Aviation, Inc., Xing Kong Aviation Service, LLC, John Yoon, Chen Zhao, and Xin Han Aviation, LLC*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>    DANIEL B. YOON,<br>    JEENEE S. YOON<br><br>Debtor | Bankruptcy Case No.: 19-42763<br><br>Adv. Proc. No.: 20-04021<br><br>Chapter 11 |
| DAN YOON,<br><br>        Plaintiff,<br><br>v.<br><br>KS AVIATION, INC., XING KONG AVIATION SERVICE, LLC, JOHN YOON, CHEN ZHAO, AND XIN HAN AVIATION, LLC,<br><br>        Defendants. | **DECLARATION OF CHRISTOPHER J. RILLO IN SUPPORT OF DEFENDANTS KS AVIATION, INC., XING KONG AVIATION SERVICE, LLC, JOHN YOON, CHEN ZHAO, AND XIN HAN AVIATION, LLC'S MOTION IN LIMINE NO. 1 TO PERMIT TESTIMONY OF NONDISCLOSED WITNESSES**<br><br>Hearing: July 8, 2024<br>Time:    9:30 A.M.<br><br>The Honorable Charles Novack |

I, Christopher J. Rillo, declare as follows:

1. I am a partner of Baker Botts L.L.P., counsel for KS Aviation, Inc., Xing Kong Aviation Service, LLC, John Yoon, Chen Zhao and Xin Han Aviation, LLC (collectively, "Defendants") in this matter. I make this declaration in support of Defendants KS Aviation, Inc., Xing Kong Aviation Service, LLC, John Yoon, Chen Zhao, And Xin Han Aviation, LLC's Motion In Limine No. 1 To Permit Testimony Of Nondisclosed Witnesses. This declaration is based upon my personal knowledge and if called and sworn as a witness, I could and would competently testify thereto.

2. A true and correct copy of the Witness Index from the bifurcated trial held on August 6–8, 2019 before the Honorable Ronald W. Hansen, Judge of the Superior Court for the County of Merced, is attached hereto as **Exhibit 1**.

3. A true and correct copy of an excerpt of the transcript of the deposition of Robert Deklinski taken on July 20, 2022, in this proceeding is attached hereto as **Exhibit 2**.

4. A true and correct copy of Defendants' Initial Disclosures served on June 18, 2021 is attached hereto as **Exhibit 3**.

5. A true and correct copy of the witness list filed on December 22, 2017, in *People v. Dan Yoon* (Case No. 16CR-00245) is attached hereto as **Exhibit 4**.

6. A true and correct copy of the Merced County District Attorney's Supplemental Case Report 02 dated July 13, 2015, is attached hereto as **Exhibit 5**.

7. A true and correct copy of the Merced County District Attorney's Supplemental Case Report 03 dated September 11, 2015, is attached hereto as **Exhibit 6**.

8. A true and correct copy of the Merced County District Attorney's Supplemental Case Report 04 dated October 23, 2015, is attached hereto as **Exhibit 7.**

9. A true and correct copy of the Merced County District Attorney's Supplemental Case Report 05 dated November 3, 2015, is attached hereto as **Exhibit 8.**

10. A true and correct copy of excerpts from the May 24, 2024, transcript of proceedings before this Court on Defendants' Motion for Partial Summary Judgment is attached hereto as **Exhibit 9**.

11. A true and correct copy of the Merced County District Attorney's Supplemental Case Report 01 dated June 30, 2015, is attached hereto as **Exhibit 10.**

12. Defendant John Yoon is unavailable as a live, testifying witness for trial because he has been diagnosed with a form of dementia. A true and correct copy of Dr. Ian Pulliam's note excusing John Yoon from testifying is attached hereto as **Exhibit 11**. A note from Dr. Pulliam detailing John Yoon's diagnosis will be provided at trial.

13. Plaintiff Dan Yoon's then-counsel, Eric Beiswanger, directly examined John Yoon in his two prior depositions, and Plaintiff himself was present at John Yoon's depositions. A true and correct copy of an excerpt from John Yoon's August 20, 2018, Deposition Transcript is attached hereto as **Exhibit 12**. A true and correct copy of an excerpt from John Yoon's June 24, 2019, Deposition Transcript is attached hereto as **Exhibit 13**.

14. Defendants have served or are in the process of serving trial subpoenas on Harry Kim, Dr. Ian Pulliam, Pat Brooks, Erica Blair, Robert Deklinski, and Vincent Kim and incorporated the testimony of these anticipated witnesses into Defendants' estimate for the number of trial days.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 24, 2024, in San Francisco, California.

Respectfully submitted,

BAKER BOTTS L.L.P.

By: */s/ Christopher Rillo*
Christopher J. Rillo