# Exhibit 1

```
 1       IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2              IN AND FOR THE COUNTY OF MERCED

 3         Before the Honorable Ronald W. Hansen, Judge

 4                         ---oOo---

 5  DAN YOON, an Individual,       )
                                   )
 6          Plaintiff,             )
                                   )    Superior Court
 7  vs.                            )    No. 17CV-00630
                                   )
 8  K.S. AVIATION, INC., A         )
    California Corporation and    )
 9  JOHN YK YOON, et al.           )
                                   )
10  _____Defendants._____    )
    K.S. AVIATION, Inc., A         )
11  California Corporation and    )
    JOHN YOON, an Individual;      )
12                                 )
            Cross-Complainants,   )
13  vs.                            )
                                   )
14  DAN YOON, an Individual, and  )
    ROES 1 through 50,             )
15  inclusive;                     )
                                   )
16  _____Cross-Defendants._____ )

17


            REPORTER'S TRANSCRIPT OF PROCEEDINGS

                       COURT TRIAL

                     August 6-8, 2019

                     PAGES 1 - 403




                      REPORTED BY:

              JENNIFER J. HICKS, CSR #12137
                    Official Reporter
```

**CERTIFIED TRANSCRIPT**

```
 1                    INDEX OF PROCEEDINGS
 2                                                           PAGE
 3       AUGUST 6, 2019 - Day 1                                8
 4       AUGUST 7, 2019 - Day 2                              174
 5       AUGUST 8, 2019 - Day 3                              350
 6
 7
 8           TESTIMONY OF:
 9                 DANIEL BONG YOON                           13
10                 ROBERT DEKLINSKI                           48
11                 LANCE LIPPINCOTT                           70
12                 VINCENT SUNG TAE KIM                       86
13                 JOSHUA DANIEL                             196
14                 ROSA LEAH SALCEDO                         229
15                 JONG-KI YOON                              325
16                 CHEN "ERIC" ZHAO                          258
17                 CYRIL LAWRENCE                            273
18
19
20
21
22
23
24
25
26
```

Case: 20-04021   Doc# 286-2   Filed: 06/24/24   Entered: 06/24/24 20:34:53   Page 3 of 8

WITNESS INDEX

FOR THE DEFENDANT/CROSS-COMPLAINANT:                        PAGE

 YOON, DANIEL BONG
        Direct Examination By Mr. Abbott:              13
        Direct Exam (Resumes) By Mr. Abbott:           53
        Direct Exam (Resumes) By Mr. Abbott:          156
        Cross-Examination By Mr. Beiswanger:          162
        Redirect Examination By Mr. Abbott:           184
        Recross-Examination By Mr. Beiswanger:        190
        Redirect Examination By Mr. Abbott:           194

 DEKLINSKI, ROBERT
        Direct Examination By Mr. Abbott:              48
        Cross-Examination By Mr. Beiswanger:           51
        Redirect Examination By Mr. Abbott:            53

 LIPPINCOTT, LANCE
        Direct Examination By Mr. Abbott:              70
        Cross-Examination By Mr. Beiswanger:           77

 KIM, VINCENT SUNG TAE
        Direct Examination By Mr. Abbott:              86
        Cross-Examination By Mr. Beiswanger:          106
        Redirect Examination By Mr. Abbott:           154
        Recross-Examination By Mr. Beiswanger:        155

 DANIEL, JOSHUA
        Direct Examination By Mr. Abbott:             196
        Cross-Examination By Mr. Beiswanger:          216

 SALCEDO, ROSA LEAH
        Direct Examination By Mr. Abbott:             229
        Cross-Examination By Mr. Lawrence:            238

 ZHAO, CHEN "ERIC"
        Direct Examination By Mr. Abbott:             259
        Cross-Examination By Mr. Beiswanger:          268

 LAWRENCE, CYRIL
        Direct Examination By Mr. Abbott:             274

---oOo---

```
 1   FOR THE PLAINTIFF/CROSS-DEFENDANT:                       PAGE

 2    YOON, DANIEL
              Direct Examination By Mr. Lawrence:      281
 3           Cross-Examination By Mr. Abbott:          319
             Redirect Examination By Mr. Lawrence:     322
 4
      YOON, JONG-KI
 5           Direct Examination By Mr. Beiswanger:     325
             Cross-Examination By Mr. Abbott:          347
 6
      LAWRENCE, CYRIL
 7           Direct Examination By Mr. Beiswanger:     351
```

                        ---oOo---

```
 1          MR. BEISWANGER:  Five days.
 2          MR. ABBOTT:  I'm in depositions that whole week
 3  after.
 4          MR. BEISWANGER:  So am I.
 5          THE COURT:  How much time do you need?
 6          MR. ABBOTT:  Two weeks.
 7          THE COURT:  Two weeks?
 8          MR. ABBOTT:  Yeah.
 9          THE COURT:  Fine, that's reasonable.  So
10  simultaneous briefs are due --
11          MR. BEISWANGER:  The ninth?
12          THE COURT:  That would be -- got Labor Day in
13  there.  I will give you until September 13th.
14          MR. ABBOTT:  Thank you very much.
15          THE COURT:  Simultaneous briefs are due September
16  13th.  I think I'm back in Merced the end of September.
17          MR. ABBOTT:  Are there any reply briefs, Your
18  Honor?
19          THE COURT:  I don't think so.
20          MR. ABBOTT:  Okay.
21          THE COURT:  I think you know what -- you kind of
22  know what each side is going to say.
23          MR. ABBOTT:  Sure.
24          THE COURT:  I think.
25          MR. ABBOTT:  Thank you, Your Honor.
26          MR. LAWRENCE:  Thank you, Your Honor.
```

1    THE COURT:  Come back date?  Well, it's going to
2    be -- this case is going to be deemed submitted on
3    September 13th, and I plan to issue a written
4    submission.
5    MR. ABBOTT:  I'm sorry, you intend to issue --
6    THE COURT:  The matter will be deemed submitted
7    9/13 and then 90 days.
8    MR. BEISWANGER:  90 days.
9    THE COURT:  I got 90 days.  I may take all of it.
10   Retirement is growing on me.
11   MR. BEISWANGER:  You can always continue it too.
12   MR. LAWRENCE:  Don't encourage him.
13   MR. ABBOTT:  The Court said it's going to issue a
14   statement of decision?
15   THE COURT:  Yes, I plan too.
16   MR. ABBOTT:  Thank you, Your Honor.
17          (At 11:37 a.m., Court was adjourned.)

```
1
2
3   STATE OF CALIFORNIA   )
                          )   ss.
4   COUNTY OF MERCED      )
5
6        I, JENNIFER J. HICKS, Official Reporter, hereby
7   certify that the foregoing transcript contains a full,
8   true and accurate transcript of my shorthand notes, and
9   a full, true and complete transcript of the proceedings
10  in the matter entitled DAN YOON, Plaintiff, versus K.S.
11  AVIATION, INC., Defendants, AND RELATED CROSS-ACTIONS,
12  on August 6-8, 2019, before the Honorable Ronald W.
13  Hansen, Judge of the Superior Court, in and for the
14  County of Merced, State of California.
15
16                        _____
17                        JENNIFER J. HICKS, CSR #12137
                          Official Reporter
18
19   Jennifer J. Hicks, CSR
     Digitally signed by Jennifer J. Hicks, CSR
20   Date: 2019.08.15 13:18:22 -07'00'
21  ***Government Code §69954(d) ~ Any court, party, or
    person who has purchased a transcript may, without
22  paying a further fee to the reporter, reproduce a copy
    or portion thereof as an exhibit pursuant to court order
23  or rule, or for internal use, but shall NOT otherwise
    provide or sell a copy or copies to any other party or
24  person.***
25
26
```