# Exhibit 4

Case: 20-04021    Doc# 286-5    Filed: 06/24/24    Entered: 06/24/24 20:34:53    Page 1 of 3

This e-copy is the official court record (GC68150).

1 | C. Logan McKechnie
A PROFESSIONAL LAW CORPORATION
2 | 1836 "K" Street
Merced, California 95340
3 | Tel: (209) 722-9911
4 | Fax: (209) 722-8822

5 | C. Logan McKechine, State Bar No.: 77393

6 | *Attorneys for:* DAN BONG YOON SR.

FILED
MERCED COUNTY

2017 DEC 22 PM 1:54

CLERK OF THE SUPERIOR COURT

7

**SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF MERCED**

8

9

| | |
|---|---|
| 10 PEOPLE OF THE STATE OF CALIFORNIA, | CASE NO.: 16CR-00245 |
| 11 Plaintiff, | **WITNESS LIST** |
| 12 vs. | Trial Date: January 2, 2018 |
| 13 | Time: 1:30 p.m. |
| 14 DANIEL BONG YOON SR., | Dept.: 6 |
| | Judge: Ronald Hansen |
| 15 Defendant. | Complaint Filed: |

16

17 TO THE COURT AND ALLL PARTIES AND ATTORNEY'S OF RECORD:

18 PLEASE TAKE NOTICE that Defendant hereby submits the following list of

19 Witnesses. Defendant reserves the right to submit supplemental witness lists and

20 additionally to present witnesses in rebuttal or impeachment.

21

    1. Stuart B. Spencer

22

    2. Daniel Schaffer

23

    3. John YK Yoon

24

    4. Bob Deklinski

25

    5. Eric Zhao

26

27

    6. Andy Choi

28

Cyril Lawrence, Inc.
2111 "K" STREET
MERCED, CA 95340
(209) 383-6854

- 1 -
WITNESS LIST

This e-copy is the official court record (GC68150).

1   DATED:   December 22, 2017

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**C. LOGAN MCKECHNIE LAW OFFICE**
A PROFESSIONAL LAW CORPORATION

C. Logan McKechnie
Attorney for Defendant Daniel Bong Yoon Sr.

CyrB Lawrence, Inc.
2111 "K" STREET
MERCED, CA 95340
(209) 383-6854

- 2 -
WITNESS LIST