# Exhibit 6



**MERCED COUNTY DISTRICT ATTORNEY**
**BUREAU OF INVESTIGATIONS**

DISTRICT ATTORNEY
Larry D. Morse II

CHIEF INVESTIGATOR
Patrick N. Lunney

550 W. Main Street
Merced, CA 95340
Tel: (209) 385-7381

*CASE REPORT -- SUPPLEMENTAL 03*

This e-copy is the official court record (GC68150).

## CASE INFORMATION

| | | | |
|---|---|---|---|
| CASE NAME: | Daniel Bong Yoon Sr | INV CASE NUMBER: | 481992 |
| CASE TYPE: | Embezzlement | RELATED CASE NUMBER: | |
| JUVENILE CASE: | N/A | | |
| ARREST DATE/TIME: | | REPORTING OFFICER: | Anna Hazel DA43 |
| | | REPORT DATE: | 09/11/2015 |
| | | APPROVED: | *Wayne Hutton* Sup. Invst. Wayne Hutton - DA12 |

## VIOLATIONS

| VIOLATION: | TYPE: | DATE AND TIME OCCURRED: | DATE AND TIME REPORTED: | LOCATION: |
|---|---|---|---|---|
| PC504 | F | 10/16/2014 TO | 10/23/2014 | |

## INVOLVED PARTY

| TYPE: | NAME: | RACE: | SEX: |
|---|---|---|---|
| Witness | Robert Deklinski | W | M |
| ADDITIONAL INFORMATION: | | | |
| Reporting Officer | Anna Hazel | | F |
| ADDITIONAL INFORMATION: | | | |
| Witness | Brian Johnson | W | M |
| ADDITIONAL INFORMATION: | | | |
| Reporting Party | John Yoon | K | M |
| ADDITIONAL INFORMATION: | | | |

## SUSPECT(S)

☐ Unknown

| NAME: | DATE OF BIRTH: | AGE: | RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: |
|---|---|---|---|---|---|---|---|---|
| Daniel Bong Yoon Sr | 08/19/1949 | 66 | A | M | 5'06 | 160 | BK | BR |

ADDRESS: 11933 Dublin Canyon Rd, Pleasanton CA 94588
PHONE:
DRIVER'S LICENSE: CA N94094453
ALIASES: Daniel Bong Boon Sr
ARRESTED:
SSN:
STATE ID:

Case: 20-04021    Doc# 286-7    Filed: 06/24/24    Entered: 06/24/24 20:34:53    Page 2 of 13

This e-copy is the official court record (GC68150).

**MERCED COUNTY DISTRICT ATTORNEY**
**BUREAU OF INVESTIGATIONS**

CASE REPORT – SUPPLEMENTAL 03

CASE NAME: Daniel Bong Yoon Sr                                    INV CASE NUMBER: 481992

## NARRATIVE

### CIVIL CASE - SUMMARY

On 06/25/15, John Yoon informed me that he had decided to bring civil action against Daniel Yoon, Daniel's son's Jong Yoon and Jong-Ki Yoon, Robert Deklinski and Brian Johnson (*ref: Atch. 1*). John summarized that he had met with his attorneys and the civil case would include complaints of embezzlement, forgery and breach of fiduciary duties, among other things, by Daniel and these employees. John informed me that there was a court hearing scheduled for 07/07/15 and that after Deklinski and Johnson were informed of the pending lawsuit they came to John and provided him with information concerning Daniel's activities. Both men expressed their desire to help the case by cooperating in both the civil and criminal investigations.

I was also advised by Mark Hendrickson that on 07/01/15, at Deklinski's request, the Board agenda item concerning Merced County's sale of acreage at the former Castle Air Force Base to Daniel Yoon had been pulled from consideration (*ref: Atch. 2*).

On 07/27/15, I received another email from John Yoon expressing concern about Daniel's manipulation of stock in the Sierra Air Development Center, LLC. (*ref: Atch. 3*). This was the new corporation created by John and Daniel Yoon for the purpose of developing and funding KS Aviation's EB-5 program. John provided copies of three separate certificates, all dated 07/16/15 that outlined a division of stock in Sierra Air Center Development LLC as 60% KS Aviation, 20% Daniel Yoon and 20% John Yoon. Daniel brought the certificates to the attention of attorneys retained by KS Aviation for purposes of the EB-5 program and John Yoon was asked to sign them. He refused. John stated that since the Development Center was first created, the agreed stock ownership was to be 40% KS Aviation, 20% Daniel Yoon, 20% John Yoon and an additional 20% reserved for potential investors.

While the "revised" stock division did not necessarily attempt to increase the benefit to Daniel Yoon, John wished to provide the information as further proof of Daniel's repeated attempts to act on behalf of KS Aviation without board approval.

On 08/10/15, I received an email from Erica Blair, Office Manager for Sierra Academy who attached copies of numerous complaints she had received from Academy employees concerning Daniel Yoon's behavior (*ref: Atch. 4*). Blair indicated that at least two employees had also filed police reports concerning assaults committed by Daniel Yoon in the workplace (*ref: Atch. 5*). I later learned that many of these complainants had also filed reports with the U.S. Equal Employment Opportunity Commission (EEOC). I was informed by John that on 08/14/15, Daniel Yoon resigned as President of KS Aviation and John Yoon resumed control of day to day operations.

### INTERVIEW – BOB DEKLINSKI & BRIAN JOHNSON

On 07/08/15, I conducted an audio taped personal interview with Bob Deklinski, CEO of Sierra Air Center Development LLC and Brian Johnson, Chief Flight Instructor and Vice President of Sierra Academy of Aeronautics. Both men had become aware of the civil suit John Yoon had filed against Daniel Yoon a week prior and had just left a meeting at the Academy in which both Daniel and John were present and discussing matters related to the business. Johnson stated

This e-copy is the official court record (GC68150).

that in light of the pending civil suit, he was now very concerned about agreements he had made with Daniel more than a year ago that involved the transfer of 6% stock in Sierra Air Center Development LLC and 40,000 shares of KS Aviation stock. Johnson explained that he had learned that Daniel had hired a new employee at a salary higher than his and he confronted Daniel with the information. Johnson stated that his salary at that time was $60,000/year and the business paid his local housing expenses (Johnson resides permanently in Georgia and maintains a family home there). Daniel agreed to give Johnson $15,000 immediately and the option of choosing a new salary package. Johnson was offered a raise to $80,000/year plus 6% ownership in Sierra Air Center Development or a flat salary of $125,000/year and he would begin paying his own local housing expenses. Johnson chose the package containing the ownership option as he believed the company to be growing and it would be a smart investment. After making the verbal agreement with Daniel (both Johnson and Deklinski stated that they did not have any employment contracts in place), Johnson received an undated "certificate" that named Johnson as the recipient of 40,000 shares of KS Aviation stock. He was also provided with a copy of Sierra Air Center Development board minutes dated 04/05/14 which outlined a stock division of 6% to Johnson. Johnson stated that the minutes were his only evidence of the agreement made with Daniel and he did not receive any type of certificate for this transaction as he did with the KS Aviation stock (*ref: Atch. 6*).

When Johnson began to examine the documents closer, in light of current events, he discovered many irregularities in the documents. He pointed out that the board minutes clearly stated that the meeting occurred at Daniel Yoon's Atwater home and John Yoon was present, recording the minutes as Secretary. When Johnson asked John about this meeting he denied it ever took place. Further, Johnson noticed that the "effective" date of the stock transfer was 09/02/13 which pre-dated the 04/05/14 meeting that took place. Johnson also noted that the document named him and Deklinski to the Sierra Air Center Development board, however, he never received any bylaws and no meetings were held. Deklinski offered that he was never provided with a copy of the minutes Johnson received and until very recently did not know he had been named to any board for the Development Center.

Johnson told me that he brought these minutes to Daniel just before meeting with me on 07/08/15 and that Daniel agreed that the document "looks fake." Daniel then told Johnson that all of it "was a mistake" and that he would still give him an increased salary. Johnson provided me with a copy of a memo dated 07/08/15 signed by both he and Daniel which stated that he was "no longer a shareholder or 6% owner of Sierra Air Center Development LLC." The memo also indicated his salary was adjusted to $119,800/year and back pay in the amount of $41,608.31 would be issued. Johnson also attached a copy of a check issued the same day by Daniel Yoon, drawn on the Academy BBCN account xx0101 for that amount (*ref: Atch. 7*). Johnson also asked Daniel about the legitimacy of the 40,000 shares in KS Aviation stock he was given and Daniel explained that was given out of 270,000 of Daniel's personal shares that he took from John as repayment for money he had lent to Sierra Academy. Daniel told Johnson that if that was wrong he "would fix it."

Daniel had also disclosed to both men during this same meeting that they had been named to the board of KS Aviation. Both Jonson and Deklinski denied knowing about any appointment to that board and Daniel told them that their signatures appear on documents filed with the California Secretary of State as occupying positions on the board of directors. Daniel explained that he had left for China on a business trip and when he had returned there were documents filed in the corporate ledger (held by Daniel's attorney Cyril Lawrence) that contained Deklinski and Johnson's signatures. Daniel claimed that he knew nothing about how the signatures were obtained and essentially

blamed Harry Kim, the company's CPA at the time, for any discrepancies. Johnson and Deklinski were adamant that they had never signed any document that indicated they were members of the board at KS Aviation and any such document that exists would be a forgery. It should be noted here that after our meeting on 07/08/15, Deklinski met with Lawrence and retrieved a copy of the document in question and provided it to me (*ref: Atch. 8*). The document was a "Statement of Information" filed with the Secretary of State on 02/24/14 by Daniel Yoon which named "Brain [sic] Johnson" and "Robert Deklinski" as "additional members" to the KS Aviation board. Harry Kim's name also appeared but was lined through. The certification page attached to the "Statement of Information" contained signatures of Daniel Yoon, John Yoon, Brian Johnson and Robert Deklinski. Daniel Yoon then signed certifying that "the signatures set opposite their respective names are their true and genuine signatures." Deklinski stated he and Johnson reviewed the document and they did not sign the document. I immediately noticed that the date next to Daniel's "certification" was 07/16/14 which was a full five months after the document was stamped filed with the Secretary of State. I had recalled seeing several different Statement's of Information in the original binder of information provided by John Yoon when he made his initial complaint. When I reviewed those a second time, I found the same Statement dated 02/24/14 but containing no certification page. Additionally, I found a second Statement filed 06/11/14, which also named Deklinski and Johnson as board members to KS Aviation, but again, there was no certification page present. On 09/10/15, an official request for certified copies of all Statements filed with the State of California on behalf of KS Aviation was made to see if the forged certification page was actually filed with the 02/24/14 Statement or any others.

Deklinski offered that he has been present in meetings with Daniel, his son Jong-Ki and attorney Cyril Lawrence when the issuance of shares to employees had been discussed. He stated that he saw documents in those meetings that indicated, now former employees, Mike Coberly and Jim Witt were shareholders as well. Coberly now works for the FAA and when told about being named as a shareholder in KS Aviation, he was "shocked." Coberly told Johnson he knew nothing about any shares of stock he may own in the company but was immediately concerned about any conflict of interest that may arise out of the situation. Johnson stated that Coberly disclosed the information to the FAA but he was unaware of the outcome of that disclosure or the status of Coberly now as a stock holder in KS Aviation. Both Deklinski and Johnson stated that situations like this, created by Daniel, were common and that both had witnessed Daniel's attorney, Lawrence, telling him that he "can't do this [reckless or illegal action] anymore" as there were already "too many irregularities." Deklinski and Johnson stated that Daniel's response to such criticism from anyone was that his actions were simply "mistakes."

During the interview, Deklinski and Johnson gave further example of Daniel's disregard for proper business policies/procedures and his fiscal irresponsibility when they told me about his handling of the company EB-5 program. Deklinski stated that Daniel "wants the EB-5 program so bad" that it had become his primary focus. As mentioned in previous reports, the Sierra Air Center Development LLC was created as a vehicle for foreign investment in the company. To date, Daniel has been unsuccessful in attracting any foreign investors. Johnson and Deklinski stated that Daniel has spend "hundreds of thousands of dollars" of KS Aviation funds to hire firms (including Laguna Pacific and Brad Gorman) to create business plans that he can produce to potential investors on marketing trips abroad. Deklinski and Johnson stated that when the plans are returned, using accurate projection figures (i.e. growth, job creation) Daniel is dissatisfied because the data does not comport with his target investment figures. Deklinski gave an example that Daniel wants a minimum of $50,000,000 in investments to the EB-5 program; however the data provided in the business plans do not

support a rate of return on such a large initial investment. Simply, the numbers do not match and investors that Daniel has provided these plans too have complained (John Yoon also confirmed this in previous interviews) and failed to invest. So, despite the exorbitant amount of money spent to develop these plans, Daniel has deemed them worthless and has ordered Sierra Academy staff, including Johnson, to manipulate the figures in these reports to make them more attractive to investors.

Such "commitment" to the development of the EB-5 program has been to the detriment of the flight school. Johnson described numerous safety concerns at the Academy that he has repeatedly complained to Daniel to fix, however, no resources are provided. Johnson offered that he doesn't believe it is matter of money but rather that Daniel does not respect his professional advice on anything related to the school although Daniel has no aviation experience at all. Johnson stated that Daniel continues to increase the number of students accepted, but has made no arrangements for the expansion of dormitories, facilities, aircraft or instructors. When confronted, Daniel has told Johnson, "They pay with seven days of arrival." Daniel has also expressed to Johnson the need to "get the students through as fast as possible" so that new groups of paying students can be brought in. Johnson stated that this has created situations in which students are involved in multiple lessons per day and failing more often due to fatigue. Johnson stated that FAA investigations have been initiated in many of these instances and the situations are remedied to their minimum standards but no "fixes" are ever put in place prior to an FAA investigation despite repeated warning by staff.

Both men denied having open access to any of KS Aviation's financials but did know that allegations of financial impropriety had been leveled against Daniel by John in this complaint. Deklinski stated he had witnessed Daniel write checks from KS Aviation funds to Daniel's restaurant, Hana Japan but Daniel had offered that he had put his own money into KS Aviation so the transactions were simply repayment. Johnson and Deklinski claimed that they have seen Daniel's "journal" where he keeps track of money that he is owed and/or been repaid. Daniel has told both men that he sold a home and invested $700,000 from that sale into KS Aviation and sold a building he owned at the Livermore Airport for $500,000 which he deposited to KS Aviation accounts. It is unknown if this is the same building that John Yoon previously described to me as being bought by Daniel and then leased to KS Aviation.

Johnson also stated that he knew Daniel to be circumventing federal regulations concerning payments made to students who were brought to Sierra Academy on an M-1 visa. This type of visa is reserved for international students wishing to receive training at U.S. vocational schools. This is a study visa only and not a work visa so under federal guidelines the students cannot be paid for work. Johnson stated that some of the students that come to the school are there to train as flight instructors. According to Johnson, Daniel will then wire payments to Korea for these "instructors" using "Mr. Son" (Jincheon Son) the Sierra Academy recruiter based in Korea. Johnson stated the money is wired to Mr. Son, who then deposits it into the individual accounts.

Johnson also believed that the allegations of financial impropriety may have led to Daniel's recent decision to transfer one of his Bay Area restaurant's into the name of a local contractor. Johnson told me that he was recently approached by Angel Hernandez, a contractor hired by KS Aviation to perform work on the simulator building erected in 2014/2015. Hernandez told Johnson that Daniel had "put one of the restaurants in my name." Johnson dismissed the information because he stated he simply couldn't believe it. After learning of the civil suit, Johnson asked Daniel directly about the

transfer of the restaurant to Hernandez and he initially denied it but claimed it was "personal business." Johnson stated Daniel did later admit to the transfer citing that he had a lease arrangement with Baypoint, LLC and a dispute had erupted between the City of Berkley and Baypoint, LLC and that was the impetus for transferring the property. Johnson had no further details but on 07/24/15, Hernandez contacted the District Attorney's Office and on 07/29/15 spoke with Supervising Investigator Wayne Hutton (*ref: Atch. 9*). Hernandez explained to Sup. Inv. Hutton that he was "concerned" about his father (Jose Angel Hernandez) who is a contractor who has done a lot of work for Daniel Yoon at both the Sierra Academy and his restaurants. Hernandez told Hutton that Daniel had recently "paid his father off" by signing over one of his restaurants to his father. Hernandez had heard rumors of an investigation into the flight school and Daniel Yoon and wanted to make sure that his was not the victim of something Daniel may be doing illegally. Hernandez stated that he was going to gather documents pertaining to his father's involvement with Daniel Yoon and would contact Sup. Inv. Hutton when the material was ready so that they could meet and discuss. Sup. Inv. Hutton stated he has not heard back from Hernandez since late July.

Johnson and Deklinski have been with KS Aviation for approximately five years. They stated that until John's accident, John was active in the day to day operations of the company, knowledgeable of and receptive to the company needs and actively trying to grow the company. They knew John to be a pilot himself and very experienced in the aviation industry. They admitted that there were financial struggles they were aware of in the first year but that they believed that the company had seen profit the last four years. According to Johnson and Deklinski, Daniel, while keeping the company profitable, has hurt the company. His actions and management style has caused tremendous employee turnover, safety for students and instructors has not been a priority and he has squandered KS Aviation funds on projects that he has insisted on against the advice of those with professional aviation experience. Both men stated that since John's accident, they have been told repeatedly by Daniel that he intended to "push John out." When it was asked how, Daniel replied, "I'm just going to."

### SEARCH WARRANTS
On 07/21/15, search warrants were signed and served for information on accounts held by KS Aviation Inc. at BBCN Bank and Westamerica Bank accounts held by Hana Japan Inc. at BBCN Bank, Daniel Yoon at Bank of the West and credit accounts for employees at KS Aviation Inc. though Chase Card Services (*ref: Atch. 10*).

### WESTAMERICA BANK ACCOUNT xx3332 – KS AVIATION INC. dba: SIERRA ACADEMY OF AERONAUTICS
On 08/17/15, I received returns on the search warrant served on Westamerica Bank on 07/21/15 for records associated with accounts held by KS Aviation Inc. (*ref: Atch. 11*). The returns included bank statements for the period 01/01/12 – 06/31/15 (2011 transactions for this account were previously analyzed and documented in 481992 Supp 02) and copies of all checks issued, deposited checks and deposit slips for cash received during this same period.

The "Business Signature Card and Agreement" copied and sent with the statement returns showed that the Westamerica account was a "corporate" account with both John Yoon "CEO" and Daniel Yoon "President" as authorized signers on the account. That card was signed and dated in 03/10 and was noted as a "replacement card" for one dated 01/09. Additional documents sent by Westamerica showed that KS Aviation had an account with County Bank dating back to at least 2006. Westamerica acquired County Bank in 2009.

This account was previously described by Sierra Academy Office Manager, Erica Blair, as an account kept open by Daniel Yoon for "convenience" so that certain specified deposits and withdrawals could be made locally (Sierra Academy's primary accounts were held at BBCN Bank in Oakland, CA). Blair stated that she did not receive bank statements for this account for reconciling as she did with other Sierra Academy accounts but did, occasionally, make deposits to this account at Daniel Yoon's direction. She stated the deposits consisted mostly of "refund" checks from various vendors or payments from the State of California for sales tax etc. She also stated that, at times, she was directed by Daniel Yoon to write checks to him for "cash" which he would take to Westamerica Bank for cashing.

As previously noted in my review of the 2011 statements, transfers of money from KS Aviation's primary checking account (████) at BBCN Bank to the Westamerica account (████) continued into 2012 and began to taper off in 2013. I found no transfers occurring in 2014 and 2015. From 2012 to 2015, the Westamerica account received over $215,000 in deposits consisting cash transfers from BBCN, checks from the U.S. Treasury, State of California, NATA Compliance (and aviation employee background check service), EDD, COMIRA (a testing company for aviation licensing), various aviation related companies and some individuals (possibly students or families of students). Spending from this account during the same time period exceeded $195,000 with just under $182,000 in cash withdrawals. When I examined these cash withdrawals (both debit withdrawals and checks written to "cash") more closely, I found that **$146,997.81 in cash was withdrawn by Daniel Yoon and $34,885.90 by John Yoon** (for the period 2012-2013 only – John Yoon initiated no further transactions from this account after 2013). When I asked John Yoon what he used the funds in the Westamerica account for he stated that for him, the money deposited was used as a source of cash for traveling purposes. He reminded me that prior to his motorcycle accident, he was the representative of Sierra Academy who traveled frequently marketing the Academy abroad. John stated that he has not used the Westamerica account since his accident and has no idea what Daniel Yoon may be using the money for currently. I considered that the cash withdrawals by Daniel from this account in 2012-2015 could have been used for traveling, however, there were additional facts already uncovered in this investigation that made me suspicious that ALL of these funds (almost $150,000) were used for that purpose. First, Daniel began making regular cash withdrawals in 2012, prior to John's accident and before he was tasked with taking over the traveling duties for the Academy. Additionally, the amount of money withdrawn by Daniel, if for purposes of travel, was almost five times the amount (in three years) withdrawn by John for travel in the previous two years. Lastly, during the course of this investigation, I had already reviewed years of bank statements from Sierra Academy's primary checking account as well as credit card statements for Academy cards issued to Daniel Yoon and found that numerous expenses including air fare, lodging and meals for frequent trips made by Daniel to China, Korea and other countries were debited/charged to these accounts as well.

When I examined "non-cash" transactions on the Westamerica account for this period, I found that debits/checks written were often associated with retailers such as Costco, Staples, Lowes and various restaurants. I noticed one debit transaction on 09/17/12 for $669.14 was made at Daniel's Bay Area restaurant, Hana Japan. Without further detail (i.e. receipts) regarding these retail debits or travel expenses, I cannot determine if they were for legitimate business purposes or for personal benefit.

Later examination of the known personal and business accounts of Daniel Yoon (summarized later in this report) did not yield clear evidence that any of these cash withdraws from the Westamerica account were being deposited into any personal account or account of Daniel's restaurants.

### BBCN ACCOUNT xx0499 (formerly xx7881) – HANA YOON CORP.

On 08/21/15, I received returns on the search warrant served on BBCN Bank on 07/21/15 for records associated with accounts held by Hana Japan Inc./Hana Yoon Corp. (*ref: Atch. 12*). These corporations serve as the parent companies to Daniel's two Bay Area Hana Japan Steakhouses. The returns included bank statements for the corporation from 2009-2011 and copies of all checks deposited to this account and checks issued from this account as well as copied deposit slips documenting any cash deposits during this period. This particular time frame of financial information from both accounts held by Hana Japan Inc., Hana Yoon Corp. or Daniel Yoon's personal accounts was requested to verify if there any withdraws or transfers of money from these accounts which were later deposited into accounts held by KS Aviation. Previous information gathered in this investigation suggested that Daniel Yoon and/or his restaurant businesses may have made large deposits to KS Aviation accounts when the flight school experienced money problems and that was the justification for Daniel's withdraws of large sums from KS Aviation accounts and/or stock issuance in the company.

When I received the returns on the account ▇▇▇ found that the account number had been changed to ▇▇▇ As mentioned in previous reports to this investigation, BBCN Bank merged with Nara Bank in 2011 and account numbers were changed to reflect the new parent bank. The records indicated that that Hana Yoon Corp. dba: Hana Japan Steakhouse maintained two separate checking accounts ▇▇▇ a▇▇ ▇▇▇ with BBCN as well as a loan account ▇▇▇ during this period. These checking accounts were opened by Daniel and Jeenee Yoon in 2004 and 2005, respectively. Both Daniel and Jeenee were named signators on the BBCN signature card on file.

### Checking – xx0499

The statements for this Hana Yoon checking account showed regular monthly deposits/debit activity averaging $150,000 or more in deposits with about the same or more in debits. There was also frequent and sometimes very large cash deposits to the account especially during 2010/2011. The account took in more than $400,000 in cash deposits during this period with some single cash deposits exceeding $50,000. The source of these cash funds is not known. Despite the regular income, the account often had a negative balance or just a few hundred dollars available at the end of each month. When I examined the monthly transactions, the deposits appeared to mostly come from large grocery retailer Costco, cash deposits (and infusions from other Hana Yoon accounts and/or Daniel Yoon's personal Bank of the West checking account. The expenditures on this account consisted largely of payroll (which included monthly payments to both Daniel and Jeenee Yoon) and operating expenses, including large payments to media outlets presumably for advertising. This account had several payments to both CBS Outdoors and KTVU which Daniel also used KS Aviation funds to pay in 2008 (*see 481992 INI*). I also noted that there were numerous checks written on this account to the same vendors/contractors (i.e. Debolt Engineering, Wood Architects) that received checks from KS Aviation accounts in 2009 and 2011 and were identified by John as payment for renovations to the Hana Japan Steakhouses. The account also had regular debits to various mortgage lenders and credit card companies.

This e-copy is the official court record (GC68150).

Case: 20-04021    Doc# 286-7    Filed: 06/24/24    Entered: 06/24/24 20:34:53    Page 9 of 13

In reviewing each of the checks issued on this account from 2009-2011, I located five checks written by Daniel Yoon to KS Aviation. All of the checks were then endorsed by Daniel and deposited to KS Aviation's BBCN account. The checks were issued as follows:

| DATE | CHECK # | AMOUNT | |
|---|---|---|---|
| 03/30/09 | 6964 | $10,000 | |
| 06/23/10 | 7460 | $30,000 | |
| 07/22/10 | 7505 | $50,000 | |
| 08/09/10 | 7512 | $20,000 | |
| 02/22/11 | 8575 | $20,000* | *written to "Sierra Academy" |
| **Total:** | | **$130,000** | |

These five checks support Daniel's claim to both Johnson and Deklinski that he (possibly through his business Hana Japan) had "loaned" money to KS Aviation when finances at the Academy were low.

### Checking – xx4201

The documents included in the returns for this second Hana Yoon account included all bank statements as well as wire transfers for the same period of 2009-2011. The account facilitated three separate outgoing wire transfers of $1,000-$1,100 in 2010 and all were to Bong Soon Yoon (previously identified as Daniel Yoon's sister) in Korea who also received wired money transfers from KS Aviation account in 2013 and 2014 at the direction of Daniel Yoon.

The statements for this account reflected an average of $100,000 per month in deposits with debits at or exceeding that same amount. The deposits were largely from electronic transaction processing services that many restaurant merchants use to log debit/credit payments from customers. The debits appeared common to a restaurant business with money going out for payroll (including checks regularly to both Daniel and Jeenee Yoon), food supply, kitchen equipment etc. When I examined the checks issued on this account and the statements for this time period, I found that there were numerous cash deposits, some occurring several times per month, and ranging from $700-$5,000. It is unknown at this time the source of that money. I also located three deposits to this account from checks written on KS Aviation account. The first was the deposit of KS Aviation check #11877, written to "cash" in the amount of $2,000 and signed by Daniel Yoon. The memo of the check read "Ans Jewelry – Jan 09 China Trip" and may be in reference to some sort of reimbursement. The second, was a KS Aviation check #15965 in the amount of $1,500 and written to Hana Japan and signed by Daniel Yoon. The check memo stated the purpose as "loan payment." The last was KS Aviation check #17422 written to Hana Japan for $500. That check was also signed by Daniel Yoon but contained no memo.

I also located two checks written from Hana Yoon Corp. account to Sierra Academy in 2011. The first, in the amount of $4,000 and the second in the amount of $6,000. Both checks were signed by Daniel Yoon and deposited to KS Aviation BBCN account. Again, these checks appear to support Daniel's claim of "loans" to Sierra Academy.

### Loan – xx8701

The loan documents included in the returns indicated that Hana Yoon Corp. appeared to have access to a $100,000 business line of credit since at least 2007. It is unknown when this credit line was initially opened, but it appeared to have been renewed (i.e. new or updated term agreements) at least four times between 2009 and 2011. On 01/16/09 a cashier's check was issued from the line of credit in the amount of $90,000. The check payable to and endorsed by Daniel Yoon and deposited to another (unknown) BBCN account █████ (this account could possibly correspond to a pre-2011 account held by Hana Yoon). On the face cashier's check read "Loan Disbursement for Hana Yoon Corp." The remaining $10,000 was advanced on 03/30/09 and deposited to Hana Yoon Corp.'s checking account █████. Beginning in 03/09, the payment records for this line of credit show that there were automatic minimum monthly payments being made from KS Aviation's BBCN account █████ These monthly payments extended to 12/11 (last month of records requested) and averaged $500 per month. Additional payments were made to this account, infrequently and from Hana's other accounts, during this period and often in very large amounts. On 05/19/10, a $30,000 payment was posted to the line of credit from Hana Yoon's █████ BBCN account (check #8660 signed by Jeenee Yoon). On 06/14/10, a $70,000 payment was posted. This payment was transferred from Hana Yoon's second BBCN account █████ and signed by Daniel Yoon. By 08/10, the full $100,000 had been advanced a second time and the automatic payments to the line of credit continued from KS Aviation's BBCN account.

As before, additional, larger payments were made in excess of the minimum monthly payments and on 04/25/11, a $13,000 payment was posted to Hana Yoon's line of credit using KS Aviation check #18228 (BBCN account █████) and signed by Daniel Yoon. It appeared that all advances from this line of credit were deposited to accounts held by Daniel Yoon and/or Hana Yoon Corp. for the period 2009-2011 and none were deposited to any account held by KS Aviation or any of its subsidiaries. However, monthly payments to this account, totaling $10,923.18 for the period 01/09 – 12/11 were debited from KS Aviation funds as was a $13,000 payment in 04/11. In total, KS Aviation paid almost $24,000 of Hana Yoon's loan payments, at the direction of Daniel Yoon who was signing the checks on behalf of KS Aviation, during the period 2009-2011.

### BBCN ACCOUNT xx0101 WIRE TRANSFERS – KS AVIATION dba: SIERRA ACADEMY OF AERONAUTICS

On 08/21/15, I received returns on the search warrant served on BBCN Bank on 07/21/15 for records associated with wire transfers out of KS Aviation Inc. primary checking account in 2014 (*ref: Atch. 13*). Erica Blair had previously provided me with several file folders containing fax transmission sheets and wire request forms she stated were used to initiate wire transfers from Academy accounts (see 481992 Supp 02). When I reviewed those documents against the Academy BBCN accounts for the same time period (2014), I found that there were several outgoing wires initiated and completed that did not appear in the request folders. The search warrant returns provided details for those previously unknown transactions. All appeared to be business related expenditures and were as follows:

| DATE | AMOUNT | RECIPIENT | LOCATION |
|---|---|---|---|
| 01/06/14 | $4,000 | Du Minghuan | San Francisco |
| 01/14/14 | $4,500 | Sierra Academy | Korea |
| 01/21/14 | $25,000 | Maria Tai Yu Hsueh | China |
| 01/29/14 | $300,000 | Boeing | USA |
| 02/20/14 | $7,000 | Shenzhen Panoramic Culture | China |

| Date | Amount | Name | Location |
|---|---|---|---|
| 03/13/14 | $18,500 | Maria Tai Yu Hsueh | China |
| 06/02/14 | $2,000 | Jiang Ping | China |
| 06/11/14 | $35,000 | Laguna Pacific Energy Const. | Newport Beach |
| 08/14/14 | $1,500 | Son Jincheon | Korea |

Maria Hsueh had previously been identified in financial documents as a "consultant" to Sierra Academy who received frequent payment from the Academy as was Son Jincheon and Jiang Ping. Laguna Pacific had also received previous payments from Sierra Academy and was identified as a firm that Daniel Yoon had contracted with to formulate a (failed) EB-5 business plan.

### BANK OF THE WEST ACCOUNT xx3717/xx4610– DANIEL BONG YOON

On 08/17/15, I received returns on the search warrant served on Westamerica Bank on 07/21/15 for records associated with personal accounts held by Daniel Yoon (*ref: Atch. 14*). The documents returned indicated that Daniel and his wife Jeenee Yoon maintained two separate Bank of the West accounts for the period (2009-2011) requested. The first, ▓▓▓▓ a regular checking account, had frequent and ongoing transactions from 2009-2011 and the second ▓▓▓▓ a money market account, was not opened until 2010.

When I examined the statements returned for ▓▓▓▓, I found that the vast majority of the transactions to this account were completed by Jeenee Yoon and corresponded to regular bill payment and household type transactions. The balances month to month ranged from a few hundred to, at one point, over $20,000. The deposits included regular checks in Daniel and Jeenee Yoon's name from Hana Yoon Corp. accounts which corresponded to the monthly payroll previously discussed in this report. I did locate several cash deposits, usually grouped with other check deposits, however the source of the cash is unknown.

The most significant deposit to the Yoon's personal account came on 01/06/10 when a $20,000 BBCN (Nara) cashier's check was deposited. The cashier's check had no account issuing information and did not correspond to any known withdraws of the same amount from any of the known Hana Yoon or KS Aviation BBCN (Nara) accounts. I also located two checks that were deposited to this account drawn on KS Aviation's BBCN ▓▓▓▓ account. The first was a check written to Jeenee Yoon on 08/02/11 in the amount of $6,000 signed by Daniel Yoon and referenced "CAFUC Commission." The second was a check issued on 12/13/11 to Daniel Yoon, signed by Daniel Yoon in the amount of $10,000 which referenced "loan payment." It is unknown at this time in what capacity Jeenee Yoon may have earned a "commission" from KS Aviation and if the "loan" referenced on the KS Aviation check to Daniel referred to monies loaned from the Hana Yoon Corp. account(s). I found no record of any money from Daniel's personal accounts issued to or deposited with KS Aviation for this period.

### CHASE CARD SERVICES

I am still awaiting returns on the Chase credit accounts requested by the same warrants issued 07/21/15.

Examination of the records summarized in this report coupled with pervious analysis of accounts held by KS Aviation and its subsidiaries confirms that at least $140,000 of money from accounts held by Hana Yoon Corp. was deposited into KS

Aviation accounts between 2009-2014 presumably as "loans" to the company by Daniel Yoon. Although as outlined in 481992 Supp 02, various cash deposits to KS Aviation accounts over this same were noted to be attributed to "Dan" and/or "Hana Japan" totaled over $620,000 there is no evidence that the money came from these known Hana Yoon Corp. or personal accounts of Daniel Yoon. Further it is Daniel's claim as evidenced by statements from various employees of Sierra Academy that the "loans" he has made to the company are the basis for his use of KS Aviation funds for his restaurant businesses or cash payments to himself as "repayment." It is also the basis for which, according to John Yoon, Daniel drew up four separate promissory notes which conveyed over 1.6 million in stock to him as "repayment" for loans he made to the Academy. John can only attest to knowledge of one "consent to issue stock" which occurred in 2011 which repaid Daniel for $736,076 in "loans." As stated in previous reports to this investigation there does not appear to be any legitimate record of these stock transfers, however, Daniel did use the "conversion" making him a "majority owner" in the company to assert more control of KS Aviation and furthered his cause of pushing John out.

After my review of the known bank accounts held by Daniel Yoon and Hana Yoon Corp., I cannot find evidence of any more than $140,000 in possible "loans" to KS Aviation for the period 2009-2011. At least two of the promissory notes pre-date this period and its possible that those "loans" occurred prior to the date of these records. However, even if there were previous "loans" made to KS Aviation by Daniel or his other businesses and they were for the amounts stated in the promissory notes, the promissory notes clearly stated the stock issuance was "repayment." Despite this fact, Daniel continued to use KS Aviation debit/credit/checks and wire transfers to pay expenses related to his restaurants, pay personal expenses, send money to family members and issue checks payable to himself. He also regularly helped himself to student flight fees that had been paid into Academy petty cash funds and cash from KS Aviations Westamerica account. These were all done without documented receipts or even stated business purpose. Statements from John Yoon and Erica Blair along combined with records produced from KS Aviation accounts show that these "personal" or otherwise "unauthorized" expenses exceed $1,500,000 by Daniel over the course of the last several years. Daniel's claim that these expenses are somehow justified by legitimate "loans" he made to KS Aviation over the same period does not appear plausible.

This investigation remains ongoing.

End of Report.