# Exhibit 11

### Letter by Ian Pulliam, DO on 6/7/2024



**Premier Urgent Care, apmc**
Family, Occupational, Sports Medicine & Wound Care

644 W. 12th Street, Tracy, CA. 95376
Ph: 209-832-8984  Fax: 209-832-8988
Email: mail@puc1.com

## LETTER

Date: 6/7/2024

**Patient #**: 1758837

**Name**: John Y Yoon
**DOB**: 7/3/1953
**Phone**: 209-777-5263 (home)
**Address**: 553 Victoria Dr. Manteca CA 95336

---

To Whom it may concern:

This is to verify that John Y Yoon has been a patient of mine and had visit with me on 6/7/2024 for an evaluation. Due to his medical condition and medication he has cognitive problems that limit understanding and communication. Due to his physical condition he cannot stand or walk for a prolonged period. Please excuse him from court appearance.

Thank you.

Sincerely,

*[signature]*

Ian Pulliam, DO

## Communication Routing Information

| Recipient | Relationship | Method | Details |
|---|---|---|---|
| John Y. Yoon | Patient | MyHillChart | |