# Exhibit 13

Case: 20-04021 Doc# 286-14 Filed: 06/24/24 Entered: 06/24/24 20:34:53 Page 1 of 4

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF MERCED

DAN YOON, )
)
        Plaintiff, )
)
  vs. ) Case No.
) 17CV-00630
KS AVIATION, INC., A California )
corporation, )
)
        Defendants. )
)
)
AND RELATED CROSS-ACTION. )
)

*Condensed Copy*

Merced, California
Monday, June 24, 2019, at 10:24 a.m.

DEPOSITION OF JOHN YOON

--oOo--

Reported by: Christine M. Cradit, CSR No. 3805

ASSOCIATED REPORTERS
Certified Shorthand Reporters
728 West 19th Street
Merced, California 95340
Phone: (209) 384-0165; Fax: (209) 384-8842
office@armerced.com
www.armerced.com

Page 2

```
 1              INDEX OF EXAMINATIONS
 2   Examination                                      Page
 3   By Mr. Beiswanger                                  6
 4                      --oOo--
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1              INDEX OF EXHIBITS
 2   Exhibit        Description                      Page
 3   Exhibit A   Settlement Agreement and Mutual      19
                 General Release
 4
     Exhibit B   Web page article                     32
 5
                      --oOo--
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1              APPEARANCES OF COUNSEL
 2   FOR THE PLAINTIFF(S):
 3        LAW OFFICE OF CYRIL L. LAWRENCE
          BY:  ERIC BEISWANGER
 4        2111 "K" Street
          Merced, California  95340
 5        209.383.6854
          lawoffice@cyrillawrence.com
 6
     FOR THE DEFENDANTS:
 7
          LAW OFFICE OF MICHAEL L. ABBOTT
 8        BY:  MICHAEL L. ABBOTT
          126 South Third Avenue
 9        Oakdale, California  95361
          209.844.5733
10        michaelleeabbott@gmail.com
11   Also present:  Dan Yoon
12   Also present:  Jong Yoon
13   Also present:  Joshua Daniel
14   Also present:  Jacki J. Noh, Korean Interpreter
                    CA State Certified Court Interpreter,
15                  ID #300150
                    510.914.7596
16
                      --oOo--
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1        The further deposition of JOHN YOON was taken
 2   in the above-entitled matter pursuant to all of
 3   the provisions of law pertaining to the taking and
 4   use of depositions on the 24th day of June, 2019,
 5   at 10:24 a.m., at the LAW OFFICE OF CYRIL
 6   LAWRENCE, 2111 K Street, Merced, California,
 7   before Christine M. Cradit, Certified Shorthand
 8   Reporter, in and for the State of California.
 9                      --oOo--
10                  JACKI J. NOH
11   was duly sworn by the court reporter to interpret
12   from English to Korean and from Korean to English
13   to the best of her ability.
14                  JOHN YOON,
15   after having been duly sworn by the court
16   reporter, testified through the interpreter and
17   was examined as follows:
18                      --oOo--
19        MR. ABBOTT:  For the record, this is now
20   the third time we have been convened for the
21   deposition of John Yoon.
22        On the two prior occasions, Mr. Yoon
23   advised that he was taking medications which
24   impaired his ability to understand and truthfully
25   answer questions.  Nevertheless, it was decided at
```

Page 34

1  Q. Do you agree that Dan never surrendered
2  his stock shares to you? Correct?
3  A. I don't remember.
4  Q. Do you agree that Dan never physically
5  surrendered his stock shares to you, correct?
6  A. I don't remember.
7  MR. BEISWANGER: Okay. No further
8  questions.
9  MR. ABBOTT: We'd like a copy.
10  (The record closed at 11:35 a.m.)
11  --oOo--

Page 35

1  CERTIFICATE OF READER-INTERPRETER
2  I,_____,
3  whose address is _____
4  _____,
5  a person who speaks the language of the witness;
6  namely, Korean, do hereby certify that on the
7  ____ day of _____, 2019, I did translate the
8  foregoing deposition from the English language
9  into the Korean language reading same to the
10  witness in his/her native tongue, to the best of
11  my ability;
12  That all corrections and changes requested
13  by the witness were made and initialed by the
14  witness; That upon completion of said reading, the
15  witness did confirm to me that he/she had
16  understood the reading.
17
18  _____
           Interpreter-Reader
19
        --oOo--

Page 36

1  I declare under penalty of perjury that I
2  have read the foregoing transcript, and it is true
3  and correct to the best of my knowledge, along
4  with whatever corrections I have made thereon.
5
6  _____Dated_____
         John Yoon

Page 37

1  STATE OF CALIFORNIA,   )
                          : ss.
2  COUNTY OF MERCED       )
3  I, Christine M. Cradit, do hereby
4  certify:
5  That I am a licensed, Certified Shorthand
6  Reporter, duly qualified and certified as such by
7  the State of California;
8  That prior to being examined, the witness
9  named in the foregoing deposition was by me duly
10  sworn to testify to the truth, the whole truth and
11  nothing but the truth;
12  That the said deposition was by me
13  recorded stenographically at the time and place
14  first therein mentioned; and the foregoing pages
15  constitute a full, true, complete and correct
16  record of the testimony given by the said witness;
17  That I am a disinterested person, not
18  being in any way interested in the outcome of said
19  action, nor connected with, nor related to any of
20  the parties in said action, or to their respective
21  counsel, in any manner whatsoever.
22  Dated this 26th day of June, 2019.
23
24  _____
      C.M. CRADIT, CSR No. 3805