1 Christopher Rillo (SBN 112009)
christopher.rillo@bakerbotts.com
2 Raerani Reddy (SBN 340475)
3 rani.reddy@bakerbotts.com
Baker Botts LLP
4 101 California Street, Suite 3200
5 San Francisco, California 94111
Telephone: (415) 291-6200
6 Facsimile: (415) 291-6300

7
8 *Attorneys for K.S. Aviation, Inc., Xing Kong Aviation Service, LLC, John Yoon, Chen Zhao,*
9 *and Xin Han Aviation, LLC*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re<br><br>    DANIEL B. YOON,<br>    JEENEE S. YOON,<br><br>Debtor | Case No. 19-42763<br>Chapter 11<br><br>Adv. No. 20-4021 CN |
| DAN YOON,<br><br>    Plaintiff,<br><br>v.<br><br>K.S. AVIATION, INC., XING KONG AVIATION SERVICE, LLC, JOHN YOON, CHEN ZHAO, AND XIN HAN AVIATION, LLC,<br><br>    Defendants. | **ORDER ON MOTION IN LIMINE NO. 1 TO PERMIT TESTIMONY OF NONDISCLOSED WITNESSES**<br><br>Hearing: July 8, 2024<br>Time:    9:30 A.M.<br><br>The Honorable Charles Novack |

Pending before the Court is Defendants KS Aviation, Inc., Xing Kong Aviation Service, LLC, John Yoon, Chen Zhao and Xin Han Aviation, LLC's Motion in Limine No. 1 to Permit Testimony of Nondisclosed Witnesses. Upon consideration of the papers filed in support of and in opposition to said Motion, the pleadings and documents on file in this case, and such other evidence and argument presented at hearing, the Court hereby orders as follows:

It is hereby ORDERED that Motion in Limine No. 1 is GRANTED.

**END OF ORDER**

# COURT SERVICE LIST

RECIPIENTS ARE ECF FILERS