# EXHIBIT 1

Case: 20-04021     Doc# 289-2     Filed: 06/24/24     Entered: 06/24/24 21:30:21     Page 1 of 6

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF MERCED


DAN YOON,

      Plaintiff,

vs.                         Case No. 17CV-00630

KS AVIATION, INC.,
a California corporation,

      Defendants.
_____/


Merced, California
MONDAY, AUGUST 20, 2018, at 1:30 p.m.


DEPOSITION OF JOHN YOON

--o0o--


Reported by: Carol Lehman, CSR No. 3500

ASSOCIATED REPORTERS
Certified Shorthand Reporters
728 West 19th Street
Merced, California 95340
Phone: (209) 384-0165 Fax: (209) 384-8842
office@armerced.com
www.armerced.com

```
 1
 2                    INDEX OF EXAMINATIONS
 3
 4   Examination                                              Page
 5
 6   By Mr. Lawrence                                             4
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2                    APPEARANCES OF COUNSEL
 3
 4   FOR THE PLAINTIFFS:
 5   LAW OFFICES OF CYRIL LAWRENCE
     BY:  CYRIL L. LAWRENCE
 6   2111 K Street
     Merced, California  95340
 7   209.383.6854
 8
 9   FOR THE DEFENDANTS:
10   LAW OFFICES OF MICHAEL ABBOTT
     BY:  MICHAEL ABBOTT
11   126 South Third Avenue
     Oakdale, California  95361
12   209.844.5633
13
14   ALSO PRESENT:  Jacki J. Noh, Korean Interpreter; Dan Yoon
15
16
17
18
19
20
21
22
23
24
25
```

1    The deposition of JOHN YOON was taken
2    in the above-entitled matter pursuant to all of
3    the provisions of law pertaining to the taking and
4    use of depositions on the 20th day of AUGUST, 2018,
5    at 1:30 p.m., at the offices of CYRIL L. LAWRENCE,
6    2111 K Street, Merced, California, before
7    Carol Lehman, Certified Shorthand Reporter,
8    in and for the State of California.
9             JACKI J. NOH, Korean Interpreter,
10        after having been duly sworn by the court
11   reporter to interpret Korean into English and English
12   into Korean, to the best of her ability, interprets as
13   follows:
14                    JOHN YOON,
15        after having been duly sworn by the court
16             reporter, testified as follows:
17                     ---o0o---
18
19   BY MR. LAWRENCE:
20       Q.   Could you please state your full name for the
21   record.
22       A.   John Yoon, J-o-h-n Y-o-o-n.
23       Q.   Are you aware that you are being deposed in this
24   case of KS -- I'm sorry, Dan Yoon versus KS?
25       A.   Yes, I am.

```
 1  STATE OF CALIFORNIA,         )
                                 )   ss.
 2  COUNTY OF MERCED             )

 3          I, CAROL LEHMAN, do hereby certify:

 4          That I am a licensed, Certified Shorthand

 5      Reporter, duly qualified and certified as such by

 6      the State of California;

 7          That prior to being examined, the witness

 8      named in the foregoing deposition was by me duly

 9      sworn to testify to the truth, the whole truth and

10      nothing but the truth;

11          That the said deposition was by me

12      recorded stenographically at the time and place

13      first therein mentioned; and the foregoing pages

14      constitute a full, true, complete and correct

15      record of the testimony given by the said witness;

16          That I am a disinterested person, not

17      being in any way interested in the outcome of said

18      action, nor connected with, nor related to any of

19      the parties in said action, or to their respective

20      counsel, in any manner whatsoever.

21          Dated this 22nd day of AUGUST, 2018

22

23                          _____

24                          Carol Lehman, CSR 3500

25
```