1  Christopher Rillo (SBN 112009)
   christopher.rillo@bakerbotts.com
2  Raerani Reddy (SBN 340475)
   rani.reddy@bakerbotts.com
3  **BAKER BOTTS LLP**
   101 California Street, Suite 3200
4  San Francisco, California 94111
   Telephone: (415) 291-6200
5  Facsimile: (415) 291-6300

6  *Counsel for KS Aviation, Inc., Xing Kong Aviation*
   *Service, LLC, John Yoon, Chen Zhao, and Xin Han*
7  *Aviation, LLC*

8
9
                    **UNITED STATES BANKRUPTCY COURT**
10                   **NORTHERN DISTRICT OF CALIFORNIA**
11

12 | In Re | Bankruptcy Case No.: 19-42763 |
13 |     DANIEL B. YOON, | Adv. Proc. No.: 20-04021 |
   |     JEENEE S. YOON, | |
14 | | Chapter 11 |
   | Debtor | |
15 | | **DECLARATION OF CHRISTOPHER J. RILLO IN SUPPORT OF DEFENDANTS KS AVIATION, INC., XING KONG AVIATION SERVICE, LLC, JOHN YOON, CHEN ZHAO, AND XIN HAN AVIATION, LLC'S MOTION IN LIMINE NO. 5 TO ADMIT PLAINTIFF DAN YOON'S PRIOR DEPOSITION TESTIOMNY AND DECLARATIONS** |
16 | DAN YOON, | |
17 |              Plaintiff, | |
18 | v. | |
19 | KS AVIATION, INC., XING KONG AVIATION SERVICE, LLC, JOHN YOON, CHEN ZHAO, AND XIN HAN AVIATION, LLC, | |
20 | | |
21 | | Hearing: July 8, 2024 |
   |              Defendants. | Time:    9:30 A.M. |
22 | | The Honorable Charles Novack |

23
24
25
26
27
28

---
DECLARATION OF CHRISTOPHER J. RILLO ISO                                    CASE NO. 19-42763
DEFENDANTS' MOTION IN LIMINE NO. 5                                  ADV. PROC. NO.: 20-04021

I, Christopher J. Rillo, declare as follows:

1. I am a partner of Baker Botts L.L.P., counsel for KS Aviation, Inc., Xing Kong Aviation Service, LLC, John Yoon, Chen Zhao and Xin Han Aviation, LLC (collectively, "Defendants") in this matter. Based upon my personal knowledge, I make this declaration in support of Defendants' Motion in Limine No. 5 to Admit Plaintiff Dan Defendant John Yoon's Prior Deposition Testimony. If called and sworn as a witness, I could and would competently testify thereto.

2. Plaintiff Dan Yoon ("Plaintiff") had his deposition taken on June 5, 2019 in the matter of *Dan Yoon v. KS Aviation, Inc.*, Case No. 17-cv-00630, in the Superior Court of the State of California, County of Merced. A true and correct copy of Plaintiff's June 5, 2019 deposition transcript is attached hereto as **Exhibit 1**.

3. Plaintiff had his deposition taken on September 13, 2019 in the matter of *KS Aviation, Inc. v. Dan Bong Yoon*, Case No. RG18913041, in the Superior Court of the State of California, County of Alameda. A true and correct copy of Plaintiff's September 13, 2019 deposition transcript is attached hereto as **Exhibit 2**.

4. Plaintiff had his deposition taken on January 5, 2017 in the matter of *Bank of the West v. KS Aviation, Inc., et al.*, Case No. RG16824945, in the Superior Court of the State of California, County of Alameda. A true and correct copy of Plaintiff's January 5, 2017 deposition transcript is attached hereto as **Exhibit 3**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 24, 2024, in San Francisco, California.

Respectfully submitted,

BAKER BOTTS L.L.P.

By: */s/ Christopher J. Rillo*
      Christopher J. Rillo

DECLARATION OF CHRISTOPHER J. RILLO ISO DEFENDANTS' MOTION IN LIMINE NO. 5 — 1 — CASE NO. 19-42763 / ADV. PROC. NO.: 20-04021

Case: 20-04021 Doc# 290-1 Filed: 06/24/24 Entered: 06/24/24 21:42:18 Page 2 of 2