

The following constitutes the order of the Court.
Signed: February 21, 2025

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DANIEL B. YOON and JEENEE S. YOON,<br><br>Debtors. | Case No. 19-42763 CN<br>Chapter 11 |
| DAN YOON,<br><br>Plaintiff,<br><br>v.<br><br>K.S. AVIATION, INC., ET AL.,<br><br>Defendants. | Adversary No. 20-4021 CN<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT PROPOSED JUDGMENT** |

On January 8, 2025, following a three-day trial, the court issued a Memorandum Decision finding that Plaintiff Dan Yoon was entitled to a judgment against four of the named Defendants in the amount of $260,514.18. At the conclusion of the Memorandum Decision, the court instructed Plaintiff to submit a proposed judgment. As of the date of this Order, Plaintiff has not done so. Accordingly,

/ / / /

/ / / /

**IT IS HEREBY ORDERED** that Plaintiff shall submit a proposed judgment no later than **March 6, 2025.** If Plaintiff fails to meet the deadline, the court will prepare and enter a judgment, and close the adversary proceeding.

*** END OF ORDER ***

Adversary No. 20-4021 CN

**COURT SERVICE LIST**

All recipients are ECF participants.