Entered on Docket
March 4, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Bernard J. Kornberg (SBN. 252006)
MILLER NASH LLP
340 Golden Shore, Ste 450
Long Beach, CA 90802
Telephone: 562.247.7622
Email: bernie.kornberg@millernash.com

Attorneys for DAN YOON

The following constitutes the order of the Court.
Signed: March 4, 2025

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

In re

DANIEL B. YOON and JEENEE S. YOON,

    Debtors.

DAN YOON,

    Plaintiff,

vs.

K.S. AVIATION, INC. et al.,

    Defendants.

Case No. 19-42763

Chapter 11

Adv No. 20-04021

**ORDER ON STIPULATION TO CONTINUE DEADLINE TO FILE JUDGMENT**

The Hon. Charles Novack

The Court, having review the stipulation between plaintiff Dan Yoon ("Plaintiff") and defendants K.S. Aviation, Inc. ("KS Aviation"), John YK Yoon, Xing Kong Aviation Service, LLC (d/b/a Sierra Academy of Aeronautics) ("Xing Kong"), and Chen Zhao (a/k/a Eric Zhao) (and collectively, "Defendants") to continue the deadline for Plaintiff to submit a judgment to April 14, 2025, and for good cause showing, hereby approves it.

THEREFORE, IT IS ORDERED THAT the deadline for Plaintiff to submit a proposed judgment is extended from March 6, 2025 to April 14, 2025

*** END OF ORDER ***

- 1 -
ORDER ON STIPULATION TO CONTINUE DEADLINE TO FILE JUDGMENT

Case: 20-04021    Doc# 342    Filed: 03/04/25    Entered: 03/04/25 15:48:09    Page 1 of 2

4936-4840-6819.1

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | |
| 3 | ALL PARTIES SERVED BY ECF |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |