# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

**FILED OCT 29 2025 JJ**
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

### COPY REQUEST FORM
***PLEASE PRINT LEGIBLY***

Requesting Party Name: YOON        Date: 10/29/2025

Address: 11933 DUBLIN CANYON ROAD, PLEASANTON, CA 94588

Telephone Number: (925) 829-7491

Pay gn

Case Number: 19-42763 / 20-04021    ☐ Open    ☐ Closed

Case Name: _____

Documents to be Copied:

| Document Number | Document Title | Number of Copies Public Terminal Only ($0.10 per page) | Number of Copies ($0.50 per page) | Certification ($12.00 each) |
|---|---|---|---|---|
| 339 | Memorandum Decision | 29 | | 1 |
| 340 | Order | 3 | | 1 |
| 381 | Order on Motion | 10 | | 1 |
| | | | | |
| | Total Copies/Certification: | | | |

Records to be Copied:
☐ Case Docket
☐ Claims Register

All copy request fees must be paid in advance. Personal Checks and Cash ARE NOT accepted.

| | Quantity | Amount |
|---|---|---|
| Number of Pages Copied - Public Terminal ($0.10 per page) | 42 | 4.20 |
| Number of Pages to be Copied ($0.50 per page) | | |
| Number of Documents to be Certified ($12 each) | 3 | 36.00 |
| Total Amount: | | 40.20 |

☐ Paper copies to be returned by U.S. Mail
☐ Paper copies to be picked up at the Clerk's Office

For returns by mail, please include a self-addressed envelope with sufficient postage included.

12/01/2023 NDC Copy Request

Case: 20-04021   Doc# 385   Filed: 10/29/25   Entered: 10/29/25 14:28:35   Page 1 of 1